AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   20-cv-3488

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Attorney General William Barr

was received by me on *(date)*   July 17, 2020   .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I mailed by certified mail, return receipt requested
the Summons and Complaint to Attorney General William Barr
which was delivered on July 23, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:   8/14/2020 _____          _____
                                                              *Server's signature*

                                        Michael P. Gottlieb, Esquire
                                        _____
                                                *Printed name and title*

                                        319 Swede Street
                                        Norristown, PA 19401-4801
                                        _____
                                                *Server's address*

Additional information regarding attempted service, etc:

Case 5:20-cv-03488-GEKP   Document 2   Filed 08/14/20   Page 2 of 2

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70160600000073349956

Remove ✕

Your item was delivered at 4:47 am on July 23, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

July 23, 2020 at 4:47 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

Text & Email Updates                                                    ⌄

Tracking History                                                        ⌄

Product Information                                                     ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.