AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-3488

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Regina Lombardo, Acting Director US Bureau of Alcohol, Tobacco and Firearms and Explosives
was received by me on *(date)* July 17, 2020

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* I mailed by certified mail, return receipt requested the Summons and Complaint to Regina Lombardo, Acting Director, which was delivered on July 23, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 8/14/2020

_____
Server's signature

Michael P. Gottlieb, Esquire
Printed name and title

319 Swede Street
Norristown, PA 19401

Server's address

Additional information regarding attempted service, etc:

8/7/2020   USPS.com® - USPS Tracking® Results

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

ALERT: THIS SITE WILL BE UNDERGOING MAINTENANCE ON SATURDAY, AUGUST 8TH AT 9 P...

# USPS Tracking®

FAQs >

Track Another Package +

Remove X

**Tracking Number:** 70160600000073349932

Your item was delivered at 4:46 am on July 23, 2020 in WASHINGTON, DC 20226.

## ✓ Delivered

July 23, 2020 at 4:46 am
Delivered
WASHINGTON, DC 20226

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?