AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-3488

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Attorney's Office
was received by me on *(date)* July 17, 2020

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: I mailed by certified mail, return receipt requested The Summons and Complaint to the U.S. Attorney's Office, Civil Process Clerk, 615 Chestnut St., Ste. 1250, Philadelphia, PA which was accepted on July 23, 2020.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/14/2020

*Server's signature*

Michael P. Gottlieb, Esquire
*Printed name and title*

319 Swede Street
Norristown, PA 19401-4801
*Server's address*

Additional information regarding attempted service, etc:

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATIONWIDE CO...

ALERT: THIS SITE WILL BE UNDERGOING MAINTENANCE ON SATURDAY, AUGUST 8TH AT 9 P...

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70160600000073349949

Remove X

Your item was delivered to the front desk, reception area, or mail room at 11:42 am on July 23, 2020 in PHILADELPHIA, PA 19106.

## ✓ Delivered

July 23, 2020 at 11:42 am
Delivered, Front Desk/Reception/Mail Room
PHILADELPHIA, PA 19106

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?