# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE, : | |
| : | |
| *Plaintiff,* : | |
| : | |
| v. : | |
| : | Civil Action No. 5:20-cv-03488 |
| WILLIAM BARR, Attorney General of the United : | |
| States; REGINA LOMBARDO, Acting Director, : | |
| Bureau of Alcohol, Tobacco, Firearm and Explosives, : | |
| : | |
| *Defendants.* : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Federal Defendants in the above-captioned matter.

        WILLIAM M. McSWAIN
        United States Attorney


        *s/ Eric. D. Gill*
        ERIC D. GILL
        Assistant United States Attorney
        615 Chestnut Street, Suite 1250
        Philadelphia , PA 19106
        (215) 861-8250
        eric.gill@usdoj.gov

Dated: September 23, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served by electronic filing upon the following:

>Michael P. Gottlieb
>VANGROSSI & RECCHUITI
>319 Swede Street
>Norristown, PA 19401
>*Attorney for Plaintiff*

>*s/ Eric D. Gill*
>ERIC D. GILL
>Assistant United States Attorney

Dated: September 23, 2020