# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN DAVID RANGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | |
| **WILLIAM BARR et al.,** | : | No. 20-3488 |
| *Defendants* | : | |

## ORDER

AND NOW, this 22nd day of September, 2020, it is **ORDERED** that the parties shall submit a Joint Report of Rule 26(f) Meeting and Proposed Discovery Plan, drafted in accordance with the Court's Template and Expectations and in compliance with Federal Rule of Civil Procedure 26(f), within 21 days of the date of this Order. Due to public health concerns related to the COVID-19 pandemic, an Initial Pretrial Conference will not be held.

Attached are (1) the Court's Notice to Counsel: Scheduling and Discovery Policy;[1] (2) the Court's Checklist for Rule 26(f) Meet and Confer Regarding Electronically Stored Information ("ESI");[2] and (3) the Court's Template and Expectations for Joint Report of Rule 26(f) Meeting and Proposed Discovery Plan.[3] In addition to consulting the attached documents, counsel are advised to review and follow Judge Pratter's General Pretrial and Trial Procedures.[4]

**BY THE COURT:**

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Also available at https://www.paed.uscourts.gov/documents/procedures/prapol8.pdf.

[2] Also available at https://www.paed.uscourts.gov/documents/procedures/prapol4.pdf.

[3] Also available at https://www.paed.uscourts.gov/documents/procedures/prapol5.pdf.

[4] Judge Pratter's General Pretrial and Trial Procedures are available on the Judge's Procedures page of the website for the United States District Court for the Eastern District of Pennsylvania (https://www.paed.uscourts.gov/), or directly at https://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.