IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE, | ) Case. No. 5:20-CV-03488-GEKP |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM BARR, et al., | ) |
| Defendants. | ) |

UNCONTESTED MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Bryan Range, by and through counsel, hereby moves this Honorable Court for the Admission Pro Hac Vice of Alan Gura. The motion is based on Mr. Gura's attached declaration, submitted pursuant to this Court's General Pretrial and Trial Procedures, Section VII (January 2020). Defendants' counsel, Paul Kloob, has stated that Defendants do not object to the motion.

Dated: September 25, 2020    Respectfully submitted,

By: /s/ Michael P. Gottlieb

| | |
|---|---|
| Alan Gura* | Michael P. Gottlieb |
| Gura PLLC | PA Bar No. 36678 |
| 916 Prince Street, Suite 107 | 319 Swede Street |
| Alexandria, VA 22314 | Norristown, PA 19401 |
| 703.835.9085/Fax 703.997.7665 | 610.279.4200 |
| alan@gurapllc.com | Mikem1a1@aol.com |

*Admission pro hac vice pending    Attorneys for Plaintiff