IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE, | ) Case. No. 5:20-CV-03488-GEKP |
| Plaintiff, | ) |
| v. | ) |
| WILLIAM BARR, et al., | ) |
| Defendants. | ) |

DECLARATION OF ALAN GURA

I, Alan Gura, declare the following based on my personal knowledge:

1. I have been admitted to the following state bars: California, 1995; District of Columba, 1997; Virginia, 2004. A complete list of my federal bar admissions is attached hereto as Exhibit A;

2. I am an active member in good standing of each bar to which I have been admitted;

3. I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member;

4. I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court, and I agree to be bound by both sets of Rules for the duration of this action; and

5. If granted pro hac vice status, I will in good faith continue to advise my co-counsel, Michael Gottlieb, of the current status of the case and of all material developments therein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2020.

_____
Alan Gura