## BAR ADMISSIONS

United States Supreme Court                January 10, 2000

State Bars:

    California Supreme Court              December 1, 1995     Bar No. 178,221
    District of Columbia Ct. of Appeals   January 6, 1997      Bar No. 453,449
    Virginia Supreme Court                November 4, 2004     Bar No. 68,842

United States Courts of Appeal:

    District of Columbia Circuit          April 17, 2001
    First Circuit                         July 18, 2011        Bar No. 1148005
    Second Circuit                        August 9, 2011
    Third Circuit                         November 16, 2011
    Fourth Circuit                        March 1, 2001
    Fifth Circuit                         October 24, 2007
    Sixth Circuit                         May 14, 2007
    Seventh Circuit                       December 19, 2008
    Ninth Circuit                         November 6, 1997
    Tenth Circuit                         January 23, 2012
    Eleventh Circuit                      May 17, 2019
    Federal Circuit                       May 17, 2007

United States District Courts:

    Central District of California        March 1, 1996
    Southern District of California       October 9, 1997
    Northern District of California       November 26, 1997
    Eastern District of California        October 24, 2000
    District of Columbia                  March 1, 1999
    Eastern District of Virginia          December 9, 2005
    Western District of Michigan          January 31, 2011
    Western District of New York          June 3, 2011