# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN DAVID RANGE,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| v. | : | |
| | : | No. 20-3488 |
| **WILLIAM BARR,** *et al.*, | : | |
| *Defendants* | : | |

## ORDER

AND NOW, this 30th day of September, 2020, upon consideration of the Motion to Admit Alan Gura, Esquire, *pro hac vice* for Plaintiff (Doc. No. 8), it is hereby **ORDERED** that the Motion is **GRANTED** and Alan Gura, Esquire is admitted in this case *pro hac vice* for Plaintiff, provided that (i) he shall familiarize and comport himself in accordance with the Pennsylvania Rules of Professional Conduct and the rules of this Court, and (ii) presenting counsel, to wit, Michael P. Gottlieb, Esquire, shall continue to have responsibility for this matter during its pendency before the Court. Pursuant to this Order, Alan Gura, Esquire shall be permitted to participate in all aspects of the instant litigation on behalf of the Plaintiff.

It is so **ORDERED**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE