IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN DAVID RANGE** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM BARR, et al** | : | **NO. 20-3488** |
| *Defendants* | : | |

## NOTICE OF TELEPHONE CONFERENCE

A **TELEPHONE CONFERENCE** in the above matter has been scheduled for **October 30, 2020** at **2:00 p.m.** with the Hon. Gene E.K. Pratter, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

Parties are instructed to telephone 571-353-2300 and enter code: 553869384# to be connected with the Judge.

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy
to the Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: October 28, 2020**
**Copies sent via ECF notification**