IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE,<br><br>           Plaintiff,<br><br>v.<br><br>JEFFREY ROSEN, Acting Attorney General of the United States, REGINA LOMBARDO, Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives,<br><br>           Defendants. | Civil Action<br>No. 20-cv-0388 |

**ORDER**

**AND NOW** this _____ day of _____, 2021, upon consideration of the Motion of Defendants Jeffrey Rosen, Acting Attorney General of the United States, and Regina Lombardo, Acting Director, Bureau of Alcohol, Tobacco, Firearms, and Explosives, for Summary Judgment, and any response thereto, it is hereby **ORDERED** that:

(1)    The motion of defendants is **GRANTED**; and

(2)    Summary judgment is entered in favor the defendants, and against plaintiff, on all claims.

BY THE COURT:

**HONORABLE GENE E.K. PRATTER**
*Judge, United States District Court*