IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE, ) | Case. No. 5:20-CV-03488-GEKP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY A. ROSEN, Acting Attorney ) | |
| General of the United States, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Bryan David Range, by and through undersigned counsel, moves this Honorable Court for Summary Judgment pursuant to Fed. R. Civ. P. 56. The motion is made upon the accompanying memorandum of law, separate statement of undisputed material facts, exhibits, and Plaintiff's declaration filed in support thereof, the record in this case, and any argument the Court may hear.

Dated: January 15, 2021                              Respectfully submitted,

By: /s/ Alan Gura                          By: /s/ Michael P. Gottlieb
    Alan Gura*                                         Michael P. Gottlieb
    Gura PLLC                                          PA Bar No. 36678
    916 Prince Street, Suite 107               319 Swede Street
    Alexandria, VA 22314                        Norristown, PA 19401
    703.835.9085/Fax 703.997.7665       610.279.4200
    alan@gurapllc.com                            Mikem1a1@aol.com

    *Admitted pro hac vice                        Attorneys for Plaintiff