# COURT OF COMMON PLEAS OF LANCASTER COUNTY
## DOCKET



Docket Number: CP-36-CR-0002677-1995
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania

v.

Bryan Range

Page 1 of 3

## CASE INFORMATION

| | | |
|---|---|---|
| Judge Assigned: Perezous, Michael J. | Date Filed: 01/01/1995 | Initiation Date: 05/01/1995 |
| OTN: E 773023-6    LOTN: | Originating Docket No: | |
| Initial Issuing Authority: | Final Issuing Authority: | |
| Arresting Agency: Other | Arresting Officer: Affiant | |
| Complaint/Incident #: Unknown | | |

Case Local Number Type(s) | Case Local Number(s)
--- | ---
Legacy Docket Number | 2677CR1995
Legacy Docket Number | 42304
Criminal ID# | CR00305-95

## STATUS INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Status: Closed | Status Date 01/01/1995 | Processing Status Migrated Case | Complaint Date: | 05/01/1995 |

## DEFENDANT INFORMATION

Date Of Birth: 03/09/1970    City/State/Zip: Elizabethtown, PA  17022

Alias Name
Range, Bryan D.

## CASE PARTICIPANTS

Participant Type | Name
--- | ---
Defendant | Range, Bryan

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | | 62 § 481 §§A | Fraud Obt Foodstamps/Assistance | 01/31/1994 | E 773023-6 |

## DISPOSITION SENTENCING/PENALTIES

Disposition
  Case Event                                  Disposition Date              Final Disposition
    Sequence/Description                        Offense Disposition           Grade    Section
      Sentencing Judge                            Sentence Date                 Credit For Time Served
        Sentence/Diversion Program Type             Incarceration/Diversionary Period   Start Date
          Sentence Conditions

**Migrated Disposition**    Defendant Was Not Present

  Migrated Dispositional Event              08/08/1995                   Final Disposition
    1 / Fraud Obt Foodstamps/Assistance       Guilty Plea                                  62 § 481 §§ A
      Perezous, Michael J.                    08/08/1995
        Probation                             Max of 3.00 Years            11/09/1995

CPCMS 9082                                                                                Printed: 09/08/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LANCASTER COUNTY
## DOCKET



Docket Number: CP-36-CR-0002677-1995
# CRIMINAL DOCKET
**Court Case**

Page 2 of 3

Commonwealth of Pennsylvania
v.
Bryan Range

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| Name: Cheryl Ann Ondechek<br>District Attorney | Name: |
| Supreme Court No: 038903 | Supreme Court No: |
| Phone Number(s):<br>717-299-8100 (Phone) | Rep. Status:<br>Phone Number(s): |
| Address:<br>Lancaster County District Attorney's Office<br>50 N Duke Street<br>Lancaster, PA  17602 | |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 01/01/1995 | | |
| Original Papers Received from Lower Court | | | |
| 1 | 08/08/1995 | | |
| Migrated Disposition | | | |
| Migrated Automatic Registry Entry (Disposition) Text | | | |
| 2 | 08/08/1995 | | |
| Disposition Filed | | | |
| 3 | 08/08/1995 | | |
| Migrated Sentence | | | |
| Migrated Sentence | | | |
| 1 | 08/21/1995 | | |
| CRIMINAL COMPLAINT | | | |
| CRIMINAL COMPLAINT | | | |
| 1 | 08/25/1995 | | |
| INFORMATION FILED | | | |
| INFORMATION FILED | | | |
| 1 | 11/09/1995 | | |
| BAIL FORFEITED AND BENCH WARRANT OR | | | |
| BAIL FORFEITED AND BENCH WARRANT ORDERED | | | |
| 2 | 11/09/1995 | | |
| ORDER, BENCH WARRANT DISMISSED, BAI | | | |
| ORDER, BENCH WARRANT DISMISSED, BAIL REINST. | | | |

CPCMS 9082                                                                                                                                 Printed:  09/08/2016

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF LANCASTER COUNTY
## DOCKET



**Docket Number: CP-36-CR-0002677-1995**
### CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Bryan Range

Page 3 of 3

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 11/09/1995 | | |

GUILTY PLEA & PLEA AGREEMENT ACCPTD
   GUILTY PLEA & PLEA AGREEMENT ACCPTD BY CT

| 1 | 10/26/1998 | | |

CAPIAS FILED
   CAPIAS FILED

## CASE FINANCIAL INFORMATION

Last Payment Date:                                                   Total of Last Payment:

**Range, Bryan**
Defendant

| | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Conversion State (Lancaster) | $53.86 | $0.00 | -$53.86 | $0.00 | $0.00 |
| Conversion State (Lancaster) | $3.80 | $0.00 | -$3.80 | $0.00 | $0.00 |
| Conversion County - 6411AB1211 (Lancaster) | $201.97 | $0.00 | -$201.97 | $0.00 | $0.00 |
| Conversion County - 6411AB1211 (Lancaster) | $14.25 | $0.00 | -$14.25 | $0.00 | $0.00 |
| Conversion Local (Lancaster) | $13.46 | $0.00 | -$13.46 | $0.00 | $0.00 |
| Conversion Local (Lancaster) | $0.95 | $0.00 | -$0.95 | $0.00 | $0.00 |
| Costs/Fees Totals: | $288.29 | $0.00 | -$288.29 | $0.00 | $0.00 |
| **Restitution** | | | | | |
| Restitution | $1,668.00 | $0.00 | -$1,668.00 | $0.00 | $0.00 |
| Restitution | $790.00 | $0.00 | -$790.00 | $0.00 | $0.00 |
| Restitution Totals: | $2,458.00 | $0.00 | -$2,458.00 | $0.00 | $0.00 |
| Grand Totals: | $2,746.29 | $0.00 | -$2,746.29 | $0.00 | $0.00 |

\*\* - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.