```
Received Time:         15:52:02 08-13-20           Source ORI:            PAIII0000
Summary:               QR: PUR=C FBI=▮▮▮▮▮
```

'View Message Details

```
CR.PAIII0000
12:50 08/13/2020 50126
12:50 08/13/2020 19065 PAATFPH00
*MRI9724353
TXT
HDR/2L01MRI9724353
ATN/MITCH MAYBRAY
```

********************   CRIMINAL HISTORY RECORD   ************************

**************************   Introduction   ****************************

This rap sheet was produced in response to the following request:

```
Subject Name(s)        RANGE,BRYAN DAVID
State Id Number        ▮▮▮▮▮
Purpose Code           C
Attention              MITCH MAYBRAY
```

The information in this rap sheet is subject to the following caveats:

USE OF THE FOLLOWING CRIMINAL HISTORY RECORD *** ▮▮▮▮▮▮▮▮▮▮ ***
REGULATED BY ACT 47, AS AMENDED. (PA)

**************************   IDENTIFICATION   **************************

Subject Name(s)

RANGE, BRYAN DAVID
RANGE, BRYAN DAVID    (AKA)

Subject Description

**FBI Number**                          **State Id Number**
▮▮▮▮▮                                   ▮▮▮▮▮

**Social Security Number**
▮▮▮▮▮

**Sex**                                 **Race**
▮                                       ▮

**Height**                              **Weight**                    **Date of Birth**
▮▮▮▮▮                                   ▮▮▮▮▮                         ▮▮▮▮▮

**Hair Color**                          **Eye Color**
▮▮▮▮▮                                   ▮▮▮▮▮

                                        Citizenship

USA00001

```
************************   CRIMINAL HISTORY   ************************

============================== Cycle 001 ==============================
Tracking Number         E773023-6
Earliest Event Date     1995-05-18
-----------------------------------------------------------------------
Arrest Date             1995-05-18
Arrest Case Number      39507
Arresting Agency        PA0360500 LANCASTER PD
Subject's Name          RANGE,BRYAN DAVID
Charge                  1
         Charge Number  1
Charge Tracking Number  E773023-6
        Charge Literal  VIOLATION PUBLIC WELFARE CODE
    Charge Description
              Statute   VIOLATION PUBLIC WELFARE CODE (PW481A
                        Pennsylvania)
    State Offense Code  PW481A
               Counts   1
             Severity   MISDEMEANOR 1
      Inchoate Charge

-----------------------------------------------------------------------
Court Disposition       (Cycle 001)
Final Disposition Date  1995-05-18
Court Agency            PA0360500 LANCASTER PD
Subject's Name          RANGE,BRYAN DAVID
Charge                  1
         Charge Number  1
Charge Tracking Number  E773023-6
        Charge Literal  VIOLATION PUBLIC WELFARE CODE
    Charge Description
              Statute   VIOLATION PUBLIC WELFARE CODE (PW481A
                        Pennsylvania)
    State Offense Code  PW481A
               Counts   1
             Severity   MISDEMEANOR 1
      Inchoate Charge
          Disposition   (Convicted 1995-11-09; PLEAD GUILTY/ COUNTY
                        PROBATION/ 003 YRS/ FINES AND COSTS)
============================== Cycle 002 ==============================
Earliest Event Date     1995-11-09
-----------------------------------------------------------------------
Corrections             (Cycle 002)
Supervision Date        1995-11-09
Corrections Agency      PA036013G LANCASTER COUNTY
Subject's Name          RANGE, BRYAN DAVID
     Correction Action  PROBATION
        Charge Literal
    Charge Description
             Severity
Release Date            1998-11-09
```

USA00002

| | |
|---|---|
| **Agency** | LANCASTER PD; PA0360500; |
| **Agency Telephone** | 7177353300 |
| **Address** | |
| | 39 WEST CHESTNUT STREET |
| | LANCASTER, PA 17603 |

---

| | |
|---|---|
| **Agency** | LANCASTER COUNTY; PA036013G; |
| **Agency Telephone** | 7176641180 |
| **Address** | |
| | ADULT PROBATION & PAROLE,40 E KING STREET,3RD FLOOR |
| | LANCASTER, PA 17602 |

---

| | |
|---|---|
| **Agency** | LANCASTER PD; PA0360500; |

* * * END OF RECORD * * *
**MRI:** 9724370 **IN:** NLI1 11888 AT 13AUG2020 15:52:02
**OUT:** M930PA0000 10 AT 13AUG2020 15:52:02

USA00003