# EXHIBIT 2



# Compressed Transcript of the Testimony of
## BRYAN DAVID RANGE, 12/30/20

**Case:** Range v. Barr, et al.

Summit Court Reporting, Inc.
Phone: 215.985.2400
Fax: 215.985.2420
Email: depo@summitreporting.com
Internet: www.summitreporting.com

### Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
- - -
BRYAN DAVID RANGE,       : CIVIL ACTION
                         :
        Plaintiff,  :
                         :
    vs.              :
                         :
WILLIAM BARR, Attorney   :
General of the United    :
States, et al.           :
                         :
        Defendants.   : NO. 20-cv-03488
- - -

Video conference deposition of BRYAN DAVID RANGE, taken on Wednesday, December 30, 2020, commencing at 10:01 a.m., before Andrea M. Brinton, Certified Court Reporter and Notary Public.

- - -

SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 477-8648
www.summitreporting.com

### Page 2

1  ** ALL PARTIES PRESENT VIA VIDEO CONFERENCE **
2  APPEARANCES:
3  VANGROSSI & RECCHUITI
   BY:  MICHAEL P. GOTTLIEB, ESQUIRE
4  319 Swede Street
   Norristown, Pennsylvania 19401
5  (610) 279-4200
   mikem1a1@aol.com
6
   and
7  GURA, P.L.L.C.
   BY:  ALAN GURA, ESQUIRE
   916 Prince Street
8  Suite 107
   Alexandria, Virginia 22314
9  (703) 835-9085
   alan@guraplic.com
10 Counsel for Plaintiff
11 U.S. ATTORNEY'S OFFICE
   BY:  ERIC D. GILL, ESQUIRE
12 BY:  PAUL J. KOOB, ESQUIRE
   615 Chestnut Street
13 Suite 1250
   Philadelphia, Pennsylvania 19106
14 (215) 861-8200
   eric.gill@usdoj.gov
15 paul.koob@usdoj.gov
   Counsel for Defendants
16
   ALSO PRESENT:
17 Kathleen Jordan - Video Technician
18
19
20
21
22
23
24
25

### Page 3

1                    I N D E X
2  WITNESS                         PAGE
3  BRYAN DAVID RANGE
4  EXAMINATION
5    By Mr. Gill                5
6                     - - -
7
                E X H I B I T S
8                            PAGE FIRST
   EXHIBIT NO.    DESCRIPTION       REFERENCED
9
   USA-1    12/10/11 Mobile Photos      52
10
11
                     - - -
12
13
14
15
16
17
18
19
20
21
22
23
24
25

### Page 4

1           (By agreement of counsel, the
2  reading, signing, sealing, certification and
3  filing are waived; and all objections, except
4  as to the form of the question, are reserved
5  until the time of trial.)
6                     - - -
7           THE COURT REPORTER:  The
8  attorneys participating in this
9  proceeding acknowledge that I am not
10 physically present with the witness and
11 that I will be reporting this proceeding
12 remotely.
13           They further acknowledge that
14 in lieu of an oath administered in
15 person, the witness will verbally declare
16 that their testimony in this matter is
17 under penalty of perjury.
18           The parties and their counsel
19 consent to this arrangement and waive any
20 objections at this time or in the future
21 to this manner of reporting and swearing
22 in the witness.
23           They also acknowledge and agree
24 that the official transcript is solely
25 the one transcribed by the court

**SUMMIT COURT REPORTING, INC.**
**215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com**

**Range v. Barr, et al.**                                    **BRYAN DAVID RANGE, 12/30/20**

---

Page 5

1    reporter.
2            Counsel, please indicate your
3    agreement by stating your name and your
4    agreement on the record.
5            MR. GOTTLIEB:  Michael
6    Gottlieb, agreed.
7            MR. GURA:  Alan Gura --
8            MR. GILL:  Eric Gill -- sorry.
9    Eric Gill for the Government, agreed.
10           MR. KOOB:  Paul Koob for the
11   Government, agreed.
12           - - -
13           BRYAN DAVID RANGE, after having been first
14   duly sworn, was examined and testified as follows:
15           - - -
16           THE COURT REPORTER:  Usual
17   stipulations, Counsel?
18           MR. GILL:  Fine for the
19   Government.
20           MR. GOTTLIEB:  Okay.  Yeah,
21   that's fine for the witness.
22           - - -
23           EXAMINATION
24           - - -
25   BY MR. GILL:

---

Page 6

1    Q.   Good morning, Mr. Range.  My name is Eric
2    Gill.  I represent the Government in this matter.
3            Have you ever been deposed before?
4    Have you ever given deposition testimony?
5    A.   No.
6    Q.   Okay.  I'll give you some basic
7    instructions.  I'm sure your counsel has already told
8    you a bit about this, but I'll give you some initial
9    instructions.
10           This is a question-and-answer session,
11   and when you answer my questions, you have to give an
12   oral response.  You can't nod your head or shrug or
13   say uh-huh.  You have to --
14   A.   Okay.
15   Q.   -- say yes, no.
16           Do you understand that?
17   A.   Yes.
18   Q.   Okay.  It's unlike a normal conversation in
19   that I'm going to try not to speak over you and I ask
20   that you not try to speak over me.
21           So when I ask you a question, I
22   will -- please wait until I'm done asking the
23   question before you start your answer, and I'll try
24   to give you the same courtesy, that when you answer,
25   I won't try and cut you off, but wait until you

---

Page 7

1    answer.
2            Do you understand?
3    A.   Yes.
4    Q.   Okay.  If I ask you a question and you
5    don't understand it, let me know and I'll rephrase
6    it; okay?
7    A.   Okay.
8    Q.   I don't think this will be a particularly
9    long deposition, we should be over by -- before
10   lunch, but if you do need to take a break, just let
11   me know and we can take a break for you.
12   A.   Okay.
13   Q.   My only request is that if I have a
14   question pending, that you answer the question before
15   we take the break.
16           Do you understand?
17   A.   Yes.
18   Q.   Okay.  Now, are you on any medication that
19   would limit your ability to answer my questions
20   completely and honestly?
21   A.   No.
22   Q.   Okay.  Any other reason that you're aware
23   of that you couldn't answer my questions completely
24   and honestly?
25   A.   No.

---

Page 8

1    Q.   Okay.  And you understand that there are
2    consequences for you if you don't answer my questions
3    honestly?
4    A.   Yes.
5    Q.   Okay.  Let me ask you a couple of
6    background questions.
7            Where do you currently live?
8    A.   Elizabethtown, Pennsylvania.
9    Q.   What's your address there?
10   A.   ███████████████
11   Q.   Okay.  What's the zip?
12   A.   17022.
13   Q.   How long have you lived there?
14   A.   Twenty -- estimating, about 22 years.
15   Q.   Okay.  And who do you live there with?
16   A.   My wife.
17   Q.   And what is her name?
18   A.   Michele.
19   Q.   Does she have the same last name as you?
20   A.   Yes, she does.
21   Q.   Michele Range.
22           Does anybody else live at the house
23   with you?
24   A.   No.
25   Q.   Okay.  Do you and your wife have any

---

**SUMMIT COURT REPORTING, INC.**
**215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com**

**Range v. Barr, et al.**                    **BRYAN DAVID RANGE, 12/30/20**

---

Page 9

1   children?
2        A.  We have five.
3        Q.  Okay.  What are their names?
4        A.  Nicole, Zachary, Bryan, Megan and Brandon.
5        Q.  And what are their respective ages --
6        A.  Oh --
7        Q.  -- roughly.
8        A.  Yeah.  Brandon would be just turning 25;
9   Bryan and Megan are twins, they would be turning 28;
10  Zachary would be turning 29; and Nicole will be 30
11  here in another, I don't know, couple weeks.
12       Q.  And in the past ten years, have any of your
13  children lived with you at ████████████?
14       A.  Ten years, yes.
15       Q.  Okay.  Which ones have lived with you
16  during that time frame?
17       A.  Well, I guess they -- they all have at one
18  point or another over that ten years.
19       Q.  Okay.
20       A.  Some moved in, some moved out, came back,
21  you know.
22       Q.  Understood.  Understood.  And have they
23  lived -- have any of your five children lived with
24  you during the past ten years for over a year?
25       A.  Yes.

Page 10

1        Q.  Okay.  Which ones are those?
2        A.  It would be -- for over a year in the past
3   ten years, well, I would think all of them.
4        Q.  Okay.  Okay.  And these five children, are
5   they all your biological children or are some of
6   them --
7        A.  Three are mine -- three are mine and two
8   are my wife's.
9        Q.  And the three that are yours, is
10  that Bryan, Megan and Brandon?
11       A.  Bryan, Megan and Nicole.
12       Q.  Bryan, Megan and Nicole.
13           Okay.  And who is the biological
14  mother of those children?
15       A.  Teri Nolt.
16       Q.  Okay.  And you're divorced from Teri Nolt;
17  correct?
18       A.  Correct.
19       Q.  When did you get divorced?
20       A.  I think it was '94 or '95, '93, somewhere
21  in there.
22           I had moved out.  I mean, the divorce
23  wasn't right away afterwards.
24       Q.  Okay.  Do you remember when you moved out?
25       A.  I'm going to have to estimate it would be

Page 11

1   '93.  I think '93.
2        Q.  Okay.  Are you currently employed?
3        A.  Yes, I am.
4        Q.  What's your job?
5        A.  I work in a machine shop as a heat treat
6   operator.
7        Q.  What's the name of the machine shop?
8        A.  CNH America.
9        Q.  Okay.  Where do you work?  What's the --
10  what's the location?
11       A.  New Holland, Pennsylvania.
12       Q.  How long have you been in that job?
13       A.  Just now at 13 years.
14       Q.  Okay.  And before that, where was -- did
15  you have a job before that?
16       A.  Before that I was trying -- painting on my
17  own.
18       Q.  What was the name of your company?
19       A.  RPS, I believe.  RPS Painting.
20       Q.  What does RPS stand for?
21       A.  Range Property Services.
22       Q.  Okay.  How long did you run that company?
23       A.  Oh, four or five years.
24       Q.  Okay.  Sir, where did you go to high
25  school?

Page 12

1        A.  Elizabethtown Area High School.
2        Q.  Okay.  What year did you graduate?
3        A.  I got my GED in '89.
4        Q.  Okay.  Did you pursue any schooling past
5   high school?
6        A.  I did, a semester, might have been a
7   semester and a half, at a business trade school.
8        Q.  Do you remember the name of that business
9   trade school?
10       A.  I do not.  It was in Harrisburg, that's all
11  I remember on that.
12       Q.  Okay.  Okay.  Do you have any military
13  service?
14       A.  No, I do not.
15       Q.  Now, I know you initiated this lawsuit, but
16  can you tell me why you want to -- why you want to
17  own a firearm?
18       A.  I would like to rifle hunt, I'd like to be
19  able to defend myself in my own home.
20       Q.  Anything else?
21       A.  I -- I don't think of anything else, no.
22       Q.  Okay.  Now, if you had the legal ability to
23  own a firearm, what firearm -- which firearms would
24  you get?
25       A.  I would say a deer rifle first, for sure.

3  (Pages 9 to 12)

**Range v. Barr, et al.**                    **BRYAN DAVID RANGE, 12/30/20**

---

Page 13

1    Q.  Okay.  Anything else?
2    A.  Well, I guess something for, you know, in
3  my home.  I would think maybe a shotgun.
4    Q.  Okay.  Now, currently, do you possess a
5  firearm?
6    A.  I do not.
7    Q.  Okay.  Currently, do you possess any
8  firearm ammunition?
9    A.  I do not.
10    Q.  All right.  Now, I know in -- your counsel
11  has produced some Facebook posts relating to your
12  interest in firearms and guns, and you have one post
13  where you have liked the Trop Gun Shop.
14          Do you remember -- do you have any --
15  what's your connection to that store?
16    A.  I don't really have a connection, it's just
17  the local gun store.
18    Q.  Okay.  Have you purchased firearms from
19  there in the past?
20    A.  Have I purchased?  No.
21    Q.  Okay.  Have you ever purchased a firearm?
22    A.  Not that I recall.
23    Q.  Okay.  Now, I know that you had a deer
24  rifle and a shotgun; correct?
25    A.  Correct.

