IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE, ) | Case. No. 5:20-CV-03488-GEKP |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JEFFREY A. ROSEN, Acting Attorney ) | |
| General of the United States, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

[PROPOSED] ORDER

Upon consideration of Defendants' Motion for Summary Judgment, filed January 15, 2021, the material submitted in support of and opposition to that motion, the parties' arguments, and the record in this matter, the motion is DENIED.

SO ORDERED.

This the ___ day of _____, 2021.

_____
The Hon. Gene E. K. Pratter
United States District Judge