---

Page 14

1    Q.  How did you obtain the deer rifle?
2    A.  The deer rifle, I believe, was either a
3  Christmas or a birthday present from my wife, and I'm
4  not sure which holiday it was; it was one of those.
5    Q.  Your current wife or your first wife?
6    A.  Current wife.
7    Q.  Okay.  Do you remember when that was, what
8  year?
9    A.  I -- I do not.
10    Q.  Was it within the past five years?
11    A.  No.
12    Q.  Was it in the past ten years?
13    A.  No.
14    Q.  Longer than 20 years ago?
15    A.  I -- I'm not sure.  I don't -- I don't
16  believe so, but I'm not sure.
17    Q.  Okay.  And you also mentioned a shotgun
18  that you owned.
19    A.  Yes.
20    Q.  How did you get that shotgun?
21    A.  That was a shotgun that my dad had gotten
22  for me as a -- you know, I was probably -- I don't
23  know, a teenager, young teen, and he had given it to
24  me at some point.
25    Q.  Okay.  And the deer rifle, what model was

---

Page 15

1  that, do you remember?
2    A.  I do not remember the model.
3    Q.  Okay.  And the shotgun, do you remember
4  what model that was?
5    A.  I don't.  I -- it was an old single-shot.
6  That's all I remember about it.
7    Q.  Okay.  And what happened to this deer rifle
8  and the shotgun?
9    A.  In, I believe it was, '06, we had a house
10  fire and it -- everything was destroyed, it took the
11  whole house.
12    Q.  Okay.  Between 2006 and the present, have
13  you possessed a firearm during that period?
14    A.  Yes.
15    Q.  Okay.  And what was that?
16    A.  I had a -- it was a deer rifle.  I believe
17  it was a seven-millimeter, I believe.  Yeah, I
18  believe it was seven-millimeter, 7mm-08 or something
19  like that.
20    Q.  Okay.  Do you remember the brand?
21    A.  No.
22    Q.  Okay.  And what happened to that, to that
23  deer rifle?
24    A.  I got rid of that, I believe, in 2013.  I'm
25  not exactly sure, but I believe it was 2013.

---

Page 16

1    Q.  When you say got rid of it, what do you
2  mean?
3    A.  I sold it to Trop Gun Shop.
4    Q.  Why did you sell it?
5    A.  I came to realize that I was not allowed to
6  possess a firearm.
7    Q.  How did you come to that awareness?
8    A.  Just --
9    Q.  Sorry.  Sorry.  Withdrawn for a second.
10          How did you -- how did you obtain this
11  rifle, the --
12    A.  My wife had gotten it for me Christmas.
13  That was Christmas.
14    Q.  Okay.  So that was the Christmas present,
15  where you got the deer rifle?
16    A.  Yes.
17    Q.  Okay.
18    A.  I believe she --
19    Q.  And --
20    A.  I believe, actually, she got it for me
21  before Christmas, but, yes.
22    Q.  Okay.  But you've owned two deer rifles in
23  your adult life; correct?
24    A.  Correct.
25    Q.  And do you remember how you got the first

---

**SUMMIT COURT REPORTING, INC.**
**215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com**

**Range v. Barr, et al.**                    **BRYAN DAVID RANGE, 12/30/20**

Page 17

1   one?
2       A.   Yeah, I said my wife had bought that for
3   me.
4       Q.   Okay.  So your wife got you -- I'm sorry,
5   your wife bought you both deer rifles as Christmas
6   presents or presents around Christmas; correct?
7       A.   Correct.
8       Q.   Okay.  So you mentioned that you became
9   aware that you weren't legally allowed to own a
10  firearm.
11          How did you come to that awareness?
12      A.   Well, I -- assuming it was just doing
13  research on the Internet and just digging and digging
14  until I could find something, and I finally came
15  across this one rule, and I was shocked, but that's
16  how I found out.
17      Q.   And you mentioned you were digging and
18  digging.
19          Why -- was there a reason why you were
20  looking to -- you were digging on the Internet?
21      A.   Yeah, I -- I mean, I wondered why I had
22  been turned down for PICS, why they had done that,
23  and, you know, they -- go ahead.
24      Q.   No, finish.  I don't want to interrupt you.
25      A.   All right.  It's nothing.  It's fine.

Page 18

1       Q.   So you said you had been turned down for
2   PICS.
3       A.   Yes.
4       Q.   When were you turned down for PICS?
5       A.   I was turned down twice.  The first time I
6   remember was in '98 and the second time was, I'm
7   guessing at 2010, '11, somewhere in there.
8       Q.   Okay.  When you were turned down in 1998,
9   were you trying to buy a firearm?  Is that what
10  happened?
11      A.   I was, yes.
12      Q.   Okay.  Do you remember what you were trying
13  to buy?
14      A.   No.  No, I don't.
15      Q.   And at that time, did you do any research
16  then into why you couldn't purchase a firearm?
17      A.   I did not.
18      Q.   Okay.  Why -- at that time, why did you
19  think you were denied the right to --
20      A.   Well -- sorry.
21      Q.   -- to --
22      A.   I was -- sorry.  At that time, the guy at
23  the gun store had read off a list of stuff that said
24  if you ever do this, this and this.  I mean, it was
25  just crazy stuff, some of the stuff he read.

Page 19

1           And of course I said no, and then he
2   said something like into the -- as to the effect
3   or -- that people get turned down, and I believe
4   he -- he said to me wait a couple days and try again.
5           I was just -- I was, you know, a
6   little bit embarrassed and I just -- I left then.
7       Q.   Okay.  And did you -- did you try a couple
8   days later or --
9       A.   I did not.
10      Q.   -- or sometime after that to -- okay.
11          And then you tried again in 2010 or
12  2011; correct?
13      A.   Somewhere in there, yes.
14      Q.   All right.  And what happened on that
15  occasion?
16      A.   It was turned down again and, you know,
17  they just -- the guy had asked me -- you know, he
18  read down drug trafficking and child stuff and just,
19  you know, stuff that, of course, I've never done.
20          And I still was at a loss.  I just --
21  I thought it had to be a mistake.
22      Q.   Okay.  So you knew -- you knew that you
23  couldn't -- that PICS would not allow you to purchase
24  a firearm, but at the time you were unaware why you
25  couldn't do it, is that fair to say, around the 2010,

Page 20

1   2011 time frame and earlier?
2       A.   Yes.  Yes.
3       Q.   And then you did some more digging and then
4   you found out -- over the Internet and you found out
5   the reason why you couldn't legally purchase a
6   firearm?
7       A.   Yes.
8       Q.   And what is -- to your understanding, what
9   is that reason?
10      A.   My understanding is because of my welfare
11  fraud conviction, that because of the sentence I
12  could have gotten for it, not what I did get, but
13  what I could have gotten.
14      Q.   Okay.  And the fraud conviction, that
15  relates to the application for financial assistance
16  from the state for food stamps; correct?
17      A.   Yes.  I believe it was for food stamps.  I
18  just -- it was welfare fraud, so I'm not sure what
19  exactly.
20      Q.   Okay.  Now, and so -- and you became aware
21  that it was your welfare fraud conviction that
22  prevented you from legally possessing a firearm and
23  you can't -- that was the realization you had in the
24  sort of 2010, 2011 time frame?
25      A.   No.  I think by the time I had come to

5 (Pages 17 to 20)

**Range v. Barr, et al.**                                    **BRYAN DAVID RANGE, 12/30/20**

Page 21

1    that, it was -- it was a little bit after that.
2         Q.   Meaning a year or two later, longer?  What
3    time frame --
4         A.   Probably a year --
5         Q.   -- are we talking about?
6         A.   -- year or two, maybe.  Somewhere in that
7    time frame.
8         Q.   Did you take any steps to, other than the
9    filing of this lawsuit, you know, to expunge your
10   conviction so that you could own a firearm?
11        A.   I believe I did look at an expungement, but
12   if I remember correctly, that can't be done in the
13   state of PA.
14        Q.   Did you hire a lawyer for that or was that
15   something on your own?
16        A.   That -- my own, you know, Internet search.
17        Q.   All right.  Did you take any other steps
18   to -- you know, so that you could legally possess a
19   firearm, besides the filing of this lawsuit?
20        A.   I did not.
21        Q.   So, now, the -- in terms of the firearms
22   that you've owned or possessed -- wait, withdrawn.
23             So your wife, did you discuss that you
24   had been denied the PICS with your wife?
25        A.   Yes, I had.

Page 22

1         Q.   And she bought you the deer rifles knowing
2    that you couldn't legally own a firearm; correct?
3         A.   Well.
4              MR. GURA:  Objection, that
5         calls for speculation as to what is his
6         wife knew, and --
7    BY MR. GILL:
8         Q.   You can answer.
9              MR. GOTTLIEB:  You're allowed
10        to answer, Bryan.
11             THE WITNESS:  Oh.
12             My wife did know.  We thought
13        for sure that it was a mess-up in the
14        system.  I mean, we looked down this list
15        of things and, I mean, I've never
16        drug-trafficked or, you know, any of
17        these things.
18             She's known me since
19        kindergarten, I don't think she was
20        concerned about it.
21   BY MR. GILL:
22        Q.   Okay.  Okay.  And it's your position that
23   once you figured out that you couldn't legally
24   possess it, that's when you, because of your welfare
25   fraud conviction, you then turned around and sold

Page 23

1    your gun, correct, your --
2         A.   Right.
3         Q.   -- deer rifle?
4         A.   Correct.
5         Q.   Okay.  Now, in your answers to our
6    interrogatories, you also mentioned that you
7    possessed a pistol or a revolver for a short period
8    of time after your father's death --
9         A.   Correct.
10        Q.   -- is that correct?
11        A.   Yes.
12        Q.   And do you remember what kind of model
13   or --
14        A.   No.  It was --
15        Q.   -- type that was?
16        A.   I know it was a .22.
17        Q.   Okay.  And when you got it, what did you do
18   with it?
19        A.   Put it -- I believe I put it in a closet --
20        Q.   Okay.
21        A.   -- my bedroom closet.
22        Q.   Did you -- did you end up selling it to
23   somebody?
24        A.   I'm not sure what I did with that pistol.
25   I don't remember selling it.  I think I gave it to

Page 24

1    somebody, and I'm not sure who.
2              It was a very hectic time back at that
3    time frame.
4         Q.   Okay.  And around what year did your father
5    pass?
6         A.   That would have been 2008.
7         Q.   Okay.  And so in that time frame, I think
8    you were still under the impression that you could
9    legally possess a firearm, it was just some mix-up
10   that was preventing you from legally purchasing a
11   firearm; correct?
12        A.   That's correct.
13        Q.   So is there -- what was the reason for you
14   to give it to somebody -- the pistol or revolver to
15   somebody else, as opposed to keeping it yourself?
16        A.   Well, we had -- at the time, we were -- it
17   was me and five kids and my wife living at my
18   mother's house, my wife was going through chemo, life
19   was just -- was in shatters and we did not want a
20   pistol in the house when we had five young kids.  We
21   both worked a lot and, you know, there was just a
22   worry factor there.
23        Q.   Okay.  So other than this pistol that you
24   briefly possessed, the shotgun and the two deer
25   rifles, have you owned or possessed any other

**SUMMIT COURT REPORTING, INC.**
**215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com**

**Range v. Barr, et al.**                                      **BRYAN DAVID RANGE, 12/30/20**

Page 25

1  firearms over the course of your adult life?
2      A.  Not that I recall.
3      Q.  Okay.  Now, have you ever had a Sportsman's
4  Firearm Permit?
5      A.  I am not sure what that is.
6      Q.  Or have you ever had a rifle hunting
7  license?
8      A.  Well, our -- our hunting licenses are --
9  they're not weapon-specific in my state.
10     Q.  Okay.  So you have had hunting license;
11  correct?
12     A.  Yes.
13     Q.  Okay.  Do you currently have one?
14     A.  Yes.
15     Q.  Okay.  And in your interrogatory responses,
16  you mentioned that you're a bow hunter --
17     A.  Yeah.
18     Q.  -- and that you also hunt with a
19  muzzleloader --
20     A.  I have, yes.
21     Q.  -- correct?  Okay.
22     A.  Correct.
23     Q.  How long have you been bow hunting?
24     A.  Oh, I've got to do a little math in my head
25  here.  I'm 50.  Twenty years, approximately.

Page 26

1      Q.  Okay.  And who do you -- who do you do bow
2  hunting with?
3      A.  Who do I bow hunt with?
4      Q.  Yeah.  Do you have any friends that you
5  hunt with on a regular basis?
6      A.  There are certain people that I know that
7  bow hunt, but bow hunting is kind of a solo thing.
8      Q.  Okay.  So no one that -- so you would do it
9  by yourself, you would say?
10     A.  Yeah.  I mean, yeah.  My --
11     Q.  And --
12     A.  -- son got into -- sorry.
13     Q.  No, go ahead.  Your son got into it?
14     A.  My son got into bow hunting as well here in
15  the last several years.
16     Q.  Do you ever hunt with him?
17     A.  I'm not sure what you mean by your
18  question.
19         Hunt with him?  No.  We've gone to the
20  woods at the same time, but, you know, he might be
21  three or four, 500 yards away from where I'm at.
22     Q.  Right.  I guess that's what I meant.  When
23  you decide to go on a hunt, I know you spread out,
24  but who would you -- are there people that you
25  would -- like your son, that you would drive to the

Page 27

1  woods and then you would split up and then you would,
2  you know --
3      A.  No.
4      Q.  -- you would --
5      A.  No, I was pretty much alone.
6      Q.  Okay.  When you were rifle hunting, was
7  there anyone that you would drive to a hunt with or
8  regularly go out on a hunt with?
9      A.  No.
10     Q.  Okay.  That was a solo thing for you, too?
11     A.  Yeah.
12     Q.  Okay.  And the muzzleloader, do you -- how
13  long have you been hunting with a muzzleloader?
14     A.  I couldn't tell you exactly.  Not as long
15  as a bow, but maybe ten, 12 years, 13, maybe.
16     Q.  Okay.  How often do you do that now, go out
17  with your muzzleloader?
18     A.  Well, I -- I messed up my muzzleloader, so
19  now I can't do it at all.
20     Q.  Okay.  When did -- when did you mess up
21  your muzzleloader?
22     A.  We're in 2020.  I believe it was two years
23  ago, might have been -- two years ago, I believe,
24  might have been three.
25     Q.  What happened?

Page 28

1      A.  Well, I got done hunting and I didn't
2  unload it, because, you know, it's not -- it's a
3  different thing to unload.  I put it in my closet in
4  the back corner, and my exterior chimney had a leak
5  coming in, and over about two months' time, it got
6  condensation on it and it got really rusted.
7      Q.  Got it.  So for -- like, how often do you
8  bow hunt during the course of a hunting season, on
9  average?
10     A.  Every day, if I can.
11     Q.  Okay.  So that would be -- how long is the
12  bow-hunting season?
13     A.  Six weeks.
14     Q.  Okay.  And when you were -- when you had a
15  deer rifle, how often were you hunting during the
16  course of the hunting season with your deer rifle?
17     A.  The first morning.  Depending on my work
18  schedule, it would be the first morning and usually
19  the two Saturdays.  That's only a two-week season.
20     Q.  Okay.  When was the last time you shot a
21  firearm?
22     A.  Well, a muzzleloader, I mean, I've shot
23  that.
24     Q.  Yeah, I'm not -- I'm not -- I'm sorry, I'm
25  not including --

7 (Pages 25 to 28)

**Range v. Barr, et al.**                    **BRYAN DAVID RANGE, 12/30/20**

Page 29

1    A.  Okay.
2    Q.  I'm not including a muzzleloader in my
3  definition of a firearm.
4    A.  I -- I don't really recall.
5    Q.  Was it within the last --
6    A.  Several years.
7    Q.  Okay.  Was it within the last five years?
8    A.  No.
9    Q.  Okay.  Do you remember the circumstances
10  the last time that you shot a firearm?
11    A.  No, I do not.
12    Q.  Okay.  Do you -- when were you last at a
13  shooting range?
14    A.  Oh, I think --
15        MR. GOTTLIEB:  Can you define
16  shooting range, because there are archery
17  ranges.
18        MR. GILL:  Fair point.
19  BY MR. GILL:
20    Q.  So by shooting range, I'm not talking about
21  an archery range, I'm talking about a range where you
22  would use either a muzzleloader or a pistol or a
23  rifle or a firearm.
24    A.  I couldn't tell you.  That's -- I have no
25  idea.  That's been a long time.

Page 30

1    Q.  Longer than five years?
2    A.  Oh, yeah.  Yeah.
3    Q.  Okay.  Now, I know on your Facebook you
4  follow Second Amendment groups; is that correct?
5    A.  Probably, yes.  I don't know what I follow
6  offhand, but I --
7    Q.  Understood.  Are there any specific groups
8  that you tend to follow more than others?
9    A.  Do you mean as far as gun stuff or just in
10  general?
11    Q.  Yeah, Second Amendment rights and the like
12  and gun stuff.
13    A.  No, no particular -- no.
14    Q.  Okay.  One of the groups that you follow is
15  called Military Service Members Against Gun Control.
16    A.  Uh-huh.
17    Q.  Do you -- what's your connection to that
18  group?
19    A.  Well, I have no connection.
20    Q.  Okay.
21    A.  I support my military.  I -- they probably
22  popped up and I accepted it, you know.
23        From what I can tell, that would
24  probably have been what happened.
25    Q.  Okay.  And then there's a group Hunters

Page 31

1  United for Sunday Hunting.
2        Do you follow that group much?
3    A.  Yeah, I did when they were trying to get us
4  Sunday hunting, yes.
5    Q.  Uh-huh.  Were they --
6    A.  Which we --
7    Q.  -- they successful?
8    A.  -- did get it.  We did get it, one Sunday
9  in each season.
10    Q.  And have you -- I mean, have you ever
11  supported these groups in person, like attended any
12  demonstrations --
13    A.  No.
14    Q.  -- or marches?
15    A.  No.
16    Q.  No?
17    A.  No.
18    Q.  So I know you liked -- there was a Facebook
19  post to a gun control hearing in the Pennsylvania
20  Senate dated September 18th, 2019, and that's not
21  something that you attended or --
22    A.  No.
23    Q.  -- marched at --
24    A.  No.
25    Q.  -- protested --

Page 32

1    A.  No.
2    Q.  -- you just liked it?
3    A.  No, I don't protest or march.
4    Q.  Now, we talk earlier on about the welfare
5  fraud, and your conviction for that was in August of
6  1995.
7        Does that sound right?
8    A.  Yeah.
9    Q.  Could you tell me what happened with that?
10  What did you do?
11    A.  With the fraud or the conviction or --
12    Q.  Well, let's start with -- start with the
13  factual circumstances behind --
14    A.  Okay.
15    Q.  -- the fraud conviction.
16    A.  My -- I was with my children's mother at
17  the time.  I was the only one working.  She applied
18  for food stamp assistance and, I think, medical.  I'm
19  not sure on that.  I believe it was food stamps and
20  medical.
21        She signed us up, we got approved, or
22  however they do it, and we got some food stamp
23  assistance.
24    Q.  And the amount you received was about --
25  was $2,458; is that right?

8 (Pages 29 to 32)

**Range v. Barr, et al.**                                    **BRYAN DAVID RANGE, 12/30/20**

Page 33

1    A.  If the number -- if that's what it says on
2    the paper.  I certainly wouldn't remember that.
3        Q.  Okay.
4        A.  I think it was, you know, so much per month
5    or every -- I think it was per month the way it
6    worked.
7        Q.  Okay.  And what was your involvement in the
8    application for this financial assistance?
9            What did you do?
10       A.  I'm not sure.  I don't recall having much
11   of any involvement, if any.  I imagine I signed my
12   name or something, but I don't really recall.
13       Q.  Okay.  Do you remember listing how much you
14   were earning at the time or anything like that?
15       A.  I do not remember doing that, no.  If it
16   called for that, I'm sure my wife would have been the
17   one doing that.
18       Q.  Was your wife, was she convicted of this
19   offense, too?
20       A.  I think -- I don't -- I don't know what --
21   I don't want to speak for her what her conviction
22   was, but she was convicted of some sort of welfare
23   fraud as well.
24           We were not together when the -- when,
25   you know, the charges and the conviction happened.

Page 34

1        Q.  When you say you were not together, were
2    you -- were you separated, were you divorced?
3        A.  I'm not sure if we were divorced at that
4    point.  Certainly separated.
5            Divorce costs money, we didn't have
6    money.
7        Q.  Right.  Were you living together at the
8    time that you applied for the welfare assistance?
9        A.  Yes.
10       Q.  Okay.  And you were -- the crime that you
11   were convicted of was for making a false statement;
12   correct?
13       A.  I -- I believe that's what it was.  I don't
14   know the actual conviction.  I just thought it was
15   under welfare fraud.
16       Q.  Okay.  And you don't know what false
17   statement you may have made, is that fair to say,
18   about this welfare fraud?
19       A.  Well, from what I have learned and believe,
20   it was that my income was not reported.
21       Q.  Okay.  And although this crime qualifies
22   you for up to three years imprisonment, you only
23   served probation; correct?
24       A.  Yes, it was just probation.
25       Q.  And what other -- what other punishment was

Page 35

1    involved?
2        A.  There was some -- the restitution, I
3    imagine there was a fine with it as well.  I'm not
4    sure.
5        Q.  Okay.  And at the time, did you -- when you
6    pled guilty, did you do that in open court?
7        A.  I assume it was -- yeah, I mean, I was in a
8    courtroom in front of a judge, so I assume that's
9    what it was, open court.
10       Q.  Right.  Okay.  So in front of a judge?
11       A.  Yes.
12       Q.  And was there any discussion in the
13   courtroom about the consequences this conviction
14   might have on your rights as a citizen?
15       A.  No.  I sat down, and I will assume it was
16   the prosecutor or whoever was there, the state
17   person, I remember her walking up and saying plead
18   guilty, you're going to get probation and a fine,
19   we'll be done.  I said okay.
20       Q.  Okay.
21       A.  I did not have an attorney.
22       Q.  So you don't -- do you remember any
23   discussion, either by the judge or your lawyer, about
24   this affecting --
25       A.  I didn't have a lawyer.

Page 36

1        Q.  -- your ability to legally --
2        A.  I'm sorry, I did not have a lawyer.
3        Q.  Okay.  But you had a defender; correct --
4        A.  No, I did not.
5        Q.  -- beside you?
6        A.  No.
7        Q.  Okay.  So you don't remember any discussion
8    by the Court about whether you could legally possess
9    a firearm after this --
10       A.  No.
11       Q.  -- conviction?
12       A.  No, I do not.
13       Q.  Did this conviction affect your ability to
14   vote?
15       A.  Well, I didn't really start voting until
16   the last couple years, so I don't know if it affected
17   it or not.
18       Q.  Okay.
19       A.  I don't -- I don't -- I guess when asked if
20   it affected it, I don't know.
21       Q.  Have you received any -- I know you
22   received public assistance, you know, back in '95.
23           Other than that period, have you ever
24   received public assistance since?
25       A.  No, I have not.

9  (Pages 33 to 36)

**Range v. Barr, et al.**                    **BRYAN DAVID RANGE, 12/30/20**

Page 37

1    Q.   Okay.  Now, moving forward to 2011, there
2    was an incident involving a fishing license.
3        Do you remember that?
4    A.   Yes.
5    Q.   And why don't you describe what happened
6    and what led to the -- what led to those criminal
7    offenses?
8    A.   I had gone fishing and the fish police -- I
9    believe that's what they called it, is fish police --
10   came and asked me for my license, and I -- I didn't
11   have it on me -- or I thought I didn't have it on me,
12   so they wrote me a ticket and I had so many days to,
13   you know, get ahold of them and show it to them.
14       And when I got home that afternoon or
15   that evening, I went to my old tackle box and started
16   looking, and my wife had informed me that I actually
17   had not gotten my fishing license, that year.
18   Q.   Whenever --
19   A.   I went -- I'm sorry, go ahead.
20   Q.   So you -- you found out that you didn't
21   have a license, and then what did you do?
22   A.   I believe I called the fish warden,
23   explained it to him.  If I remember, he didn't really
24   seem to care, and then he issued me two fines,
25   fishing without a license and saying I had a license.

Page 38

1    Q.   And what was your penalty for that?
2    A.   It was an estimate of, like, $200 fine,
3    maybe.
4    Q.   Okay.  I mean, my understanding of your
5    charges, one is fishing without a license and then a
6    false ID or statement -- or a false statement.
7        Did you --
8    A.   Okay.
9    Q.   -- in your -- in your discussion with the
10   state police, did he say that you had made a false
11   statement to him?
12   A.   I believe -- I believe he did.  I don't
13   know what his words were, but I believe he did --
14   Q.   And --
15   A.   -- and I told him the circumstances, he
16   didn't seem to care and issued me the summons.
17   Q.   And it's your understanding that the false
18   statement that you were penalized for was that you
19   actually -- that you had an ID, when you actually
20   didn't; is that right?
21   A.   Correct.
22   Q.   Where were you fishing when this -- when
23   you ran -- when you had this incident with the state
24   police?
25   A.   It wasn't the state police.  The fish

Page 39

1    warden they're called.
2        It would have been Susquehanna River,
3    York County.  I believe it's York County.
4    Q.   Okay.  Have you had any traffic tickets
5    that have led to any criminal charges?
6    A.   Criminal, no.  No DUIs or anything like
7    that, no.
8    Q.   Have you ever been involved in a car
9    accident where someone was injured?
10   A.   I don't believe -- I mean, I was in some
11   fender-benders many years ago, but I don't believe
12   there was any injuries ever.
13   Q.   Okay.  Nothing that would rise to, like,
14   manslaughter or anything like that or --
15   A.   No.  No.
16   Q.   -- the like?
17       Other than the incidents that we've
18   mentioned, have you ever been -- or that we've
19   discussed, have you ever been arrested?
20   A.   No.
21   Q.   Okay.  In the last 15 years, have you ever
22   had a physical fight with someone?
23   A.   No.
24   Q.   Okay.  Any time you've been involved in a
25   physical fight as an adult?

Page 40

1    A.   No.  I had a guy shove me once at a
2    concert, and that would be the extent of that.
3    Q.   And you didn't reciprocate?
4    A.   No.  No.
5    Q.   What -- with your -- with either your first
6    wife or your current wife, have there been any
7    domestic disturbances where the police have been
8    called?
9    A.   Not that I recall, no.
10   Q.   In the past 20 years, have you been treated
11   for any psychiatric condition?
12   A.   No.
13   Q.   Okay.  And do you take any medicine for a
14   psychiatric or mental condition?
15   A.   No.
16   Q.   Okay.  Have you ever?
17   A.   No.
18       MR. GILL:  Okay.  Why don't we
19   take a ten-minute break.  I think I'm
20   near done, but --
21       MR. GOTTLIEB:  Okay.
22       MR. GILL:  Let's take a
23   ten-minute break.  If we could maybe come
24   back on at 11:05.
25       MR. GOTTLIEB:  That's fine.  I

10  (Pages 37 to 40)

**Range v. Barr, et al.**                                    **BRYAN DAVID RANGE, 12/30/20**

---

Page 41

1   could use a break.
2        (Brief recess.)
3   BY MR. GILL:
4        Q.  All right.  I just have a few follow-up
5   questions and then you can be on your way, Mr. Range.
6   Just a timing question.
7        So I believe you said that your father
8   passed in -- was it 2006 or 2008?
9        A.  2008.
10       Q.  Okay.  And then as a result of his death,
11  you got his pistol or revolver, you can't remember
12  which --
13       A.  Yes.
14       Q.  -- and then you --
15       A.  Well, it was a pistol.
16       Q.  -- gave it to -- okay.
17       And then you gave that pistol to
18  someone else.
19       A.  Yes, I believe so.  I know I don't have it.
20       Q.  And do you remember when you gave that
21  pistol away?
22       A.  No, I don't believe -- I had it for
23  maybe -- oh, maybe a month, and that's -- that's an
24  estimate.  I'm not sure.
25       Q.  Okay.

---

Page 42

1        A.  I did not have it long.
2        Q.  Okay.  And you don't remember who you gave
3   it to?
4        A.  No, I'm not sure.
5        Q.  Was it someone outside your family?
6        A.  I don't know.  The only -- the only
7   thing --
8        THE COURT REPORTER:  I'm sorry,
9   Mr. Range, Mr. Range --
10       THE WITNESS:  My father and he
11  did not have it.
12       THE COURT REPORTER:  Mr. Range,
13  can you just repeat your answer.
14       MR. GILL:  Repeat your answer.
15       THE WITNESS:  I said that I
16  thought maybe --
17       THE COURT REPORTER:  I'm sorry,
18  can you --
19       MR. GOTTLIEB:  You just have
20  to -- Bryan, say it again, because I
21  don't think she's picking you up.
22       VIDEO TECHNICIAN:  Mr. Range,
23  try muting yourself and speaking just
24  from the attorney's phone.  I think it
25  might be a bad connection coming from

---

Page 43

1   your phone.
2        MR. GOTTLIEB:  Yeah, it just
3   kicked me out.
4        THE WITNESS:  Okay.  Can you
5   still hear me?  I know you can see me.
6        VIDEO TECHNICIAN:  Yes.  We
7   can't -- just mute yourself, if you can,
8   on your phone and then we'll see if you
9   can come through the attorney's phone,
10  because it seems like it's your phone.
11       MR. GOTTLIEB:  All right.
12  Bryan, talk now.
13       THE WITNESS:  I thought maybe I
14  had given it to my stepfather, and I had
15  asked him about it and he said no, I had
16  not.
17       MR. GOTTLIEB:  Did you hear
18  that through my phone?
19       THE COURT REPORTER:  Yes.
20       MR. GILL:  Yes.
21       MR. GOTTLIEB:  Okay.  All
22  right.  Who do you want to see, him or
23  me?
24       MR. GILL:  Well, I think it
25  works if we -- if he's on mute and we can

---

Page 44

1   see his face, so --
2        MR. GOTTLIEB:  All right.  Then
3   I'll turn --
4        MR. GILL:  I think this
5   arrangement --
6        MR. GOTTLIEB:  Oh, you can see
7   him?  Oh, okay.  All right.  Fine.
8   BY MR. GILL:
9        Q.  Okay.  And in connection with the 1995, the
10  welfare fraud, the conviction for making a false
11  statement, you remember signing the application,
12  correct, for welfare?
13       A.  No, I do not actually remember signing.  I
14  do not actually remember signing.
15       Q.  Okay.  Do you remember reviewing the
16  application in any fashion?
17       A.  No.  No.
18       Q.  Would it have been your pattern or practice
19  to review and sign this kind of application for
20  public assistance in 1995?
21       A.  I don't understand your question.
22       Q.  I mean, it's --
23       THE COURT REPORTER:  I'm sorry,
24  I can't --
25       MR. GOTTLIEB:  You're frozen on

---

11 (Pages 41 to 44)

**Range v. Barr, et al.**                                    **BRYAN DAVID RANGE, 12/30/20**

---

Page 45

1      my phone.
2           THE WITNESS:  Yeah, he's frozen
3      on mine, too.
4           MR. GILL:  Can you hear me now?
5           MR. GOTTLIEB:  Yeah.  Bryan,
6      just make sure you -- since you're, like,
7      six feet away --
8           THE WITNESS:  Yes, I can hear
9      you.
10           VIDEO TECHNICIAN:  I think the
11      issue is you're not muted.  So if you can
12      mute your phone, I think that we can
13      still hear you through the attorney's.
14           MR. GILL:  Mr. Range should
15      mute his phone.
16           MR. GOTTLIEB:  All right.  Hold
17      on.
18           VIDEO TECHNICIAN:  Yes.  Keep
19      the camera on, but just mute it.
20           THE WITNESS:  That's what I'm
21      trying to do.  Audio -- this phone
22      works differently than mine.
23           VIDEO TECHNICIAN:  Okay.  So it
24      doesn't look like you're connected to
25      audio.  That might work now.

---

Page 46

1      BY MR. GILL:
2      Q.  Okay.  Mr. Range --
3           VIDEO TECHNICIAN:  Can you say
4      something?
5           THE WITNESS:  Yes.  Can you
6      hear me?
7           VIDEO TECHNICIAN:  Okay.  Is
8      that better?  Yeah, that's better.
9      BY MR. GILL:
10      Q.  Let me just repeat the question so that
11      we're all on the same page.
12           So would it have been your pattern or
13      practice or habit to review a document that you were
14      about -- that you would sign, a public document like
15      an application for welfare assistance?
16      A.  No, I don't -- I don't remember reviewing
17      it, and, I mean, I'm trying to think back as a
18      20-some-year-old and that time of life, I assume I
19      probably didn't review it.
20      Q.  Okay.  So you assume you did, but you have
21      no memory of doing so?
22      A.  No.
23      Q.  Just so I'm clear, you assume you reviewed
24      the document, but you don't remember doing so; is
25      that correct?

---

Page 47

1      A.  Well, I don't -- I don't -- no, I'm not
2      assuming I reviewed it.  I don't -- I don't remember
3      reviewing it or looking at it.  I signed my name.
4      Q.  So do you think you were -- that your
5      conviction for making a false statement was in error?
6      A.  Looking back now, no, I do not.
7      Q.  Why do you -- why, looking back now, do you
8      not believe it was in error?
9      A.  Well, because I'm -- you know, I'm 50 years
10      old, I've lived life, you know, and if you sign
11      something for something, you know, you own it.
12      Q.  Okay.  Now, you became aware that you
13      weren't able to legally purchase a firearm sometime
14      in the 2011, 2012 time frame; correct?
15      A.  That's an estimate.  I mean, it could have
16      been more 2013.  I'm not real sure.
17      Q.  Okay.  Okay.  And then --
18      A.  Within those couple years there.
19      Q.  -- you waited until -- understood.  You
20      waited until 2020 to file this Complaint.
21           What was the sort of the triggering
22      factor to file this lawsuit?
23           Without -- and I don't want to get
24      into any discussions you may have had with your
25      attorneys or anything like that, but what was --

---

Page 48

1      A.  Right.
2      Q.  -- what was the triggering event to file
3      the lawsuit in 2020?
4           MR. GOTTLIEB:  I'm going to
5      object, because I think now you're really
6      delving into attorney/client privilege.
7           Are you asking him other than
8      that?
9           MR. GILL:  Yes.
10      BY MR. GILL:
11      Q.  I don't want to get into conversations you
12      had --
13           MR. GOTTLIEB:  Because if it's
14      something other than that --
15           THE COURT REPORTER:  Mr.
16      Gottlieb, you're freezing up.
17           MR. GURA:  I think I understand
18      my colleague's objection, and if I can
19      understand the question better, are you
20      asking whether or not there was some
21      event, some thing that happened that
22      prompted Mr. Range to do this, and you're
23      excluding any kind of legal advice he may
24      have received from anybody?  Am I --
25           MR. GILL:  Correct.

---

12  (Pages 45 to 48)

**Range v. Barr, et al.**                                    **BRYAN DAVID RANGE, 12/30/20**

Page 49

1              MR. GURA:  -- understanding --
2      is that the question?
3              MR. GILL:  That's the question.
4              THE WITNESS:  Do I answer?
5              MR. GOTTLIEB:  Yes.  Yes, you
6      can answer.
7              THE COURT REPORTER:  I'm sorry,
8      Mr. Range, you're freezing.
9              THE WITNESS:  No, there was no
10     event or, you know, nothing -- I said
11     there was --
12             MR. GOTTLIEB:  Can you hear --
13     can you hear him?
14             VIDEO TECHNICIAN:  No, you're
15     really breaking up on the phone.
16             MR. GILL:  I heard --
17     what I heard was Mr. Range stating that
18     there was no triggering event.
19     BY MR. GILL:
20         Q.  Mr. Range, is that a -- is that -- did I
21     understand that correctly?
22         A.  Yes, you did.
23         Q.  All right.  One question I had about
24     timing, you had -- in 2006, you lost your shotgun and
25     your deer rifle to a house fire; correct?

Page 50

1          A.  Correct.
2          Q.  And how shortly after that time frame did
3      your -- when was that -- when was that house fire,
4      what time of year?
5          A.  Two weeks before Christmas would have
6      been -- my father was '08.  That would have been '06,
7      I believe.
8          Q.  Right, but what -- do you remember what
9      month it was?  Was it the beginning of the year?
10         A.  I said two weeks -- I had said two weeks
11     before Christmas.  It would have been December.
12         Q.  Okay.  Okay.  And was it that -- was that
13     the subsequent Christmas that you got -- that your
14     wife purchased the deer-hunting rifle for you, was
15     that two weeks --
16         A.  No, I do not believe so.  No.
17         Q.  Was it -- was it the next year?
18         A.  I'm not sure.  I know it wasn't the year of
19     the fire.  I mean it was so -- I don't even think I
20     hunted that year, as far as I can remember.  It was
21     just a chaotic time.
22         Q.  Understood.  Understood.  I don't -- that's
23     obviously a terrible situation, but I'm just trying
24     to understand, would she have -- would she have
25     gotten you the deer rifle as a present within the

Page 51

1      next year or two from that fire?
2          A.  I don't want to guess and -- I just don't
3      know.
4          Q.  Okay.  But let me ask you this:  When
5      you -- when did your -- when did you get your first
6      deer-hunting rifle from your wife, do you remember
7      that, when you got that, what year that was?
8          A.  No, I don't remember the year.
9          Q.  Okay.  But you were -- you were turned down
10     twice for PICS, the first time in 1998 and the second
11     time in 2010 or 2011; correct?
12         A.  I believe that's correct, yes.
13         Q.  Right.  And you had in your possession a
14     deer rifle during that intervening time, correct,
15     between '98 and 2010?
16         A.  Correct.
17         Q.  All right.  Do you remember if your wife
18     bought you your first hunting rifle after the '98
19     PICS denial?
20         A.  I'm -- I think -- I'm pretty sure she did.
21         Q.  Okay.
22             THE WITNESS:  I'm freezing
23     up again.
24             MR. GOTTLIEB:  Can you hear him
25     through my phone?

Page 52

1              MR. GILL:  Well, I'll restate
2      what I thought I heard he said.  He said
3      that he thinks his wife did buy the
4      hunting rifle after the '98 PICS denial.
5      Is that correct?
6              MR. GOTTLIEB:  That is what he
7      said, yes.  That is what he said.
8      BY MR. GILL:
9          Q.  Okay.  She bought you the second rifle
10     sometime after the 2006 -- after the 2006 fire, but
11     before the 2010, 2011 PICS denial; is that right?
12         A.  I don't know for sure.
13         Q.  Okay.
14         A.  I'm not sure on that.
15             MR. GILL:  Okay.  Well,
16     actually, if the court reporter -- I'm
17     sorry, Summit, there's a PDF that begins
18     with 12/10/11.  If you could pull up that
19     exhibit.  Kathleen, are you there?  And
20     if you can scroll down to the bottom of
21     the page.
22             THE WITNESS:  I see it.
23             MR. GILL:  Just keep going
24     down.  Do you see -- yeah, stay there.
25             THE WITNESS:  Yes, I see it.

13  (Pages 49 to 52)

**Range v. Barr, et al.**                    **BRYAN DAVID RANGE, 12/30/20**

Page 53

1  BY MR. GILL:
2      Q.  Do you see that?  It's a Facebook post and
3  it says, you know:  Nice big doe, wooohooo.
4      A.  Yes.
5      Q.  December 10, 2011.
6      A.  Yes.  Yes, I see it.
7      Q.  Is that your rifle pictured there?  Is that
8  your deer rifle?
9      A.  I -- I actually didn't even remember this
10 until it was found in my Facebook.  I don't remember
11 owning that rifle.  I believe I probably have
12 maybe borrowed it from somebody, maybe.
13     Q.  Okay.  Okay.  So you don't -- you don't
14 think that that is your rifle?
15     A.  I don't believe so.
16     Q.  Okay.  I mean, would you -- you borrowed a
17 rifle from -- do you remember who you borrowed it
18 from?
19     A.  I don't, and, quite honestly, I'm only
20 guessing that I borrowed it from somebody because,
21 like I said, I did not -- I don't remember the doe,
22 but I shot a lot of doe --
23     Q.  Right.
24     A.  -- but I just -- until it came up on my
25 Facebook, I didn't -- I was clueless.

Page 54

1      Q.  Yeah, well, okay.  This is, you know, about
2  ten years ago, so it's a while ago, but I -- how many
3  times have you -- do you think you borrowed a deer
4  rifle from somebody for shooting or for hunting?
5      A.  I'm guessing this time.  I don't know.  I
6  mean, the only one I know of now is this, and I'm not
7  even sure where -- who I would have borrowed that
8  from, but --
9      Q.  Okay.
10     A.  -- I must have.  I just don't remember.
11     Q.  Okay.
12     A.  And I have racked my brain.  I just don't
13 remember it.
14     Q.  Okay.  So other than this one time, you
15 have no memory of borrowing a deer rifle from anybody
16 for hunting purposes?
17     A.  No, I don't recall any other times.
18         MR. GILL:  Okay.  I don't have
19 any further questions.
20         P.J., do you have any questions
21 that you'd lke to ask Mr. Range?
22         MR. KOOB:  Nothing from me.
23 Thanks, Mr. Range.
24         THE WITNESS:  Thank you.
25         MR. GILL:  Thank you for --

Page 55

1  everybody for making themselves available
2  in the holiday period.  I appreciate it.
3      Thank you very much for your
4  time, Mr. Range, and have a happy New
5  Year.
6      VIDEO TECHNICIAN:  Question, do
7  you want the exhibit that we pulled up
8  marked as anything?
9      MR. GILL:  Just do U.S.A.
10 Exhibit 1.
11     THE COURT REPORTER:  Mr.
12 Gottlieb, do you want a copy of the
13 transcript?
14     MR. GOTTLIEB:  I don't think we
15 need two of them.
16     MR. GURA:  I mean, I guess we
17 get one copy at least.
18     (Deposition concluded at 11:29
19 a.m.)
20     (USA-1 marked for
21 identification.)
22
23
24
25

Page 56

1      CERTIFICATION
2      - - -
3      I hereby certify that the testimony
4  and the proceedings in the aforegoing matter
5  are contained fully and accurately in the
6  stenographic notes taken by me, and that the
7  copy is a true and correct transcript of the
8  same.
9
10
11
12
13 ----------------------------
14     Andrea M. Brinton, Certified
       Court Reporter and Notary Public
15
16
17
18     The foregoing certification does
19 not apply to any reproduction of the same by
20 any means, unless under the direct control
21 and/or supervision of the certifying
22 reporter.
23
24
25

14  (Pages 53 to 56)

Range v. Barr, et al.                                    BRYAN DAVID RANGE, 12/30/20

**A**

**a.m** 1:13 55:19
**ability** 7:19 12:22
   36:1,13
**able** 12:19 47:13
**accepted** 30:22
**accident** 39:9
**accurately** 56:5
**acknowledge** 4:9
   4:13,23
**ACTION** 1:3
**actual** 34:14
**address** 8:9
**administered** 4:14
**adult** 16:23 25:1
   39:25
**advice** 48:23
**affect** 36:13
**aforegoing** 56:4
**afternoon** 37:14
**ages** 9:5
**ago** 14:14 27:23,23
   39:11 54:2,2
**agree** 4:23
**agreed** 5:6,9,11
**agreement** 4:1 5:3
   5:4
**ahead** 17:23 26:13
   37:19
**ahold** 37:13
**al** 1:7
**Alan** 2:7 5:7
**alan@gurapllc.c...**
   2:9
**Alexandria** 2:8
**allow** 19:23
**allowed** 16:5 17:9
   22:9
**Amendment** 30:4
   30:11
**America** 11:8
**ammunition** 13:8
**amount** 32:24
**and/or** 56:21
**Andrea** 1:13 56:14
**answer** 6:11,23,24
   7:1,14,19,23 8:2
   22:8,10 42:13,14
   49:4,6
**answers** 23:5
**anybody** 8:22 48:24
   54:15
**APPEARANCES**
   2:2
**application** 20:15
   33:8 44:11,16,19

46:15
**applied** 32:17 34:8
**apply** 56:19
**appreciate** 55:2
**approved** 32:21
**approximately**
   25:25
**archery** 29:16,21
**Area** 12:1
**arrangement** 4:19
   44:5
**arrested** 39:19
**asked** 19:17 36:19
   37:10 43:15
**asking** 6:22 48:7,20
**assistance** 20:15
   32:18,23 33:8
   34:8 36:22,24
   44:20 46:15
**assume** 35:7,8,15
   46:18,20,23
**assuming** 17:12
   47:2
**attended** 31:11,21
**attorney** 1:6 35:21
**attorney's** 2:11
   42:24 43:9 45:13
**attorney/client** 48:6
**attorneys** 4:8 47:25
**audio** 45:21,25
**August** 32:5
**available** 55:1
**average** 28:9
**aware** 7:22 17:9
   20:20 47:12
**awareness** 16:7
   17:11

**B**

**B** 3:7
**back** 9:20 24:2 28:4
   36:22 40:24 46:17
   47:6,7
**background** 8:6
**bad** 42:25
**BARR** 1:6
**basic** 6:6
**basis** 26:5
**bedroom** 23:21
**beginning** 50:9
**begins** 52:17
**believe** 11:19 14:2
   14:16 15:9,16,17
   15:18,24,25 16:18
   16:20 19:3 20:17
   21:11 23:19 27:22

27:23 32:19 34:13
   34:19 37:9,22
   38:12,12,13 39:3
   39:10,11 41:7,19
   41:22 47:8 50:7
   50:16 51:12 53:11
   53:15
**better** 46:8,8 48:19
**big** 53:3
**biological** 10:5,13
**birthday** 14:3
**bit** 6:8 19:6 21:1
**borrowed** 53:12,16
   53:17,20 54:3,7
**borrowing** 54:15
**bottom** 52:20
**bought** 17:2,5 22:1
   51:18 52:9
**bow** 25:16,23 26:1
   26:3,7,7,14 27:15
   28:8
**bow-hunting** 28:12
**box** 37:15
**brain** 54:12
**brand** 15:20
**Brandon** 9:4,8
   10:10
**break** 7:10,11,15
   40:19,23 41:1
**breaking** 49:15
**Brief** 41:2
**briefly** 24:24
**Brinton** 1:13 56:14
**Bryan** 1:3,11 3:3
   5:13 9:4,9 10:10
   10:11,12 22:10
   42:20 43:12 45:5
**business** 12:7,8
**buy** 18:9,13 52:3

**C**

**called** 30:15 33:16
   37:9,22 39:1 40:8
**calls** 22:5
**camera** 45:19
**car** 39:8
**care** 37:24 38:16
**certain** 26:6
**certainly** 33:2 34:4
**certification** 4:2
   56:1,18
**Certified** 1:14,22
   56:14
**certify** 56:3
**certifying** 56:21
**chaotic** 50:21

**charges** 33:25 38:5
   39:5
**chemo** 24:18
**Chestnut** 2:12
**child** 19:18
**children** 9:1,13,23
   10:4,5,14
**children's** 32:16
**chimney** 28:4
**Christmas** 14:3
   16:12,13,14,21
   17:5,6 50:5,11,13
**circumstances**
   29:9 32:13 38:15
**citizen** 35:14
**CIVIL** 1:3
**clear** 46:23
**closet** 23:19,21
   28:3
**clueless** 53:25
**CNH** 11:8
**colleague's** 48:18
**come** 16:7 17:11
   20:25 40:23 43:9
**coming** 28:5 42:25
**commencing** 1:13
**company** 11:18,22
**Complaint** 47:20
**completely** 7:20,23
**concerned** 22:20
**concert** 40:2
**concluded** 55:18
**condensation** 28:6
**condition** 40:11,14
**conference** 1:11
   2:1
**connected** 45:24
**connection** 13:15
   13:16 30:17,19
   42:25 44:9
**consent** 4:19
**consequences** 8:2
   35:13
**contained** 56:5
**control** 30:15 31:19
   56:20
**conversation** 6:18
**conversations**
   48:11
**convicted** 33:18,22
   34:11
**conviction** 20:11
   20:14,21 21:10
   22:25 32:5,11,15
   33:21,25 34:14
   35:13 36:11,13

44:10 47:5
**copy** 55:12,17 56:7
**corner** 28:4
**correct** 10:17,18
   13:24,25 16:23,24
   17:6,7 19:12
   20:16 22:2 23:1,4
   23:9,10 24:11,12
   25:11,21,22 30:4
   34:12,23 36:3
   38:21 44:12 46:25
   47:14 48:25 49:25
   50:1 51:11,12,14
   51:16 52:5 56:7
**correctly** 21:12
   49:21
**costs** 34:5
**counsel** 2:10,15 4:1
   4:18 5:2,17 6:7
   13:10
**County** 39:3,3
**couple** 8:5 9:11
   19:4,7 36:16
   47:18
**course** 19:1,19 25:1
   28:8,16
**court** 1:1,14,22,22
   4:7,25 5:16 35:6,9
   36:8 42:8,12,17
   43:19 44:23 48:15
   49:7 52:16 55:11
   56:14
**courtesy** 6:24
**courtroom** 35:8,13
**crazy** 18:25
**crime** 34:10,21
**criminal** 37:6 39:5
   39:6
**current** 14:5,6 40:6
**currently** 8:7 11:2
   13:4,7 25:13
**cut** 6:25

**D**

**D** 2:11 3:1
**dad** 14:21
**dated** 31:20
**DAVID** 1:3,11 3:3
   5:13
**day** 28:10
**days** 19:4,8 37:12
**death** 23:8 41:10
**December** 1:12
   50:11 53:5
**decide** 26:23
**declare** 4:15

Range v. Barr, et al.                                                                    BRYAN DAVID RANGE, 12/30/20

deer 12:25 13:23
  14:1,2,25 15:7,16
  15:23 16:15,22
  17:5 22:1 23:3
  24:24 28:15,16
  49:25 50:25 51:14
  53:8 54:3,15
deer-hunting 50:14
  51:6
defend 12:19
Defendants 1:8
  2:15
defender 36:3
define 29:15
definition 29:3
delving 48:6
demonstrations
  31:12
denial 51:19 52:4
  52:11
denied 18:19 21:24
Depending 28:17
deposed 6:3
deposition 1:11 6:4
  7:9 55:11
describe 37:5
DESCRIPTION 3:8
destroyed 15:10
different 28:3
differently 45:22
digging 17:13,13
  17:17,18,20 20:3
direct 56:20
discuss 21:23
discussed 39:19
discussion 35:12
  35:23 36:7 38:9
discussions 47:24
DISTRICT 1:1,1
disturbances 40:7
divorce 10:22 34:5
divorced 10:16,19
  34:2,3
document 46:13,14
  46:24
doe 53:3,21,22
doing 17:12 33:15
  33:17 46:21,24
domestic 40:7
drive 26:25 27:7
drug 19:18
drug-trafficked
  22:16
DUIs 39:6
duly 5:14

**E**
E 3:1,7
earlier 20:1 32:4
earning 33:14
EASTERN 1:1
effect 19:2
either 14:2 29:22
  35:23 40:5
Elizabethtown 8:8
  12:1
embarrassed 19:6
employed 11:2
Eric 2:11 5:8,9 6:1
eric.gill@usdoj.g...
  2:14
error 47:5,8
ESQUIRE 2:3,7,11
  2:12
estimate 10:25 38:2
  41:24 47:15
estimating 8:14
et 1:7
evening 37:15
event 48:2,21 49:10
  49:18
everybody 55:1
exactly 15:25 20:19
  27:14
EXAMINATION 3:4
  5:23
examined 5:14
excluding 48:23
exhibit 3:8 52:19
  55:7,10
explained 37:23
expunge 21:9
expungement
  21:11
extent 40:2
exterior 28:4

**F**
face 44:1
Facebook 13:11
  30:3 31:18 53:2
  53:10,25
factor 24:22 47:22
factual 32:13
fair 19:25 29:18
  34:17
false 34:11,16 38:6
  38:6,10,17 44:10
  47:5
family 42:5
far 30:9 50:20
fashion 44:16

father 24:4 41:7
  42:10 50:6
father's 23:8
feet 45:7
fender-benders
  39:11
fight 39:22,25
figured 22:23
file 47:20,22 48:2
filing 4:3 21:9,19
finally 17:14
financial 20:15 33:8
find 17:14
fine 5:18,21 17:25
  35:3,18 38:2
  40:25 44:7
fines 37:24
finish 17:24
fire 15:10 49:25
  50:3,19 51:1
  52:10
firearm 12:17,23,23
  13:5,8,21 15:13
  16:6 17:10 18:9
  18:16 19:24 20:6
  20:22 21:10,19
  22:2 24:9,11 25:4
  28:21 29:3,10,23
  36:9 47:13
firearms 12:23
  13:12,18 21:21
  25:1
first 3:8 5:13 12:25
  14:5 16:25 18:5
  28:17,18 40:5
  51:5,10,18
fish 37:8,9,22 38:25
fishing 37:2,8,17,25
  38:5,22
five 9:2,23 10:4
  11:23 14:10 24:17
  24:20 29:7 30:1
Fleming 1:24
follow 30:4,5,8,14
  31:2
follow-up 41:4
follows 5:14
food 20:16,17 32:18
  32:19,22
foregoing 56:18
form 4:4
forward 37:1
found 17:16 20:4,4
  37:20 53:10
four 11:23 26:21
frame 9:16 20:1,24

  21:3,7 24:3,7
  47:14 50:2
fraud 20:11,14,18
  20:21 22:25 32:5
  32:11,15 33:23
  34:15,18 44:10
freezing 48:16 49:8
  51:22
friends 26:4
front 35:8,10
frozen 44:25 45:2
fully 56:5
further 4:13 54:19
future 4:20

**G**
GED 12:3
general 1:6 30:10
Gill 2:11 3:5 5:8,8,9
  5:18,25 6:2 22:7
  22:21 29:18,19
  40:18,22 41:3
  42:14 43:20,24
  44:4,8 45:4,14
  46:1,9 48:9,10,25
  49:3,16,19 52:1,8
  52:15,23 53:1
  54:18,25 55:9
give 6:6,8,11,24
  24:14
given 6:4 14:23
  43:14
go 11:24 17:23
  26:13,23 27:8,16
  37:19
going 6:19 10:25
  24:18 35:18 48:4
  52:23
Good 6:1
gotten 14:21 16:12
  20:12,13 37:17
  50:25
Gottlieb 2:3 5:5,6
  5:20 22:9 29:15
  40:21,25 42:19
  43:2,11,17,21
  44:2,6,25 45:5,16
  48:4,13,16 49:5
  49:12 51:24 52:6
  55:12,14
Government 5:9,11
  5:19 6:2
graduate 12:2
group 30:18,25
  31:2
groups 30:4,7,14

  31:11
guess 9:17 13:2
  26:22 36:19 51:2
  55:16
guessing 18:7
  53:20 54:5
guilty 35:6,18
gun 13:13,17 16:3
  18:23 23:1 30:9
  30:12,15 31:19
guns 13:12
Gura 2:6,7 5:7,7
  22:4 48:17 49:1
  55:16
guy 18:22 19:17
  40:1

**H**
H 3:7
habit 46:13
half 12:7
Hammonton 1:24
happened 15:7,22
  18:10 19:14 27:25
  30:24 32:9 33:25
  37:5 48:21
happy 55:4
Harrisburg 12:10
head 6:12 25:24
hear 43:5,17 45:4,8
  45:13 46:6 49:12
  49:13 51:24
heard 49:16,17 52:2
hearing 31:19
heat 11:5
hectic 24:2
Hershey 8:10 9:13
high 11:24 12:1,5
hire 21:14
Hold 45:16
holiday 14:4 55:2
Holland 11:11
home 12:19 13:3
  37:14
honestly 7:20,24
  8:3 53:19
house 8:22 15:9,11
  24:18,20 49:25
  50:3
hunt 12:18 25:18
  26:3,5,7,16,19,23
  27:7,8 28:8
hunted 50:20
hunter 25:16
Hunters 30:25
hunting 25:6,8,10

Page 58

**Range v. Barr, et al.**                                                              **BRYAN DAVID RANGE, 12/30/20**

25:23 26:2,7,14
27:6,13 28:1,8,15
28:16 31:1,4
51:18 52:4 54:4
54:16

**I**

**ID** 38:6,19
**idea** 29:25
**identification** 55:21
**imagine** 33:11 35:3
**impression** 24:8
**imprisonment**
  34:22
**incident** 37:2 38:23
**incidents** 39:17
**including** 28:25
  29:2
**income** 34:20
**indicate** 5:2
**informed** 37:16
**initial** 6:8
**initiated** 12:15
**injured** 39:9
**injuries** 39:12
**instructions** 6:7,9
**interest** 13:12
**Internet** 17:13,20
  20:4 21:16
**interrogatories**
  23:6
**interrogatory** 25:15
**interrupt** 17:24
**intervening** 51:14
**involved** 35:1 39:8
  39:24
**involvement** 33:7
  33:11
**involving** 37:2
**issue** 45:11
**issued** 37:24 38:16

**J**

**J** 2:12
**Jersey** 1:24
**job** 11:4,12,15
**Jordan** 2:17
**judge** 35:8,10,23

**K**

**Kathleen** 2:17
  52:19
**keep** 45:18 52:23
**keeping** 24:15
**kicked** 43:3
**kids** 24:17,20

**kind** 23:12 26:7
  44:19 48:23
**kindergarten** 22:19
**knew** 19:22,22 22:6
**know** 7:5,11 9:11
  9:21 12:15 13:2
  13:10,23 14:22,23
  17:23 19:5,16,17
  19:19 21:9,16,18
  22:12,16 23:16
  24:21 26:6,20,23
  27:2 28:2 30:3,5
  30:22 31:18 33:4
  33:20,25 34:14,16
  36:16,20,21,22
  37:13 38:13 41:19
  42:6 43:5 47:9,10
  47:11 49:10 50:18
  51:3 52:12 53:3
  54:1,5,6
**knowing** 22:1
**known** 22:18
**Koob** 2:12 5:10,10
  54:22

**L**

**lawsuit** 12:15 21:9
  21:19 47:22 48:3
**lawyer** 21:14 35:23
  35:25 36:2
**leak** 28:4
**learned** 34:19
**led** 37:6,6 39:5
**left** 19:6
**legal** 12:22 48:23
**legally** 17:9 20:5,22
  21:18 22:2,23
  24:9,10 36:1,8
  47:13
**let's** 32:12 40:22
**license** 25:7,10
  37:2,10,17,21,25
  37:25 38:5
**licenses** 25:8
**lieu** 4:14
**life** 16:23 24:18
  25:1 46:18 47:10
**liked** 13:13 31:18
  32:2
**limit** 7:19
**list** 18:23 22:14
**listing** 33:13
**little** 19:6 21:1
  25:24
**live** 8:7,15,22
**lived** 8:13 9:13,15

9:23,23 47:10
**living** 24:17 34:7
**local** 11:17
**location** 11:10
**long** 7:9 8:13 11:12
  11:22 25:23 27:13
  27:14 28:11 29:25
  42:1
**longer** 14:14 21:2
  30:1
**look** 21:11 45:24
**looked** 22:14
**looking** 17:20 37:16
  47:3,6,7
**loss** 19:20
**lost** 49:24
**lot** 24:21 53:22
**lunch** 7:10

**M**

**M** 1:13 56:14
**machine** 11:5,7
**making** 34:11 44:10
  47:5 55:1
**manner** 4:21
**manslaughter**
  39:14
**march** 32:3
**marched** 31:23
**marches** 31:14
**marked** 55:8,20
**math** 25:24
**matter** 4:16 6:2
  56:4
**mean** 10:22 16:2
  17:21 18:24 22:14
  22:15 26:10,17
  28:22 30:9 31:10
  35:7 38:4 39:10
  44:22 46:17 47:15
  50:19 53:16 54:6
  55:16
**Meaning** 21:2
**means** 56:20
**meant** 26:22
**medical** 32:18,20
**medication** 7:18
**medicine** 40:13
**Megan** 9:4,9 10:10
  10:11,12
**Members** 30:15
**memory** 46:21
  54:15
**mental** 40:14
**mentioned** 14:17
  17:8,17 23:6

25:16 39:18
**mess** 27:20
**mess-up** 22:13
**messed** 27:18
**Michael** 2:3 5:5
**Michele** 8:18,21
**mikem1a1@aol.c...**
  2:5
**military** 12:12 30:15
  30:21
**mine** 10:7,7 45:3,22
**mistake** 19:21
**mix-up** 24:9
**Mobile** 3:9
**model** 14:25 15:2,4
  23:12
**money** 34:5,6
**month** 33:4,5 41:23
  50:9
**months'** 28:5
**morning** 6:1 28:17
  28:18
**mother** 10:14 32:16
**mother's** 24:18
**moved** 9:20,20
  10:22,24
**moving** 37:1
**mute** 43:7,25 45:12
  45:15,19
**muted** 45:11
**muting** 42:23
**muzzleloader**
  25:19 27:12,13,17
  27:18,21 28:22
  29:2,22

**N**

**N** 3:1
**name** 5:3 6:1 8:17
  8:19 11:7,18 12:8
  33:12 47:3
**names** 9:3
**near** 40:20
**need** 7:10 55:15
**never** 19:19 22:15
**New** 1:24 11:11
  55:4
**Nice** 53:3
**Nicole** 9:4,10 10:11
  10:12
**nod** 6:12
**Nolt** 10:15,16
**normal** 6:18
**Norristown** 2:4
**Notary** 1:14 56:14
**notes** 56:6

**number** 33:1

**O**

**oath** 4:14
**object** 48:5
**objection** 22:4
  48:18
**objections** 4:3,20
**obtain** 14:1 16:10
**obviously** 50:23
**occasion** 19:15
**offense** 33:19
**offenses** 37:7
**offhand** 30:6
**OFFICE** 2:11
**official** 4:24
**oh** 9:6 11:23 22:11
  25:24 29:14 30:2
  41:23 44:6,7
**okay** 5:20 6:6,14,18
  7:4,6,7,12,18,22
  8:1,5,11,15,25 9:3
  9:15,19 10:1,4,4,9
  10:13,16,24 11:2
  11:9,14,22,24
  12:2,4,12,12,22
  13:1,4,7,18,21,23
  14:7,17,25 15:3,7
  15:12,15,20,22
  16:14,17,22 17:4
  17:8 18:8,12,18
  19:7,10,22 20:14
  20:20 22:22,22
  23:5,17,20 24:4,7
  24:23 25:3,10,13
  25:15,21 26:1,8
  27:6,10,12,16,20
  28:11,14,20 29:1
  29:7,9,12 30:3,14
  30:20,25 32:14
  33:3,7,13 34:10
  34:16,21 35:5,10
  35:19,20 36:3,7
  36:18 37:1 38:4,8
  39:4,13,21,24
  40:13,16,18,21
  41:10,16,25 42:2
  43:4,21 44:7,9,15
  45:23 46:2,7,20
  47:12,17,17 50:12
  50:12 51:4,9,21
  52:9,13,15 53:13
  53:13,16 54:1,9
  54:11,14,18
**old** 8:10 9:13 15:5
  37:15 47:10

**SUMMIT COURT REPORTING, INC.**
**215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com**

**Range v. Barr, et al.**                                                  **BRYAN DAVID RANGE, 12/30/20**

**once** 22:23 40:1
**ones** 9:15 10:1
**open** 35:6,9
**operator** 11:6
**opposed** 24:15
**oral** 6:12
**outside** 42:5
**owned** 14:18 16:22
   21:22 24:25
**owning** 53:11

**P**

**P** 2:3
**P.J** 54:20
**P.L.L.C** 2:6
**PA** 21:13
**page** 3:2,8 46:11
   52:21
**painting** 11:16,19
**paper** 33:2
**participating** 4:8
**particular** 30:13
**particularly** 7:8
**parties** 2:1 4:18
**pass** 24:5
**passed** 41:8
**pattern** 44:18 46:12
**Paul** 2:12 5:10
**paul.koob@usdo...**
   2:15
**PDF** 52:17
**penalized** 38:18
**penalty** 4:17 38:1
**pending** 7:14
**Pennsylvania** 1:1
   1:23 2:4,13 8:8
   11:11 31:19
**people** 19:3 26:6,24
**period** 15:13 23:7
   36:23 55:2
**perjury** 4:17
**Permit** 25:4
**person** 4:15 31:11
   35:17
**Philadelphia** 1:23
   2:13
**phone** 42:24 43:1,8
   43:9,10,18 45:1
   45:12,15,21 49:15
   51:25
**Photos** 3:9
**physical** 39:22,25
**physically** 4:10
**picking** 42:21
**PICS** 17:22 18:2,4
   19:23 21:24 51:10

51:19 52:4,11
**pictured** 53:7
**Pike** 1:24
**pistol** 23:7,24 24:14
   24:20,23 29:22
   41:11,15,17,21
**Plaintiff** 1:4 2:10
**plead** 35:17
**please** 5:2 6:22
**pled** 35:6
**point** 9:18 14:24
   29:18 34:4
**police** 37:8,9 38:10
   38:24,25 40:7
**popped** 30:22
**position** 22:22
**possess** 13:4,7
   16:6 21:18 22:24
   24:9 36:8
**possessed** 15:13
   21:22 23:7 24:24
   24:25
**possessing** 20:22
**possession** 51:13
**post** 13:12 31:19
   53:2
**posts** 13:11
**practice** 44:18
   46:13
**present** 2:1,16 4:10
   14:3 15:12 16:14
   50:25
**presents** 17:6,6
**pretty** 27:5 51:20
**prevented** 20:22
**preventing** 24:10
**Prince** 2:7
**privilege** 48:6
**probably** 14:22
   21:4 30:5,21,24
   46:19 53:11
**probation** 34:23,24
   35:18
**proceeding** 4:9,11
**proceedings** 56:4
**produced** 13:11
**prompted** 48:22
**Property** 11:21
**prosecutor** 35:16
**protest** 32:3
**protested** 31:25
**psychiatric** 40:11
   40:14
**public** 1:14 36:22
   36:24 44:20 46:14
   56:14

**pull** 52:18
**pulled** 55:7
**punishment** 34:25
**purchase** 18:16
   19:23 20:5 47:13
**purchased** 13:18
   13:20,21 50:14
**purchasing** 24:10
**purposes** 54:16
**pursue** 12:4
**put** 23:19,19 28:3

**Q**

**qualifies** 34:21
**question** 4:4 6:21
   6:23 7:4,14,14
   26:18 41:6 44:21
   46:10 48:19 49:2
   49:3,23 55:6
**question-and-an...**
   6:10
**questions** 6:11
   7:19,23 8:2,6 41:5
   54:19,20
**quite** 53:19

**R**

**racked** 54:12
**ran** 38:23
**range** 1:3,12 3:3
   5:13 6:1 8:21
   11:21 29:13,16,20
   29:21,21 41:5
   42:9,9,12,22
   45:14 46:2 48:22
   49:8,17,20 54:21
   54:23 55:4
**ranges** 29:17
**read** 18:23,25 19:18
**reading** 4:2
**real** 47:16
**realization** 20:23
**realize** 16:5
**really** 13:16 28:6
   29:4 33:12 36:15
   37:23 48:5 49:15
**reason** 7:22 17:19
   20:5,9 24:13
**recall** 13:22 25:2
   29:4 33:10,12
   40:9 54:17
**RECCHUITI** 2:3
**received** 32:24
   36:21,22,24 48:24
**recess** 41:2
**reciprocate** 40:3

**record** 5:4
**REFERENCED** 3:8
**regular** 26:5
**regularly** 27:8
**relates** 20:15
**relating** 13:11
**remember** 10:24
   12:8,11 13:14
   14:7 15:1,2,3,6,20
   16:25 18:6,12
   21:12 23:12,25
   29:9 33:2,13,15
   35:17,22 36:7
   37:3,23 41:11,20
   42:2 44:11,13,14
   44:15 46:16,24
   47:2 50:8,20 51:6
   51:8,17 53:9,10
   53:17,21 54:10,13
**remotely** 4:12
**repeat** 42:13,14
   46:10
**rephrase** 7:5
**reported** 34:20
**reporter** 1:14 4:7
   5:1,16 42:8,12,17
   43:19 44:23 48:15
   49:7 52:16 55:11
   56:14,22
**Reporters** 1:22
**reporting** 1:22 4:11
   4:21
**represent** 6:2
**reproduction** 56:19
**request** 7:13
**research** 17:13
   18:15
**reserved** 4:4
**respective** 9:5
**response** 6:12
**responses** 25:15
**restate** 52:1
**restitution** 35:2
**result** 41:10
**review** 44:19 46:13
   46:19
**reviewed** 46:23
   47:2
**reviewing** 44:15
   46:16 47:3
**revolver** 23:7 24:14
   41:11
**rid** 15:24 16:1
**rifle** 12:18,25 13:24
   14:1,2,25 15:7,16
   15:23 16:11,15

23:3 25:6 27:6
   28:15,16 29:23
   49:25 50:14,25
   51:6,14,18 52:4,9
   53:7,8,11,14,17
   54:4,15
**rifles** 16:22 17:5
   22:1 24:25
**right** 10:23 13:10
   17:25 18:19 19:14
   21:17 23:2 26:22
   32:7,25 34:7
   35:10 38:20 41:4
   43:11,22 44:2,7
   45:16 48:1 49:23
   50:8 51:13,17
   52:11 53:23
**rights** 30:11 35:14
**rise** 39:13
**River** 39:2
**Road** 8:10 9:13
**roughly** 9:7
**RPS** 11:19,19,20
**rule** 17:15
**run** 11:22
**rusted** 28:6

**S**

**S** 3:7
**sat** 35:15
**Saturdays** 28:19
**saying** 35:17 37:25
**says** 33:1 53:3
**schedule** 28:18
**school** 11:25 12:1,5
   12:7,9
**schooling** 12:4
**scroll** 52:20
**sealing** 4:2
**search** 21:16
**season** 28:8,12,16
   28:19 31:9
**second** 16:9 18:6
   30:4,11 51:10
   52:9
**see** 43:5,8,22 44:1
   44:6 52:22,24,25
   53:2,6
**sell** 16:4
**selling** 23:22,25
**semester** 12:6,7
**Senate** 31:20
**sentence** 20:11
**separated** 34:2,4
**September** 31:20
**served** 34:23

**service** 12:13 30:15
**Services** 11:21
**session** 6:10
**seven-millimeter**
   15:17,18
**shatters** 24:19
**shocked** 17:15
**shooting** 29:13,16
   29:20 54:4
**shop** 11:5,7 13:13
   16:3
**short** 23:7
**shortly** 50:2
**shot** 28:20,22 29:10
   53:22
**shotgun** 13:3,24
   14:17,20,21 15:3
   15:8 24:24 49:24
**shove** 40:1
**show** 37:13
**shrug** 6:12
**sign** 44:19 46:14
   47:10
**signed** 32:21 33:11
   47:3
**signing** 4:2 44:11
   44:13,14
**single-shot** 15:5
**Sir** 11:24
**situation** 50:23
**six** 28:13 45:7
**sold** 16:3 22:25
**solely** 4:24
**solo** 26:7 27:10
**somebody** 23:23
   24:1,14,15 53:12
   53:20 54:4
**son** 26:12,13,14,25
**sorry** 5:8 16:9,9
   17:4 18:20,22
   26:12 28:24 36:2
   37:19 42:8,17
   44:23 49:7 52:17
**sort** 20:24 33:22
   47:21
**sound** 32:7
**speak** 6:19,20
   33:21
**speaking** 42:23
**specific** 30:7
**speculation** 22:5
**split** 27:1
**Sportsman's** 25:3
**spread** 26:23
**stamp** 32:18,22
**stamps** 20:16,17

32:19
**stand** 11:20
**start** 6:23 32:12,12
   36:15
**started** 37:15
**state** 20:16 21:13
   25:9 35:16 38:10
   38:23,25
**statement** 34:11,17
   38:6,6,11,18
   44:11 47:5
**States** 1:1,7
**stating** 5:3 49:17
**stay** 52:24
**stenographic** 56:6
**stepfather** 43:14
**steps** 21:8,17
**stipulations** 5:17
**store** 13:15,17
   18:23
**Street** 1:23 2:4,7,12
**stuff** 18:23,25,25
   19:18,19 30:9,12
**subsequent** 50:13
**successful** 31:7
**Suite** 1:23 2:8,13
**Summit** 1:22 52:17
**summons** 38:16
**Sunday** 31:1,4,8
**supervision** 56:21
**support** 30:21
**supported** 31:11
**sure** 6:7 12:25 14:4
   14:15,16 15:25
   20:18 22:13 23:24
   24:1 25:5 26:17
   32:19 33:10,16
   34:3 35:4 41:24
   42:4 45:6 47:16
   50:18 51:20 52:12
   52:14 54:7
**Susquehanna** 39:2
**swearing** 4:21
**Swede** 2:4
**sworn** 5:14
**system** 22:14

**———— T ————**

**T** 3:7
**tackle** 37:15
**take** 7:10,11,15
   21:8,17 40:13,19
   40:22
**taken** 1:12 56:6
**talk** 32:4 43:12
**talking** 21:5 29:20

29:21
**Technician** 2:17
   42:22 43:6 45:10
   45:18,23 46:3,7
   49:14 55:6
**teen** 14:23
**teenager** 14:23
**tell** 12:16 27:14
   29:24 30:23 32:9
**ten** 9:12,14,18,24
   10:3 14:12 27:15
   54:2
**ten-minute** 40:19
   40:23
**tend** 30:8
**Teri** 10:15,16
**terms** 21:21
**terrible** 50:23
**testified** 5:14
**testimony** 4:16 6:4
   56:3
**Thank** 54:24,25
   55:3
**Thanks** 54:23
**thing** 26:7 27:10
   28:3 42:7 48:21
**things** 22:15,17
**think** 7:8 10:3,20
   11:1 12:21 13:3
   18:19 20:25 22:19
   23:25 24:7 29:14
   32:18 33:4,5,20
   40:19 42:21,24
   43:24 44:4 45:10
   45:12 46:17 47:4
   48:5,17 50:19
   51:20 53:14 54:3
   55:14
**thinks** 52:3
**thought** 19:21
   22:12 34:14 37:11
   42:16 43:13 52:2
**three** 10:7,7,9 26:21
   27:24 34:22
**ticket** 37:12
**tickets** 39:4
**time** 4:5,20 9:16
   18:5,6,15,18,22
   19:24 20:1,24,25
   21:3,7 23:8 24:2,3
   24:7,16 26:20
   28:5,20 29:10,25
   32:17 33:14 34:8
   35:5 39:24 46:18
   47:14 50:2,4,21
   51:10,11,14 54:5

54:14 55:4
**times** 54:3,17
**timing** 41:6 49:24
**told** 6:7 38:15
**trade** 12:7,9
**traffic** 39:4
**trafficking** 19:18
**transcribed** 4:25
**transcript** 4:24
   55:13 56:7
**treat** 11:5
**treated** 40:10
**trial** 4:5
**tried** 19:11
**triggering** 47:21
   48:2 49:18
**Trop** 13:13 16:3
**true** 56:7
**try** 6:19,20,23,25
   19:4,7 42:23
**trying** 11:16 18:9
   18:12 31:3 45:21
   46:17 50:23
**turn** 44:3
**turned** 17:22 18:1,4
   18:5,8 19:3,16
   22:25 51:9
**turning** 9:8,9,10
**Twenty** 8:14 25:25
**twice** 18:5 51:10
**twins** 9:9
**two** 10:7 16:22 21:2
   21:6 24:24 27:22
   27:23 28:5,19
   37:24 50:5,10,10
   50:15 51:1 55:15
**two-week** 28:19
**type** 23:15

**———— U ————**

**U.S** 2:11
**U.S.A** 55:9
**uh-huh** 6:13 30:16
   31:5
**unaware** 19:24
**understand** 6:16
   7:2,5,16 8:1 44:21
   48:17,19 49:21
   50:24
**understanding**
   20:8,10 38:4,17
   49:1
**understood** 9:22,22
   30:7 47:19 50:22
   50:22
**United** 1:1,6 31:1

**unload** 28:2,3
**USA-1** 3:9 55:20
**use** 29:22 41:1
**Usual** 5:16
**usually** 28:18

**———— V ————**

**VANGROSSI** 2:3
**verbally** 4:15
**Video** 1:11 2:1,17
   42:22 43:6 45:10
   45:18,23 46:3,7
   49:14 55:6
**Videographers**
   1:22
**Virginia** 2:8
**vote** 36:14
**voting** 36:15
**vs** 1:5

**———— W ————**

**wait** 6:22,25 19:4
   21:22
**waited** 47:19,20
**waive** 4:19
**waived** 4:3
**walking** 35:17
**Walnut** 1:23
**want** 12:16,16
   17:24 24:19 33:21
   43:22 47:23 48:11
   51:2 55:7,12
**warden** 37:22 39:1
**wasn't** 10:23 38:25
   50:18
**way** 33:5 41:5
**we'll** 35:19 43:8
**we're** 27:22 46:11
**we've** 26:19 39:17
   39:18
**weapon-specific**
   25:9
**Wednesday** 1:12
**weeks** 9:11 28:13
   50:5,10,10,15
**welfare** 20:10,18,21
   22:24 32:4 33:22
   34:8,15,18 44:10
   44:12 46:15
**went** 37:15,19
**weren't** 17:9 47:13
**wife** 8:16,25 14:3,5
   14:5,6 16:12 17:2
   17:4,5 21:23,24
   22:6,12 24:17,18
   33:16,18 37:16

40:6,6 50:14 51:6
51:17 52:3
**wife's** 10:8
**WILLIAM** 1:6
**withdrawn** 16:9
21:22
**witness** 3:2 4:10,15
4:22 5:21 22:11
42:10,15 43:4,13
45:2,8,20 46:5
49:4,9 51:22
52:22,25 54:24
**wondered** 17:21
**woods** 26:20 27:1
**wooohooo** 53:3
**words** 38:13
**work** 11:5,9 28:17
45:25
**worked** 24:21 33:6
**working** 32:17
**works** 43:25 45:22
**worry** 24:22
**wouldn't** 33:2
**wrote** 37:12
**www.summitrep...**
1:25

### X

**X** 3:1,7

### Y

**yards** 26:21
**yeah** 5:20 9:8 15:17
17:2,21 25:17
26:4,10,10 27:11
28:24 30:2,2,11
31:3 32:8 35:7
43:2 45:2,5 46:8
52:24 54:1
**year** 9:24 10:2 12:2
14:8 21:2,4,6 24:4
37:17 50:4,9,17
50:18,20 51:1,7,8
55:5
**years** 8:14 9:12,14
9:18,24 10:3
11:13,23 14:10,12
14:14 25:25 26:15
27:15,22,23 29:6
29:7 30:1 34:22
36:16 39:11,21
40:10 47:9,18
54:2
**York** 39:3,3
**young** 14:23 24:20

### Z

**Zachary** 9:4,10
**zip** 8:11

### 0

**06** 15:9 50:6
**08** 50:6
**08037** 1:24

### 1

**1** 55:10
**10** 53:5
**10:01** 1:13
**107** 2:8
**11** 18:7
**11:05** 40:24
**11:29** 55:18
**12** 27:15
**12/10/11** 3:9 52:18
**1250** 2:13
**13** 11:13 27:15
**15** 39:21
**1500** 1:23
**1610** 1:23
**17022** 8:12
**18th** 31:20
**19102** 1:23
**19106** 2:13
**19401** 2:4
**1995** 32:6 44:9,20
**1998** 18:8 51:10

### 2

**2,458** 32:25
**20** 14:14 40:10
**20-cv-03488** 1:8
**20-some-year-old**
46:18
**200** 38:2
**2006** 15:12 41:8
49:24 52:10,10
**2008** 24:6 41:8,9
**2010** 18:7 19:11,25
20:24 51:11,15
52:11
**2011** 19:12 20:1,24
37:1 47:14 51:11
52:11 53:5
**2012** 47:14
**2013** 15:24,25
47:16
**2019** 31:20
**2020** 1:12 27:22
47:20 48:3
**215** 1:24 2:14
**22** 8:14 23:16

**22314** 2:8
**25** 9:8
**279-4200** 2:5
**28** 9:9
**29** 9:10

### 3

**30** 1:12 9:10
**319** 2:4

### 4

**424** 1:24
**459** 8:10 9:13
**477-8648** 1:24

### 5

**5** 3:5
**50** 25:25 47:9
**500** 26:21
**52** 3:9
**567-3315** 1:24

### 6

**609** 1:24
**610** 2:5
**615** 2:12

### 7

**703** 2:9
**7mm-08** 15:18

### 8

**800** 1:24
**835-9085** 2:9
**861-8200** 2:14
**89** 12:3

### 9

**916** 2:7
**93** 10:20 11:1,1
**94** 10:20
**95** 10:20 36:22
**98** 18:6 51:15,18
52:4
**985-2400** 1:24