IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
- - -

BRYAN DAVID RANGE,          : CIVIL ACTION
                            :
          Plaintiff,        :
                            :
     vs.                    :
                            :
WILLIAM BARR, Attorney      :
General of the United       :
States, et al.              :
                            :
          Defendants.       : NO. 20-cv-03488

- - -


Video conference deposition of BRYAN DAVID
RANGE, taken on Wednesday, December 30, 2020,
commencing at 10:01 a.m., before Andrea M. Brinton,
Certified Court Reporter and Notary Public.


- - -


SUMMIT COURT REPORTING, INC.
Certified Court Reporters and Videographers
1500 Walnut Street, Suite 1610
Philadelphia, Pennsylvania 19102
424 Fleming Pike, Hammonton, New Jersey 08037
(215) 985-2400 * (609) 567-3315 * (800) 477-8648
www.summitreporting.com

**BRYAN DAVID RANGE**

```
 1        ** ALL PARTIES PRESENT VIA VIDEO CONFERENCE **

 2   APPEARANCES:

 3   VANGROSSI & RECCHUITI
     BY:  MICHAEL P. GOTTLIEB, ESQUIRE
 4   319 Swede Street
     Norristown, Pennsylvania 19401
 5   (610) 279-4200
     mikem1a1@aol.com
 6            and
     GURA, P.L.L.C.
 7   BY:  ALAN GURA, ESQUIRE
     916 Prince Street
 8   Suite 107
     Alexandria, Virginia 22314
 9   (703) 835-9085
     alan@gurapllc.com
10   Counsel for Plaintiff

11   U.S. ATTORNEY'S OFFICE
     BY:  ERIC D. GILL, ESQUIRE
12   BY:  PAUL J. KOOB, ESQUIRE
     615 Chestnut Street
13   Suite 1250
     Philadelphia, Pennsylvania 19106
14   (215) 861-8200
     eric.gill@usdoj.gov
15   paul.koob@usdoj.gov
     Counsel for Defendants
16
     ALSO PRESENT:
17   Kathleen Jordan - Video Technician

18

19

20

21

22

23

24

25
```

**BRYAN DAVID RANGE**

1                    I N D E X

2    WITNESS                                      PAGE

3    BRYAN DAVID RANGE

4    EXAMINATION

5           By Mr. Gill                              5

6                      - - -

7

8                    E X H I B I T S
                                          PAGE FIRST
     EXHIBIT NO.        DESCRIPTION         REFERENCED
9
     USA-1            12/10/11 Mobile Photos        52
10

11
                       - - -
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BRYAN DAVID RANGE**

1                    (By agreement of counsel, the

2        reading, signing, sealing, certification and

3        filing are waived; and all objections, except

4        as to the form of the question, are reserved

5        until the time of trial.)

6                            - - -

7                    THE COURT REPORTER:   The

8            attorneys participating in this

9            proceeding acknowledge that I am not

10           physically present with the witness and

11           that I will be reporting this proceeding

12           remotely.

13                   They further acknowledge that

14           in lieu of an oath administered in

15           person, the witness will verbally declare

16           that their testimony in this matter is

17           under penalty of perjury.

18                   The parties and their counsel

19           consent to this arrangement and waive any

20           objections at this time or in the future

21           to this manner of reporting and swearing

22           in the witness.

23                   They also acknowledge and agree

24           that the official transcript is solely

25           the one transcribed by the court

**BRYAN DAVID RANGE**

```
 1        reporter.
 2                    Counsel, please indicate your
 3        agreement by stating your name and your
 4        agreement on the record.
 5                    MR. GOTTLIEB:  Michael
 6        Gottlieb, agreed.
 7                    MR. GURA:  Alan Gura --
 8                    MR. GILL:  Eric Gill -- sorry.
 9        Eric Gill for the Government, agreed.
10                    MR. KOOB:  Paul Koob for the
11        Government, agreed.
12                              - - -
13          BRYAN DAVID RANGE, after having been first
14    duly sworn, was examined and testified as follows:
15                              - - -
16                    THE COURT REPORTER:  Usual
17        stipulations, Counsel?
18                    MR. GILL:  Fine for the
19        Government.
20                    MR. GOTTLIEB:  Okay.  Yeah,
21        that's fine for the witness.
22                              - - -
23                        EXAMINATION
24                              - - -
25    BY MR. GILL:
```

**BRYAN DAVID RANGE**

1    Q.   Good morning, Mr. Range.  My name is Eric

2    Gill.  I represent the Government in this matter.

3         Have you ever been deposed before?

4    Have you ever given deposition testimony?

5    A.   No.

6    Q.   Okay.  I'll give you some basic

7    instructions.  I'm sure your counsel has already told

8    you a bit about this, but I'll give you some initial

9    instructions.

10        This is a question-and-answer session,

11   and when you answer my questions, you have to give an

12   oral response.  You can't nod your head or shrug or

13   say uh-huh.  You have to --

14   A.   Okay.

15   Q.   -- say yes, no.

16        Do you understand that?

17   A.   Yes.

18   Q.   Okay.  It's unlike a normal conversation in

19   that I'm going to try not to speak over you and I ask

20   that you not try to speak over me.

21        So when I ask you a question, I

22   will -- please wait until I'm done asking the

23   question before you start your answer, and I'll try

24   to give you the same courtesy, that when you answer,

25   I won't try and cut you off, but wait until you

BRYAN DAVID RANGE

1    answer.

2                    Do you understand?

3        A.   Yes.

4        Q.   Okay.  If I ask you a question and you

5    don't understand it, let me know and I'll rephrase

6    it; okay?

7        A.   Okay.

8        Q.   I don't think this will be a particularly

9    long deposition, we should be over by -- before

10   lunch, but if you do need to take a break, just let

11   me know and we can take a break for you.

12       A.   Okay.

13       Q.   My only request is that if I have a

14   question pending, that you answer the question before

15   we take the break.

16                   Do you understand?

17       A.   Yes.

18       Q.   Okay.  Now, are you on any medication that

19   would limit your ability to answer my questions

20   completely and honestly?

21       A.   No.

22       Q.   Okay.  Any other reason that you're aware

23   of that you couldn't answer my questions completely

24   and honestly?

25       A.   No.

**BRYAN DAVID RANGE**

1      Q.   Okay.  And you understand that there are

2  consequences for you if you don't answer my questions

3  honestly?

4      A.   Yes.

5      Q.   Okay.  Let me ask you a couple of

6  background questions.

7                  Where do you currently live?

8      A.   Elizabethtown, Pennsylvania.

9      Q.   What's your address there?

10     A.   ███████████████.

11     Q.   Okay.  What's the zip?

12     A.   ██████.

13     Q.   How long have you lived there?

14     A.   Twenty -- estimating, about 22 years.

15     Q.   Okay.  And who do you live there with?

16     A.   My wife.

17     Q.   And what is her name?

18     A.   Michele.

19     Q.   Does she have the same last name as you?

20     A.   Yes, she does.

21     Q.   Michele Range.

22                  Does anybody else live at the house

23  with you?

24     A.   No.

25     Q.   Okay.  Do you and your wife have any

**BRYAN DAVID RANGE**

1   children?

2        A.   We have five.

3        Q.   Okay.   What are their names?

4        A.   Nicole, Zachary, Bryan, Megan and Brandon.

5        Q.   And what are their respective ages --

6        A.   Oh --

7        Q.   -- roughly.

8        A.   Yeah.  Brandon would be just turning 25;

9   Bryan and Megan are twins, they would be turning 28;

10  Zachary would be turning 29; and Nicole will be 30

11  here in another, I don't know, couple weeks.

12       Q.   And in the past ten years, have any of your

13  children lived with you at ████████████████ ?

14       A.   Ten years, yes.

15       Q.   Okay.  Which ones have lived with you

16  during that time frame?

17       A.   Well, I guess they -- they all have at one

18  point or another over that ten years.

19       Q.   Okay.

20       A.   Some moved in, some moved out, came back,

21  you know.

22       Q.   Understood.  Understood.  And have they

23  lived -- have any of your five children lived with

24  you during the past ten years for over a year?

25       A.   Yes.

**BRYAN DAVID RANGE**

```
 1          Q.    Okay.  Which ones are those?
 2          A.    It would be -- for over a year in the past
 3    ten years, well, I would think all of them.
 4          Q.    Okay.  Okay.  And these five children, are
 5    they all your biological children or are some of
 6    them --
 7          A.    Three are mine -- three are mine and two
 8    are my wife's.
 9          Q.    Okay.  And the three that are yours, is
10    that Bryan, Megan and Brandon?
11          A.    Bryan, Megan and Nicole.
12          Q.    Bryan, Megan and Nicole.
13                Okay.  And who is the biological
14    mother of those children?
15          A.    Teri Nolt.
16          Q.    Okay.  And you're divorced from Teri Nolt;
17    correct?
18          A.    Correct.
19          Q.    When did you get divorced?
20          A.    I think it was '94 or '95, '93, somewhere
21    in there.
22                I had moved out.  I mean, the divorce
23    wasn't right away afterwards.
24          Q.    Okay.  Do you remember when you moved out?
25          A.    I'm going to have to estimate it would be
```

**BRYAN DAVID RANGE**

| | |
|---|---|
| 1 | '93.  I think '93. |
| 2 | Q.   Okay.  Are you currently employed? |
| 3 | A.   Yes, I am. |
| 4 | Q.   What's your job? |
| 5 | A.   I work in a machine shop as a heat treat |
| 6 | operator. |
| 7 | Q.   What's the name of the machine shop? |
| 8 | A.   CNH America. |
| 9 | Q.   Okay.  Where do you work?  What's the -- |
| 10 | what's the location? |
| 11 | A.   New Holland, Pennsylvania. |
| 12 | Q.   How long have you been in that job? |
| 13 | A.   Just now at 13 years. |
| 14 | Q.   Okay.  And before that, where was -- did |
| 15 | you have a job before that? |
| 16 | A.   Before that I was trying -- painting on my |
| 17 | own. |
| 18 | Q.   What was the name of your company? |
| 19 | A.   RPS, I believe.  RPS Painting. |
| 20 | Q.   What does RPS stand for? |
| 21 | A.   Range Property Services. |
| 22 | Q.   Okay.  How long did you run that company? |
| 23 | A.   Oh, four or five years. |
| 24 | Q.   Okay.  Sir, where did you go to high |
| 25 | school? |

**BRYAN DAVID RANGE**

1     A.    Elizabethtown Area High School.

2     Q.    Okay.  What year did you graduate?

3     A.    I got my GED in '89.

4     Q.    Okay.  Did you pursue any schooling past

5  high school?

6     A.    I did, a semester, might have been a

7  semester and a half, at a business trade school.

8     Q.    Do you remember the name of that business

9  trade school?

10     A.    I do not.  It was in Harrisburg, that's all

11  I remember on that.

12     Q.    Okay.  Okay.  Do you have any military

13  service?

14     A.    No, I do not.

15     Q.    Now, I know you initiated this lawsuit, but

16  can you tell me why you want to -- why you want to

17  own a firearm?

18     A.    I would like to rifle hunt, I'd like to be

19  able to defend myself in my own home.

20     Q.    Anything else?

21     A.    I -- I don't think of anything else, no.

22     Q.    Okay.  Now, if you had the legal ability to

23  own a firearm, what firearm -- which firearms would

24  you get?

25     A.    I would say a deer rifle first, for sure.

**BRYAN DAVID RANGE**

1       Q.   Okay.  Anything else?

2       A.   Well, I guess something for, you know, in

3   my home.  I would think maybe a shotgun.

4       Q.   Okay.  Now, currently, do you possess a

5   firearm?

6       A.   I do not.

7       Q.   Okay.  Currently, do you possess any

8   firearm ammunition?

9       A.   I do not.

10      Q.   All right.  Now, I know in -- your counsel

11  has produced some Facebook posts relating to your

12  interest in firearms and guns, and you have one post

13  where you have liked the Trop Gun Shop.

14                Do you remember -- do you have any --

15  what's your connection to that store?

16      A.   I don't really have a connection, it's just

17  the local gun store.

18      Q.   Okay.  Have you purchased firearms from

19  there in the past?

20      A.   Have I purchased?  No.

21      Q.   Okay.  Have you ever purchased a firearm?

22      A.   Not that I recall.

23      Q.   Okay.  Now, I know that you had a deer

24  rifle and a shotgun; correct?

25      A.   Correct.

**BRYAN DAVID RANGE**

1    Q.   How did you obtain the deer rifle?

2    A.   The deer rifle, I believe, was either a

3  Christmas or a birthday present from my wife, and I'm

4  not sure which holiday it was; it was one of those.

5    Q.   Your current wife or your first wife?

6    A.   Current wife.

7    Q.   Okay.  Do you remember when that was, what

8  year?

9    A.   I -- I do not.

10    Q.   Was it within the past five years?

11    A.   No.

12    Q.   Was it in the past ten years?

13    A.   No.

14    Q.   Longer than 20 years ago?

15    A.   I -- I'm not sure.  I don't -- I don't

16  believe so, but I'm not sure.

17    Q.   Okay.  And you also mentioned a shotgun

18  that you owned.

19    A.   Yes.

20    Q.   How did you get that shotgun?

21    A.   That was a shotgun that my dad had gotten

22  for me as a -- you know, I was probably -- I don't

23  know, a teenager, young teen, and he had given it to

24  me at some point.

25    Q.   Okay.  And the deer rifle, what model was

BRYAN DAVID RANGE

1  that, do you remember?

2       A.   I do not remember the model.

3       Q.   Okay.  And the shotgun, do you remember

4  what model that was?

5       A.   I don't.  I -- it was an old single-shot.

6  That's all I remember about it.

7       Q.   Okay.  And what happened to this deer rifle

8  and the shotgun?

9       A.   In, I believe it was, '06, we had a house

10  fire and it -- everything was destroyed, it took the

11  whole house.

12       Q.   Okay.  Between 2006 and the present, have

13  you possessed a firearm during that period?

14       A.   Yes.

15       Q.   Okay.  And what was that?

16       A.   I had a -- it was a deer rifle.  I believe

17  it was a seven-millimeter, I believe.  Yeah, I

18  believe it was seven-millimeter, 7mm-08 or something

19  like that.

20       Q.   Okay.  Do you remember the brand?

21       A.   No.

22       Q.   Okay.  And what happened to that, to that

23  deer rifle?

24       A.   I got rid of that, I believe, in 2013.  I'm

25  not exactly sure, but I believe it was 2013.

**BRYAN DAVID RANGE**

1      Q.    When you say got rid of it, what do you

2  mean?

3      A.    I sold it to Trop Gun Shop.

4      Q.    Why did you sell it?

5      A.    I came to realize that I was not allowed to

6  possess a firearm.

7      Q.    How did you come to that awareness?

8      A.    Just --

9      Q.    Sorry.  Sorry.  Withdrawn for a second.

10           How did you -- how did you obtain this

11  rifle, the --

12      A.    My wife had gotten it for me Christmas.

13  That was Christmas.

14      Q.    Okay.  So that was the Christmas present,

15  where you got the deer rifle?

16      A.    Yes.

17      Q.    Okay.

18      A.    I believe she --

19      Q.    And --

20      A.    I believe, actually, she got it for me

21  before Christmas, but, yes.

22      Q.    Okay.  But you've owned two deer rifles in

23  your adult life; correct?

24      A.    Correct.

25      Q.    And do you remember how you got the first

**BRYAN DAVID RANGE**

1    one?

2        A.   Yeah, I said my wife had bought that for

3    me.

4        Q.   Okay.  So your wife got you -- I'm sorry,

5    your wife bought you both deer rifles as Christmas

6    presents or presents around Christmas; correct?

7        A.   Correct.

8        Q.   Okay.  So you mentioned that you became

9    aware that you weren't legally allowed to own a

10   firearm.

11            How did you come to that awareness?

12       A.   Well, I -- assuming it was just doing

13   research on the Internet and just digging and digging

14   until I could find something, and I finally came

15   across this one rule, and I was shocked, but that's

16   how I found out.

17       Q.   And you mentioned you were digging and

18   digging.

19            Why -- was there a reason why you were

20   looking to -- you were digging on the Internet?

21       A.   Yeah, I -- I mean, I wondered why I had

22   been turned down for PICS, why they had done that,

23   and, you know, they -- go ahead.

24       Q.   No, finish.  I don't want to interrupt you.

25       A.   All right.  It's nothing.  It's fine.

**BRYAN DAVID RANGE**

1   Q.   So you said you had been turned down for

2   PICS.

3   A.   Yes.

4   Q.   When were you turned down for PICS?

5   A.   I was turned down twice.  The first time I

6   remember was in '98 and the second time was, I'm

7   guessing at 2010, '11, somewhere in there.

8   Q.   Okay.  When you were turned down in 1998,

9   were you trying to buy a firearm?  Is that what

10  happened?

11  A.   I was, yes.

12  Q.   Okay.  Do you remember what you were trying

13  to buy?

14  A.   No.  No, I don't.

15  Q.   And at that time, did you do any research

16  then into why you couldn't purchase a firearm?

17  A.   I did not.

18  Q.   Okay.  Why -- at that time, why did you

19  think you were denied the right to --

20  A.   Well -- sorry.

21  Q.   -- to --

22  A.   I was -- sorry.  At that time, the guy at

23  the gun store had read off a list of stuff that said

24  if you ever do this, this and this.  I mean, it was

25  just crazy stuff, some of the stuff he read.

**BRYAN DAVID RANGE**

1           And of course I said no, and then he
2    said something like into the -- as to the effect
3    or -- that people get turned down, and I believe
4    he -- he said to me wait a couple days and try again.
5           I was just -- I was, you know, a
6    little bit embarrassed and I just -- I left then.
7       Q.   Okay.  And did you -- did you try a couple
8    days later or --
9       A.   I did not.
10      Q.   -- or sometime after that to -- okay.
11           And then you tried again in 2010 or
12   2011; correct?
13      A.   Somewhere in there, yes.
14      Q.   All right.  And what happened on that
15   occasion?
16      A.   It was turned down again and, you know,
17   they just -- the guy had asked me -- you know, he
18   read down drug trafficking and child stuff and just,
19   you know, stuff that, of course, I've never done.
20           And I still was at a loss.  I just --
21   I thought it had to be a mistake.
22      Q.   Okay.  So you knew -- you knew that you
23   couldn't -- that PICS would not allow you to purchase
24   a firearm, but at the time you were unaware why you
25   couldn't do it, is that fair to say, around the 2010,

BRYAN DAVID RANGE

1    2011 time frame and earlier?

2         A.   Yes.  Yes.

3         Q.   And then you did some more digging and then

4    you found out -- over the Internet and you found out

5    the reason why you couldn't legally purchase a

6    firearm?

7         A.   Yes.

8         Q.   And what is -- to your understanding, what

9    is that reason?

10        A.   My understanding is because of my welfare

11   fraud conviction, that because of the sentence I

12   could have gotten for it, not what I did get, but

13   what I could have gotten.

14        Q.   Okay.  And the fraud conviction, that

15   relates to the application for financial assistance

16   from the state for food stamps; correct?

17        A.   Yes.  I believe it was for food stamps.  I

18   just -- it was welfare fraud, so I'm not sure what

19   exactly.

20        Q.   Okay.  Now, and so -- and you became aware

21   that it was your welfare fraud conviction that

22   prevented you from legally possessing a firearm and

23   you can't -- that was the realization you had in the

24   sort of 2010, 2011 time frame?

25        A.   No.  I think by the time I had come to

BRYAN DAVID RANGE

1    that, it was -- it was a little bit after that.

2         Q.    Meaning a year or two later, longer?  What

3    time frame --

4         A.    Probably a year --

5         Q.    -- are we talking about?

6         A.    -- year or two, maybe.  Somewhere in that

7    time frame.

8         Q.    Did you take any steps to, other than the

9    filing of this lawsuit, you know, to expunge your

10   conviction so that you could own a firearm?

11        A.    I believe I did look at an expungement, but

12   if I remember correctly, that can't be done in the

13   state of PA.

14        Q.    Did you hire a lawyer for that or was that

15   something on your own?

16        A.    That -- my own, you know, Internet search.

17        Q.    All right.  Did you take any other steps

18   to -- you know, so that you could legally possess a

19   firearm, besides the filing of this lawsuit?

20        A.    I did not.

21        Q.    So, now, the -- in terms of the firearms

22   that you've owned or possessed -- wait, withdrawn.

23              So your wife, did you discuss that you

24   had been denied the PICS with your wife?

25        A.    Yes, I had.

**BRYAN DAVID RANGE**

1    Q.   And she bought you the deer rifles knowing

2  that you couldn't legally own a firearm; correct?

3    A.   Well.

4         MR. GURA:  Objection, that

5         calls for speculation as to what is his

6         wife knew, and --

7  BY MR. GILL:

8    Q.   You can answer.

9         MR. GOTTLIEB:  You're allowed

10        to answer, Bryan.

11        THE WITNESS:  Oh.

12        My wife did know.  We thought

13        for sure that it was a mess-up in the

14        system.  I mean, we looked down this list

15        of things and, I mean, I've never

16        drug-trafficked or, you know, any of

17        these things.

18        She's known me since

19        kindergarten, I don't think she was

20        concerned about it.

21  BY MR. GILL:

22    Q.   Okay.  Okay.  And it's your position that

23  once you figured out that you couldn't legally

24  possess it, that's when you, because of your welfare

25  fraud conviction, you then turned around and sold

**BRYAN DAVID RANGE**

1    your gun, correct, your --

2          A.    Right.

3          Q.    -- deer rifle?

4          A.    Correct.

5          Q.    Okay.  Now, in your answers to our

6    interrogatories, you also mentioned that you

7    possessed a pistol or a revolver for a short period

8    of time after your father's death --

9          A.    Correct.

10         Q.    -- is that correct?

11         A.    Yes.

12         Q.    And do you remember what kind of model

13   or --

14         A.    No.  It was --

15         Q.    -- type that was?

16         A.    I know it was a .22.

17         Q.    Okay.  And when you got it, what did you do

18   with it?

19         A.    Put it -- I believe I put it in a closet --

20         Q.    Okay.

21         A.    -- my bedroom closet.

22         Q.    Did you -- did you end up selling it to

23   somebody?

24         A.    I'm not sure what I did with that pistol.

25   I don't remember selling it.  I think I gave it to

BRYAN DAVID RANGE

1   somebody, and I'm not sure who.

2             It was a very hectic time back at that

3   time frame.

4        Q.   Okay.  And around what year did your father

5   pass?

6        A.   That would have been 2008.

7        Q.   Okay.  And so in that time frame, I think

8   you were still under the impression that you could

9   legally possess a firearm, it was just some mix-up

10   that was preventing you from legally purchasing a

11   firearm; correct?

12        A.   That's correct.

13        Q.   So is there -- what was the reason for you

14   to give it to somebody -- the pistol or revolver to

15   somebody else, as opposed to keeping it yourself?

16        A.   Well, we had -- at the time, we were -- it

17   was me and five kids and my wife living at my

18   mother's house, my wife was going through chemo, life

19   was just -- was in shatters and we did not want a

20   pistol in the house when we had five young kids.  We

21   both worked a lot and, you know, there was just a

22   worry factor there.

23        Q.   Okay.  So other than this pistol that you

24   briefly possessed, the shotgun and the two deer

25   rifles, have you owned or possessed any other

**BRYAN DAVID RANGE**

1    firearms over the course of your adult life?

2         A.    Not that I recall.

3         Q.    Okay.  Now, have you ever had a Sportsman's

4    Firearm Permit?

5         A.    I am not sure what that is.

6         Q.    Or have you ever had a rifle hunting

7    license?

8         A.    Well, our -- our hunting licenses are --

9    they're not weapon-specific in my state.

10        Q.    Okay.  So you have had hunting license;

11   correct?

12        A.    Yes.

13        Q.    Okay.  Do you currently have one?

14        A.    Yes.

15        Q.    Okay.  And in your interrogatory responses,

16   you mentioned that you're a bow hunter --

17        A.    Yeah.

18        Q.    -- and that you also hunt with a

19   muzzleloader --

20        A.    I have, yes.

21        Q.    -- correct?  Okay.

22        A.    Correct.

23        Q.    How long have you been bow hunting?

24        A.    Oh, I've got to do a little math in my head

25   here.  I'm 50.  Twenty years, approximately.

BRYAN DAVID RANGE

1    Q.   Okay.  And who do you -- who do you do bow

2  hunting with?

3    A.   Who do I bow hunt with?

4    Q.   Yeah.  Do you have any friends that you

5  hunt with on a regular basis?

6    A.   There are certain people that I know that

7  bow hunt, but bow hunting is kind of a solo thing.

8    Q.   Okay.  So no one that -- so you would do it

9  by yourself, you would say?

10    A.   Yeah.  I mean, yeah.  My --

11    Q.   And --

12    A.   -- son got into -- sorry.

13    Q.   No, go ahead.  Your son got into it?

14    A.   My son got into bow hunting as well here in

15  the last several years.

16    Q.   Do you ever hunt with him?

17    A.   I'm not sure what you mean by your

18  question.

19          Hunt with him?  No.  We've gone to the

20  woods at the same time, but, you know, he might be

21  three or four, 500 yards away from where I'm at.

22    Q.   Right.  I guess that's what I meant.  When

23  you decide to go on a hunt, I know you spread out,

24  but who would you -- are there people that you

25  would -- like your son, that you would drive to the

BRYAN DAVID RANGE

1   woods and then you would split up and then you would,
2   you know --
3        A.   No.
4        Q.   -- you would --
5        A.   No, I was pretty much alone.
6        Q.   Okay.  When you were rifle hunting, was
7   there anyone that you would drive to a hunt with or
8   regularly go out on a hunt with?
9        A.   No.
10       Q.   Okay.  That was a solo thing for you, too?
11       A.   Yeah.
12       Q.   Okay.  And the muzzleloader, do you -- how
13  long have you been hunting with a muzzleloader?
14       A.   I couldn't tell you exactly.  Not as long
15  as a bow, but maybe ten, 12 years, 13, maybe.
16       Q.   Okay.  How often do you do that now, go out
17  with your muzzleloader?
18       A.   Well, I -- I messed up my muzzleloader, so
19  now I can't do it at all.
20       Q.   Okay.  When did -- when did you mess up
21  your muzzleloader?
22       A.   We're in 2020.  I believe it was two years
23  ago, might have been -- two years ago, I believe,
24  might have been three.
25       Q.   What happened?

BRYAN DAVID RANGE

```
1        A.   Well, I got done hunting and I didn't
2   unload it, because, you know, it's not -- it's a
3   different thing to unload.  I put it in my closet in
4   the back corner, and my exterior chimney had a leak
5   coming in, and over about two months' time, it got
6   condensation on it and it got really rusted.
7        Q.   Got it.  So for -- like, how often do you
8   bow hunt during the course of a hunting season, on
9   average?
10       A.   Every day, if I can.
11       Q.   Okay.  So that would be -- how long is the
12  bow-hunting season?
13       A.   Six weeks.
14       Q.   Okay.  And when you were -- when you had a
15  deer rifle, how often were you hunting during the
16  course of the hunting season with your deer rifle?
17       A.   The first morning.  Depending on my work
18  schedule, it would be the first morning and usually
19  the two Saturdays.  That's only a two-week season.
20       Q.   Okay.  When was the last time you shot a
21  firearm?
22       A.   Well, a muzzleloader, I mean, I've shot
23  that.
24       Q.   Yeah, I'm not -- I'm not -- I'm sorry, I'm
25  not including --
```

BRYAN DAVID RANGE

```
 1        A.    Okay.
 2        Q.    I'm not including a muzzleloader in my
 3   definition of a firearm.
 4        A.    I -- I don't really recall.
 5        Q.    Was it within the last --
 6        A.    Several years.
 7        Q.    Okay.  Was it within the last five years?
 8        A.    No.
 9        Q.    Okay.  Do you remember the circumstances
10   the last time that you shot a firearm?
11        A.    No, I do not.
12        Q.    Okay.  Do you -- when were you last at a
13   shooting range?
14        A.    Oh, I think --
15                    MR. GOTTLIEB:  Can you define
16        shooting range, because there are archery
17        ranges.
18                    MR. GILL:  Fair point.
19   BY MR. GILL:
20        Q.    So by shooting range, I'm not talking about
21   an archery range, I'm talking about a range where you
22   would use either a muzzleloader or a pistol or a
23   rifle or a firearm.
24        A.    I couldn't tell you.  That's -- I have no
25   idea.  That's been a long time.
```

**BRYAN DAVID RANGE**

1    Q.   Longer than five years?

2    A.   Oh, yeah.  Yeah.

3    Q.   Okay.  Now, I know on your Facebook you

4    follow Second Amendment groups; is that correct?

5    A.   Probably, yes.  I don't know what I follow

6    offhand, but I --

7    Q.   Understood.  Are there any specific groups

8    that you tend to follow more than others?

9    A.   Do you mean as far as gun stuff or just in

10   general?

11   Q.   Yeah, Second Amendment rights and the like

12   and gun stuff.

13   A.   No, no particular -- no.

14   Q.   Okay.  One of the groups that you follow is

15   called Military Service Members Against Gun Control.

16   A.   Uh-huh.

17   Q.   Do you -- what's your connection to that

18   group?

19   A.   Well, I have no connection.

20   Q.   Okay.

21   A.   I support my military.  I -- they probably

22   popped up and I accepted it, you know.

23            From what I can tell, that would

24   probably have been what happened.

25   Q.   Okay.  And then there's a group Hunters

BRYAN DAVID RANGE

1    United for Sunday Hunting.

2                    Do you follow that group much?

3         A.    Yeah, I did when they were trying to get us

4    Sunday hunting, yes.

5         Q.    Uh-huh.  Were they --

6         A.    Which we --

7         Q.    -- they successful?

8         A.    -- did get it.  We did get it, one Sunday

9    in each season.

10        Q.    And have you -- I mean, have you ever

11   supported these groups in person, like attended any

12   demonstrations --

13        A.    No.

14        Q.    -- or marches?

15        A.    No.

16        Q.    No?

17        A.    No.

18        Q.    So I know you liked -- there was a Facebook

19   post to a gun control hearing in the Pennsylvania

20   Senate dated September 18th, 2019, and that's not

21   something that you attended or --

22        A.    No.

23        Q.    -- marched at --

24        A.    No.

25        Q.    -- protested --

**BRYAN DAVID RANGE**

1     A.    No.

2     Q.    -- you just liked it?

3     A.    No, I don't protest or march.

4     Q.    Now, we talk earlier on about the welfare

5   fraud, and your conviction for that was in August of

6   1995.

7               Does that sound right?

8     A.    Yeah.

9     Q.    Could you tell me what happened with that?

10              What did you do?

11    A.    With the fraud or the conviction or --

12    Q.    Well, let's start with -- start with the

13   factual circumstances behind --

14    A.    Okay.

15    Q.    -- the fraud conviction.

16    A.    My -- I was with my children's mother at

17   the time.  I was the only one working.  She applied

18   for food stamp assistance and, I think, medical.  I'm

19   not sure on that.  I believe it was food stamps and

20   medical.

21              She signed us up, we got approved, or

22   however they do it, and we got some food stamp

23   assistance.

24    Q.    And the amount you received was about --

25   was $2,458; is that right?

BRYAN DAVID RANGE

1      A.   If the number -- if that's what it says on

2   the paper.  I certainly wouldn't remember that.

3      Q.   Okay.

4      A.   I think it was, you know, so much per month

5   or every -- I think it was per month the way it

6   worked.

7      Q.   Okay.  And what was your involvement in the

8   application for this financial assistance?

9           What did you do?

10     A.   I'm not sure.  I don't recall having much

11  of any involvement, if any.  I imagine I signed my

12  name or something, but I don't really recall.

13     Q.   Okay.  Do you remember listing how much you

14  were earning at the time or anything like that?

15     A.   I do not remember doing that, no.  If it

16  called for that, I'm sure my wife would have been the

17  one doing that.

18     Q.   Was your wife, was she convicted of this

19  offense, too?

20     A.   I think -- I don't -- I don't know what --

21  I don't want to speak for her what her conviction

22  was, but she was convicted of some sort of welfare

23  fraud as well.

24           We were not together when the -- when,

25  you know, the charges and the conviction happened.

BRYAN DAVID RANGE

1      Q.   When you say you were not together, were
2  you -- were you separated, were you divorced?
3      A.   I'm not sure if we were divorced at that
4  point.  Certainly separated.
5             Divorce costs money, we didn't have
6  money.
7      Q.   Right.  Were you living together at the
8  time that you applied for the welfare assistance?
9      A.   Yes.
10     Q.   Okay.  And you were -- the crime that you
11  were convicted of was for making a false statement;
12  correct?
13     A.   I -- I believe that's what it was.  I don't
14  know the actual conviction.  I just thought it was
15  under welfare fraud.
16     Q.   Okay.  And you don't know what false
17  statement you may have made, is that fair to say,
18  about this welfare fraud?
19     A.   Well, from what I have learned and believe,
20  it was that my income was not reported.
21     Q.   Okay.  And although this crime qualifies
22  you for up to three years imprisonment, you only
23  served probation; correct?
24     A.   Yes, it was just probation.
25     Q.   And what other -- what other punishment was

**BRYAN DAVID RANGE**

1   involved?

2       A.   There was some -- the restitution, I

3   imagine there was a fine with it as well.  I'm not

4   sure.

5       Q.   Okay.  And at the time, did you -- when you

6   pled guilty, did you do that in open court?

7       A.   I assume it was -- yeah, I mean, I was in a

8   courtroom in front of a judge, so I assume that's

9   what it was, open court.

10      Q.   Right.  Okay.  So in front of a judge?

11      A.   Yes.

12      Q.   And was there any discussion in the

13  courtroom about the consequences this conviction

14  might have on your rights as a citizen?

15      A.   No.  I sat down, and I will assume it was

16  the prosecutor or whoever was there, the state

17  person, I remember her walking up and saying plead

18  guilty, you're going to get probation and a fine,

19  we'll be done.  I said okay.

20      Q.   Okay.

21      A.   I did not have an attorney.

22      Q.   So you don't -- do you remember any

23  discussion, either by the judge or your lawyer, about

24  this affecting --

25      A.   I didn't have a lawyer.

BRYAN DAVID RANGE

1      Q.    -- your ability to legally --

2      A.    I'm sorry, I did not have a lawyer.

3      Q.    Okay.  But you had a defender; correct --

4      A.    No, I did not.

5      Q.    -- beside you?

6      A.    No.

7      Q.    Okay.  So you don't remember any discussion

8   by the Court about whether you could legally possess

9   a firearm after this --

10      A.    No.

11      Q.    -- conviction?

12      A.    No, I do not.

13      Q.    Did this conviction affect your ability to

14   vote?

15      A.    Well, I didn't really start voting until

16   the last couple years, so I don't know if it affected

17   it or not.

18      Q.    Okay.

19      A.    I don't -- I don't -- I guess when asked if

20   it affected it, I don't know.

21      Q.    Have you received any -- I know you

22   received public assistance, you know, back in '95.

23              Other than that period, have you ever

24   received public assistance since?

25      A.    No, I have not.

BRYAN DAVID RANGE

1    Q.    Okay.   Now, moving forward to 2011, there

2  was an incident involving a fishing license.

3              Do you remember that?

4    A.    Yes.

5    Q.    And why don't you describe what happened

6  and what led to the -- what led to those criminal

7  offenses?

8    A.    I had gone fishing and the fire police -- I

9  believe that's what they called it, is fish police --

10  came and asked me for my license, and I -- I didn't

11  have it on me -- or I thought I didn't have it on me,

12  so they wrote me a ticket and I had so many days to,

13  you know, get ahold of them and show it to them.

14              And when I got home that afternoon or

15  that evening, I went to my old tackle box and started

16  looking, and my wife had informed me that I actually

17  had not gotten my fishing license, that year.

18    Q.    Whenever --

19    A.    I went -- I'm sorry, go ahead.

20    Q.    So you -- you found out that you didn't

21  have a license, and then what did you do?

22    A.    I believe I called the fish warden,

23  explained it to him.  If I remember, he didn't really

24  seem to care, and then he issued me two fines,

25  fishing without a license and saying I had a license.

BRYAN DAVID RANGE

1      Q.   And what was your penalty for that?

2      A.   It was an estimate of, like, $200 fine,

3  maybe.

4      Q.   Okay.  I mean, my understanding of your

5  charges, one is fishing without a license and then a

6  false ID or statement -- or a false statement.

7           Did you --

8      A.   Okay.

9      Q.   -- in your -- in your discussion with the

10  state police, did he say that you had made a false

11  statement to him?

12      A.   I believe -- I believe he did.  I don't

13  know what his words were, but I believe he did --

14      Q.   And --

15      A.   -- and I told him the circumstances, he

16  didn't seem to care and issued me the summons.

17      Q.   And it's your understanding that the false

18  statement that you were penalized for was that you

19  actually -- that you had an ID, when you actually

20  didn't; is that right?

21      A.   Correct.

22      Q.   Where were you fishing when this -- when

23  you ran -- when you had this incident with the state

24  police?

25      A.   It wasn't the state police.  The fish

BRYAN DAVID RANGE

| | |
|---|---|
| 1 | warden they're called. |
| 2 | It would have been Susquehanna River, |
| 3 | York County.  I believe it's York County. |
| 4 | Q.   Okay.  Have you had any traffic tickets |
| 5 | that have led to any criminal charges? |
| 6 | A.   Criminal, no.  No DUIs or anything like |
| 7 | that, no. |
| 8 | Q.   Have you ever been involved in a car |
| 9 | accident where someone was injured? |
| 10 | A.   I don't believe -- I mean, I was in some |
| 11 | fender-benders many years ago, but I don't believe |
| 12 | there was any injuries ever. |
| 13 | Q.   Okay.  Nothing that would rise to, like, |
| 14 | manslaughter or anything like that or -- |
| 15 | A.   No.  No. |
| 16 | Q.   -- the like? |
| 17 | Other than the incidents that we've |
| 18 | mentioned, have you ever been -- or that we've |
| 19 | discussed, have you ever been arrested? |
| 20 | A.   No. |
| 21 | Q.   Okay.  In the last 15 years, have you ever |
| 22 | had a physical fight with someone? |
| 23 | A.   No. |
| 24 | Q.   Okay.  Any time you've been involved in a |
| 25 | physical fight as an adult? |

BRYAN DAVID RANGE

1        A.    No.  I had a guy shove me once at a
2    concert, and that would be the extent of that.
3        Q.    And you didn't reciprocate?
4        A.    No.  No.
5        Q.    What -- with your -- with either your first
6    wife or your current wife, have there been any
7    domestic disturbances where the police have been
8    called?
9        A.    Not that I recall, no.
10       Q.    In the past 20 years, have you been treated
11   for any psychiatric condition?
12       A.    No.
13       Q.    Okay.  And do you take any medicine for a
14   psychiatric or mental condition?
15       A.    No.
16       Q.    Okay.  Have you ever?
17       A.    No.
18              MR. GILL:  Okay.  Why don't we
19         take a ten-minute break.  I think I'm
20         near done, but --
21              MR. GOTTLIEB:  Okay.
22              MR. GILL:  Let's take a
23         ten-minute break.  If we could maybe come
24         back on at 11:05.
25              MR. GOTTLIEB:  That's fine.  I

BRYAN DAVID RANGE

1      could use a break.

2                (Brief recess.)

3    BY MR. GILL:

4      Q.   All right.  I just have a few follow-up

5    questions and then you can be on your way, Mr. Range.

6    Just a timing question.

7                So I believe you said that your father

8    passed in -- was it 2006 or 2008?

9      A.   2008.

10     Q.   Okay.  And then as a result of his death,

11   you got his pistol or revolver, you can't remember

12   which --

13     A.   Yes.

14     Q.   -- and then you --

15     A.   Well, it was a pistol.

16     Q.   -- gave it to -- okay.

17                And then you gave that pistol to

18   someone else.

19     A.   Yes, I believe so.  I know I don't have it.

20     Q.   And do you remember when you gave that

21   pistol away?

22     A.   No, I don't believe -- I had it for

23   maybe -- oh, maybe a month, and that's -- that's an

24   estimate.  I'm not sure.

25     Q.   Okay.

**BRYAN DAVID RANGE**

1      A.   I did not have it long.

2      Q.   Okay.  And you don't remember who you gave

3 it to?

4      A.   No, I'm not sure.

5      Q.   Was it someone outside your family?

6      A.   I don't know.  The only -- the only

7 thing --

8            THE COURT REPORTER:  I'm sorry,

9 Mr. Range, Mr. Range --

10          THE WITNESS:  My father and he

11 did not have it.

12          THE COURT REPORTER:  Mr. Range,

13 can you just repeat your answer.

14          MR. GILL:  Repeat your answer.

15          THE WITNESS:  I said that I

16 thought maybe --

17          THE COURT REPORTER:  I'm sorry,

18 can you --

19          MR. GOTTLIEB:  You just have

20 to -- Bryan, say it again, because I

21 don't think she's picking you up.

22          VIDEO TECHNICIAN:  Mr. Range,

23 try muting yourself and speaking just

24 from the attorney's phone.  I think it

25 might be a bad connection coming from

BRYAN DAVID RANGE

```
 1          your phone.
 2                    MR. GOTTLIEB:  Yeah, it just
 3          kicked me out.
 4                    THE WITNESS:  Okay.  Can you
 5          still hear me?  I know you can see me.
 6                    VIDEO TECHNICIAN:  Yes.  We
 7          can't -- just mute yourself, if you can,
 8          on your phone and then we'll see if you
 9          can come through the attorney's phone,
10          because it seems like it's your phone.
11                    MR. GOTTLIEB:  All right.
12          Bryan, talk now.
13                    THE WITNESS:  I thought maybe I
14          had given it to my stepfather, and I had
15          asked him about it and he said no, I had
16          not.
17                    MR. GOTTLIEB:  Did you hear
18          that through my phone?
19                    THE COURT REPORTER:  Yes.
20                    MR. GILL:  Yes.
21                    MR. GOTTLIEB:  Okay.  All
22          right.  Who do you want to see, him or
23          me?
24                    MR. GILL:  Well, I think it
25          works if we -- if he's on mute and we can
```

BRYAN DAVID RANGE

```
 1          see his face, so --
 2                    MR. GOTTLIEB:  All right.  Then
 3          I'll turn --
 4                    MR. GILL:  I think this
 5          arrangement --
 6                    MR. GOTTLIEB:  Oh, you can see
 7          him?  Oh, okay.  All right.  Fine.
 8     BY MR. GILL:
 9          Q.   Okay.  And in connection with the 1995, the
10     welfare fraud, the conviction for making a false
11     statement, you remember signing the application,
12     correct, for welfare?
13          A.   No, I do not actually remember signing.  I
14     do not actually remember signing.
15          Q.   Okay.  Do you remember reviewing the
16     application in any fashion?
17          A.   No.  No.
18          Q.   Would it have been your pattern or practice
19     to review and sign this kind of application for
20     public assistance in 1995?
21          A.   I don't understand your question.
22          Q.   I mean, it's --
23                    THE COURT REPORTER:  I'm sorry,
24          I can't --
25                    MR. GOTTLIEB:  You're frozen on
```

**BRYAN DAVID RANGE**

1      my phone.

2              THE WITNESS:  Yeah, he's frozen

3      on mine, too.

4              MR. GILL:  Can you hear me now?

5              MR. GOTTLIEB:  Yeah.  Bryan,

6      just make sure you -- since you're, like,

7      six feet away --

8              THE WITNESS:  Yes, I can hear

9      you.

10             VIDEO TECHNICIAN:  I think the

11     issue is you're not muted.  So if you can

12     mute your phone, I think that we can

13     still hear you through the attorney's.

14             MR. GILL:  Mr. Range should

15     mute his phone.

16             MR. GOTTLIEB:  All right.  Hold

17     on.

18             VIDEO TECHNICIAN:  Yes.  Keep

19     the camera on, but just mute it.

20             THE WITNESS:  That's what I'm

21     trying to do.  Audio -- this phone

22     works differently than mine.

23             VIDEO TECHNICIAN:  Okay.  So it

24     doesn't look like you're connected to

25     audio.  That might work now.

**BRYAN DAVID RANGE**

```
 1   BY MR. GILL:
 2       Q.   Okay.  Mr. Range --
 3                VIDEO TECHNICIAN:  Can you say
 4       something?
 5                THE WITNESS:  Yes.  Can you
 6       hear me?
 7                VIDEO TECHNICIAN:  Okay.  Is
 8       that better?  Yeah, that's better.
 9   BY MR. GILL:
10       Q.   Let me just repeat the question so that
11   we're all on the same page.
12                So would it have been your pattern or
13   practice or habit to review a document that you were
14   about -- that you would sign, a public document like
15   an application for welfare assistance?
16       A.   No, I don't -- I don't remember reviewing
17   it, and, I mean, I'm trying to think back as a
18   20-some-year-old and that time of life, I assume I
19   probably didn't review it.
20       Q.   Okay.  So you assume you did, but you have
21   no memory of doing so?
22       A.   No.
23       Q.   Just so I'm clear, you assume you reviewed
24   the document, but you don't remember doing so; is
25   that correct?
```

BRYAN DAVID RANGE

1      A.   Well, I don't -- I don't -- no, I'm not

2  assuming I reviewed it.  I don't -- I don't remember

3  reviewing it or looking at it.  I signed my name.

4      Q.   So do you think you were -- that your

5  conviction for making a false statement was in error?

6      A.   Looking back now, no, I do not.

7      Q.   Why do you -- why, looking back now, do you

8  not believe it was in error?

9      A.   Well, because I'm -- you know, I'm 50 years

10  old, I've lived life, you know, and if you sign

11  something for something, you know, you own it.

12      Q.   Okay.  Now, you became aware that you

13  weren't able to legally purchase a firearm sometime

14  in the 2011, 2012 time frame; correct?

15      A.   That's an estimate.  I mean, it could have

16  been more 2013.  I'm not real sure.

17      Q.   Okay.  Okay.  And then --

18      A.   Within those couple years there.

19      Q.   -- you waited until -- understood.  You

20  waited until 2020 to file this Complaint.

21           What was the sort of the triggering

22  factor to file this lawsuit?

23           Without -- and I don't want to get

24  into any discussions you may have had with your

25  attorneys or anything like that, but what was --

BRYAN DAVID RANGE

```
1        A.    Right.
2        Q.    -- what was the triggering event to file
3   the lawsuit in 2020?
4                 MR. GOTTLIEB:  I'm going to
5        object, because I think now you're really
6        delving into attorney/client privilege.
7                 Are you asking him other than
8        that?
9                 MR. GILL:  Yes.
10  BY MR. GILL:
11       Q.    I don't want to get into conversations you
12  had --
13                MR. GOTTLIEB:  Because if it's
14       something other than that --
15                THE COURT REPORTER:   Mr.
16       Gottlieb, you're freezing up.
17                MR. GURA:  I think I understand
18       my colleague's objection, and if I can
19       understand the question better, are you
20       asking whether or not there was some
21       event, some thing that happened that
22       prompted Mr. Range to do this, and you're
23       excluding any kind of legal advice he may
24       have received from anybody?  Am I --
25                MR. GILL:  Correct.
```

BRYAN DAVID RANGE

```
 1                    MR. GURA:  -- understanding --
 2          is that the question?
 3                    MR. GILL:  That's the question.
 4                    THE WITNESS:  Do I answer?
 5                    MR. GOTTLIEB:  Yes.  Yes, you
 6          can answer.
 7                    THE COURT REPORTER:  I'm sorry,
 8          Mr. Range, you're freezing.
 9                    THE WITNESS:  No, there was no
10          event or, you know, nothing -- I said
11          there was --
12                    MR. GOTTLIEB:  Can you hear --
13          can you hear him?
14                    VIDEO TECHNICIAN:  No, you're
15          really breaking up on the phone.
16                    MR. GILL:  I heard -- well,
17          what I heard was Mr. Range stating that
18          there was no triggering event.
19     BY MR. GILL:
20          Q.   Mr. Range, is that a -- is that -- did I
21     understand that correctly?
22          A.   Yes, you did.
23          Q.   All right.  One question I had about
24     timing, you had -- in 2006, you lost your shotgun and
25     your deer rifle to a house fire; correct?
```

**BRYAN DAVID RANGE**

1     A.   Correct.

2     Q.   And how shortly after that time frame did

3  your -- when was that -- when was that house fire,

4  what time of year?

5     A.   Two weeks before Christmas would have

6  been -- my father was '08.  That would have been '06,

7  I believe.

8     Q.   Right, but what -- do you remember what

9  month it was?  Was it the beginning of the year?

10    A.   I said two weeks -- I had said two weeks

11 before Christmas.  It would have been December.

12    Q.   Okay.  Okay.  And was it that -- was that

13 the subsequent Christmas that you got -- that your

14 wife purchased the deer-hunting rifle for you, was

15 that two weeks --

16    A.   No, I do not believe so.  No.

17    Q.   Was it -- was it the next year?

18    A.   I'm not sure.  I know it wasn't the year of

19 the fire.  I mean it was so -- I don't even think I

20 hunted that year, as far as I can remember.  It was

21 just a chaotic time.

22    Q.   Understood.  Understood.  I don't -- that's

23 obviously a terrible situation, but I'm just trying

24 to understand, would she have -- would she have

25 gotten you the deer rifle as a present within the

BRYAN DAVID RANGE

1   next year or two from that fire?

2        A.   I don't want to guess and -- I just don't

3   know.

4        Q.   Okay.  But let me ask you this:  When

5   you -- when did your -- when did you get your first

6   deer-hunting rifle from your wife, do you remember

7   that, when you got that, what year that was?

8        A.   No, I don't remember the year.

9        Q.   Okay.  But you were -- you were turned down

10  twice for PICS, the first time in 1998 and the second

11  time in 2010 or 2011; correct?

12       A.   I believe that's correct, yes.

13       Q.   Right.  And you had in your possession a

14  deer rifle during that intervening time, correct,

15  between '98 and 2010?

16       A.   Correct.

17       Q.   All right.  Do you remember if your wife

18  bought you your first hunting rifle after the '98

19  PICS denial?

20       A.   I'm -- I think -- I'm pretty sure she did.

21       Q.   Okay.

22            THE WITNESS:  I'm freezing

23       up again.

24            MR. GOTTLIEB:  Can you hear him

25       through my phone?

BRYAN DAVID RANGE

```
1                    MR. GILL:  Well, I'll restate
2          what I thought I heard he said.  He said
3          that he thinks his wife did buy the
4          hunting rifle after the '98 PICS denial.
5                    Is that correct?
6                    MR. GOTTLIEB:  That is what he
7          said, yes.  That is what he said.
8     BY MR. GILL:
9          Q.   Okay.  She bought you the second rifle
10    sometime after the 2006 -- after the 2006 fire, but
11    before the 2010, 2011 PICS denial; is that right?
12         A.   I don't know for sure.
13         Q.   Okay.
14         A.   I'm not sure on that.
15                   MR. GILL:  Okay.  Well,
16         actually, if the court reporter -- I'm
17         sorry, Summit, there's a PDF that begins
18         with 12/10/11.  If you could pull up that
19         exhibit.  Kathleen, are you there?  And
20         if you can scroll down to the bottom of
21         the page.
22                   THE WITNESS:  I see it.
23                   MR. GILL:  Just keep going
24         down.  Do you see -- yeah, stay there.
25                   THE WITNESS:  Yes, I see it.
```

BRYAN DAVID RANGE

1   BY MR. GILL:
2        Q.   Do you see that?  It's a Facebook post and
3   it says, you know:  Nice big doe, wooohooo.
4        A.   Yes.
5        Q.   December 10, 2011.
6        A.   Yes.  Yes, I see it.
7        Q.   Is that your rifle pictured there?  Is that
8   your deer rifle?
9        A.   I -- I actually didn't even remember this
10  until it was found in my Facebook.  I don't remember
11  owning that rifle.  I believe I probably would have
12  maybe borrowed it from somebody, maybe.
13       Q.   Okay.  Okay.  So you don't -- you don't
14  think that that is your rifle?
15       A.   I don't believe so.
16       Q.   Okay.  I mean, would you -- you borrowed a
17  rifle from -- do you remember who you borrowed it
18  from?
19       A.   I don't, and, quite honestly, I'm only
20  guessing that I borrowed it from somebody because,
21  like I said, I did not -- I don't remember the doe,
22  but I shot a lot of doe --
23       Q.   Right.
24       A.   -- but I just -- until it came up on my
25  Facebook, I didn't -- I was clueless.

BRYAN DAVID RANGE

1       Q.   Yeah, well, okay.  This is, you know, about

2   ten years ago, so it's a while ago, but I -- how many

3   times have you -- do you think you borrowed a deer

4   rifle from somebody for shooting or for hunting?

5       A.   I'm guessing this time.  I don't know.  I

6   mean, the only one I know of now is this, and I'm not

7   even sure where -- who I would have borrowed that

8   from, but --

9       Q.   Okay.

10      A.   -- I must have.  I just don't remember.

11      Q.   Okay.

12      A.   And I have racked my brain.  I just don't

13  remember it.

14      Q.   Okay.  So other than this one time, you

15  have no memory of borrowing a deer rifle from anybody

16  for hunting purposes?

17      A.    No, I don't recall any other times.

18           MR. GILL:  Okay.  I don't have

19      any further questions.

20           P.J., do you have any questions

21      that you'd like to ask Mr. Range?

22           MR. KOOB:  Nothing from me.

23      Thanks, Mr. Range.

24           THE WITNESS:  Thank you.

25           MR. GILL:  Thank you for --

BRYAN DAVID RANGE

```
 1          everybody for making themselves available
 2          in the holiday period.  I appreciate it.
 3                    Thank you very much for your
 4          time, Mr. Range, and have a happy New
 5          Year.
 6                    VIDEO TECHNICIAN:  Question, do
 7          you want the exhibit that we pulled up
 8          marked as anything?
 9                    MR. GILL:  Just do U.S.A.
10          Exhibit 1.
11                    THE COURT REPORTER:  Mr.
12          Gottlieb, do you want a copy of the
13          transcript?
14                    MR. GOTTLIEB:  I don't think we
15          need two of them.
16                    MR. GURA:  I mean, I guess we
17          get one copy at least.
18                    (Deposition concluded at 11:29
19     a.m.)
20                    (USA-1 marked for
21     identification.)
22
23
24
25
```

**BRYAN DAVID RANGE**

1                    CERTIFICATION

2                       - - -

3            I hereby certify that the testimony

4    and the proceedings in the aforegoing matter

5    are contained fully and accurately in the

6    stenographic notes taken by me, and that the

7    copy is a true and correct transcript of the

8    same.

9

10

11

12

13            _____

14            Andrea M. Brinton, Certified
              Court Reporter and Notary Public
15

16

17

18            The foregoing certification does

19    not apply to any reproduction of the same by

20    any means, unless under the direct control

21    and/or supervision of the certifying

22    reporter.

23

24

25

BRYAN DAVID RANGE

**A**

**a.m** 1:13 55:19
**ability** 7:19 12:22 36:1,13
**able** 12:19 47:13
**accepted** 30:22
**accident** 39:9
**accurately** 56:5
**acknowledge** 4:9 4:13,23
**ACTION** 1:3
**actual** 34:14
**address** 8:9
**administered** 4:14
**adult** 16:23 25:1 39:25
**advice** 48:23
**affect** 36:13
**aforegoing** 56:4
**afternoon** 37:14
**ages** 9:5
**ago** 14:14 27:23,23 39:11 54:2,2
**agree** 4:23
**agreed** 5:6,9,11
**agreement** 4:1 5:3 5:4
**ahead** 17:23 26:13 37:19
**ahold** 37:13
**al** 1:7
**Alan** 2:7 5:7
**alan@gurapllc.c...** 2:9
**Alexandria** 2:8
**allow** 19:23
**allowed** 16:5 17:9 22:9
**Amendment** 30:4 30:11
**America** 11:8
**ammunition** 13:8
**amount** 32:24
**and/or** 56:21
**Andrea** 1:13 56:14
**answer** 6:11,23,24 7:1,14,19,23 8:2 22:8,10 42:13,14 49:4,6
**answers** 23:5
**anybody** 8:22 48:24 54:15
**APPEARANCES** 2:2
**application** 20:15 33:8 44:11,16,19

46:15
**applied** 32:17 34:8
**apply** 56:19
**appreciate** 55:2
**approved** 32:21
**approximately** 25:25
**archery** 29:16,21
**Area** 12:1
**arrangement** 4:19 44:5
**arrested** 39:19
**asked** 19:17 36:19 37:10 43:15
**asking** 6:22 48:7,20
**assistance** 20:15 32:18,23 33:8 34:8 36:22,24 44:20 46:15
**assume** 35:7,8,15 46:18,20,23
**assuming** 17:12 47:2
**attended** 31:11,21
**attorney** 1:6 35:21
**attorney's** 2:11 42:24 43:9 45:13
**attorney/client** 48:6
**attorneys** 4:8 47:25
**audio** 45:21,25
**August** 32:5
**available** 55:1
**average** 28:9
**aware** 7:22 17:9 20:20 47:12
**awareness** 16:7 17:11

**B**

**B** 3:7
**back** 9:20 24:2 28:4 36:22 40:24 46:17 47:6,7
**background** 8:6
**bad** 42:25
**BARR** 1:6
**basic** 6:6
**basis** 26:5
**bedroom** 23:21
**beginning** 50:9
**begins** 52:17
**believe** 11:19 14:2 14:16 15:9,16,17 15:18,24,25 16:18 16:20 19:3 20:17 21:11 23:19 27:22

27:23 32:19 34:13 34:19 37:9,22 38:12,12,13 39:3 39:10,11 41:7,19 41:22 47:8 50:7 50:16 51:12 53:11 53:15
**better** 46:8,8 48:19
**big** 53:3
**biological** 10:5,13
**birthday** 14:3
**bit** 6:8 19:6 21:1
**borrowed** 53:12,16 53:17,20 54:3,7
**borrowing** 54:15
**bottom** 52:20
**bought** 17:2,5 22:1 51:18 52:9
**bow** 25:16,23 26:1 26:3,7,7,14 27:15 28:8
**bow-hunting** 28:12
**box** 37:15
**brain** 54:12
**brand** 15:20
**Brandon** 9:4,8 10:10
**break** 7:10,11,15 40:19,23 41:1
**breaking** 49:15
**Brief** 41:2
**briefly** 24:24
**Brinton** 1:13 56:14
**Bryan** 1:3,11 3:3 5:13 9:4,9 10:10 10:11,12 22:10 42:20 43:12 45:5
**business** 12:7,8
**buy** 18:9,13 52:3

**C**

**called** 30:15 33:16 37:9,22 39:1 40:8
**calls** 22:5
**camera** 45:19
**car** 39:8
**care** 37:24 38:16
**certain** 26:6
**certainly** 33:2 34:4
**certification** 4:2 56:1,18
**Certified** 1:14,22 56:14
**certify** 56:3
**certifying** 56:21
**chaotic** 50:21

**charges** 33:25 38:5 39:5
**chemo** 24:18
**Chestnut** 2:12
**child** 19:18
**children** 9:1,13,23 10:4,5,14
**children's** 32:16
**chimney** 28:4
**Christmas** 14:3 16:12,13,14,21 17:5,6 50:5,11,13
**circumstances** 29:9 32:13 38:15
**citizen** 35:14
**CIVIL** 1:3
**clear** 46:23
**closet** 23:19,21 28:3
**clueless** 53:25
**CNH** 11:8
**colleague's** 48:18
**come** 16:7 17:11 20:25 40:23 43:9
**coming** 28:5 42:25
**commencing** 1:13
**company** 11:18,22
**Complaint** 47:20
**completely** 7:20,23
**concerned** 22:20
**concert** 40:2
**concluded** 55:18
**condensation** 28:6
**condition** 40:11,14
**conference** 1:11 2:1
**connected** 45:24
**connection** 13:15 13:16 30:17,19 42:25 44:9
**consent** 4:19
**consequences** 8:2 35:13
**contained** 56:5
**control** 30:15 31:19 56:20
**conversation** 6:18
**conversations** 48:11
**convicted** 33:18,22 34:11
**conviction** 20:11 20:14,21 21:10 22:25 32:5,11,15 33:21,25 34:14 35:13 36:11,13

44:10 47:5
**copy** 55:12,17 56:7
**corner** 28:4
**correct** 10:17,18 13:24,25 16:23,24 17:6,7 19:12 20:16 22:2 23:1,4 23:9,10 24:11,12 25:11,21,22 30:4 34:12,23 36:3 38:21 44:12 46:25 47:14 48:25 49:25 50:1 51:11,12,14 51:16 52:5 56:7
**correctly** 21:12 49:21
**costs** 34:5
**counsel** 2:10,15 4:1 4:18 5:2,17 6:7 13:10
**County** 39:3,3
**couple** 8:5 9:11 19:4,7 36:16 47:18
**course** 19:1,19 25:1 28:8,16
**court** 1:1,14,22,22 4:7,25 5:16 35:6,9 36:8 42:8,12,17 43:19 44:23 48:15 49:7 52:16 55:11 56:14
**courtesy** 6:24
**courtroom** 35:8,13
**crazy** 18:25
**crime** 34:10,21
**criminal** 37:6 39:5 39:6
**current** 14:5,6 40:6
**currently** 8:7 11:2 13:4,7 25:13
**cut** 6:25

**D**

**D** 2:11 3:1
**dad** 14:21
**dated** 31:20
**DAVID** 1:3,11 3:3 5:13
**day** 28:10
**days** 19:4,8 37:12
**death** 23:8 41:10
**December** 1:12 50:11 53:5
**decide** 26:23
**declare** 4:15

BRYAN DAVID RANGE

**deer** 12:25 13:23
14:1,2,25 15:7,16
15:23 16:15,22
17:5 22:1 23:3
24:24 28:15,16
49:25 50:25 51:14
53:8 54:3,15
**deer-hunting** 50:14
51:6
**defend** 12:19
**Defendants** 1:8
2:15
**defender** 36:3
**define** 29:15
**definition** 29:3
**delving** 48:6
**demonstrations**
31:12
**denial** 51:19 52:4
52:11
**denied** 18:19 21:24
**Depending** 28:17
**deposed** 6:3
**deposition** 1:11 6:4
7:9 55:18
**describe** 37:5
**DESCRIPTION** 3:8
**destroyed** 15:10
**different** 28:3
**differently** 45:22
**digging** 17:13,13
17:17,18,20 20:3
**direct** 56:20
**discuss** 21:23
**discussed** 39:19
**discussion** 35:12
35:23 36:7 38:9
**discussions** 47:24
**DISTRICT** 1:1,1
**disturbances** 40:7
**divorce** 10:22 34:5
**divorced** 10:16,19
34:2,3
**document** 46:13,14
46:24
**doe** 53:3,21,22
**doing** 17:12 33:15
33:17 46:21,24
**domestic** 40:7
**drive** 26:25 27:7
**drug** 19:18
**drug-trafficked**
22:16
**DUIs** 39:6
**duly** 5:14

**E**

E 3:1,7
**earlier** 20:1 32:4
**earning** 33:14
**EASTERN** 1:1
**effect** 19:2
**either** 14:2 29:22
35:23 40:5
**Elizabethtown** 8:8
12:1
**embarrassed** 19:6
**employed** 11:2
**Eric** 2:11 5:8,9 6:1
**eric.gill@usdoj.g...**
2:14
**error** 47:5,8
**ESQUIRE** 2:3,7,11
2:12
**estimate** 10:25 38:2
41:24 47:15
**estimating** 8:14
**et** 1:7
**evening** 37:15
**event** 48:2,21 49:10
49:18
**everybody** 55:1
**exactly** 15:25 20:19
27:14
**EXAMINATION** 3:4
5:23
**examined** 5:14
**excluding** 48:23
**exhibit** 3:8 52:19
55:7,10
**explained** 37:23
**expunge** 21:9
**expungement**
21:11
**extent** 40:2
**exterior** 28:4

**F**

**face** 44:1
**Facebook** 13:11
30:3 31:18 53:2
53:10,25
**factor** 24:22 47:22
**factual** 32:13
**fair** 19:25 29:18
34:17
**false** 34:11,16 38:6
38:6,10,17 44:10
47:5
**family** 42:5
**far** 30:9 50:20
**fashion** 44:16

**father** 24:4 41:7
42:10 50:6
**father's** 23:8
**feet** 45:7
**fender-benders**
39:11
**fight** 39:22,25
**figured** 22:23
**file** 47:20,22 48:2
**filing** 4:3 21:9,19
**finally** 17:14
**financial** 20:15 33:8
**find** 17:14
**fine** 5:18,21 17:25
35:3,18 38:2
40:25 44:7
**fines** 37:24
**finish** 17:24
**fire** 15:10 49:25
50:3,19 51:1
52:10
**firearm** 12:17,23,23
13:5,8,21 15:13
16:6 17:10 18:9
18:16 19:24 20:6
20:22 21:10,19
22:2 24:9,11 25:4
28:21 29:3,10,23
36:9 47:13
**firearms** 12:23
13:12,18 21:21
25:1
**first** 3:8 5:13 12:25
14:5 16:25 18:5
28:17,18 40:5
51:5,10,18
**fish** 37:8,9,22 38:25
**fishing** 37:2,8,17,25
38:5,22
**five** 9:2,23 10:4
11:23 14:10 24:17
24:20 29:7 30:1
**Fleming** 1:24
**follow** 30:4,5,8,14
31:2
**follow-up** 41:4
**follows** 5:14
**food** 20:16,17 32:18
32:19,22
**foregoing** 56:18
**form** 4:4
**forward** 37:1
**found** 17:16 20:4,4
37:20 53:10
**four** 11:23 26:21
**frame** 9:16 20:1,24

21:3,7 24:3,7
47:14 50:2
**fraud** 20:11,14,18
20:21 22:25 32:5
32:11,15 33:23
34:15,18 44:10
**freezing** 48:16 49:8
51:22
**friends** 26:4
**front** 35:8,10
**frozen** 44:25 45:2
**fully** 56:5
**further** 4:13 54:19
**future** 4:20

**G**

**GED** 12:3
**general** 1:6 30:10
**Gill** 2:11 3:5 5:8,8,9
5:18,25 6:2 22:7
22:21 29:18,19
40:18,22 41:3
42:14 43:20,24
44:4,8 45:4,14
46:1,9 48:9,10,25
49:3,16,19 52:1,8
52:15,23 53:1
54:18,25 55:9
**give** 6:6,8,11,24
24:14
**given** 6:4 14:23
43:14
**go** 11:24 17:23
26:13,23 27:8,16
37:19
**going** 6:19 10:25
24:18 35:18 48:4
52:23
**Good** 6:1
**gotten** 14:21 16:12
20:12,13 37:17
50:25
**Gottlieb** 2:3 5:5,6
5:20 22:9 29:15
40:21,25 42:19
43:2,11,17,21
44:2,6,25 45:5,16
48:4,13,16 49:5
49:12 51:24 52:6
55:12,14
**Government** 5:9,11
5:19 6:2
**graduate** 12:2
**group** 30:18,25
31:2
**groups** 30:4,7,14

31:11
**guess** 9:17 13:2
26:22 36:19 51:2
55:16
**guessing** 18:7
53:20 54:5
**guilty** 35:6,18
**gun** 13:13,17 16:3
18:23 23:1 30:9
30:12,15 31:19
**guns** 13:12
**Gura** 2:6,7 5:7,7
22:4 48:17 49:1
55:16
**guy** 18:22 19:17
40:1

**H**

**H** 3:7
**habit** 46:13
**half** 12:7
**Hammonton** 1:24
**happened** 15:7,22
18:10 19:14 27:25
30:24 32:9 33:25
37:5 48:21
**happy** 55:4
**Harrisburg** 12:10
**head** 6:12 25:24
**hear** 43:5,17 45:4,8
45:13 46:6 49:12
49:13 51:24
**heard** 49:16,17 52:2
**hearing** 31:19
**heat** 11:5
**hectic** 24:2
**Hershey** 8:10 9:13
**high** 11:24 12:1,5
**hire** 21:14
**Hold** 45:16
**holiday** 14:4 55:2
**Holland** 11:11
**home** 12:19 13:3
37:14
**honestly** 7:20,24
8:3 53:19
**house** 8:22 15:9,11
24:18,20 49:25
50:3
**hunt** 12:18 25:18
26:3,5,7,16,19,23
27:7,8 28:8
**hunted** 50:20
**hunter** 25:16
**Hunters** 30:25
**hunting** 25:6,8,10

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com

25:23 26:2,7,14
27:6,13 28:1,8,15
28:16 31:1,4
51:18 52:4 54:4
54:16

**I**

**ID** 38:6,19
**idea** 29:25
**identification** 55:21
**imagine** 33:11 35:3
**impression** 24:8
**imprisonment**
34:22
**incident** 37:2 38:23
**incidents** 39:17
**including** 28:25
29:2
**income** 34:20
**indicate** 5:2
**informed** 37:16
**initial** 6:8
**initiated** 12:15
**injured** 39:9
**injuries** 39:12
**instructions** 6:7,9
**interest** 13:12
**Internet** 17:13,20
20:4 21:16
**interrogatories**
23:6
**interrogatory** 25:15
**interrupt** 17:24
**intervening** 51:14
**involved** 35:1 39:8
39:24
**involvement** 33:7
33:11
**involving** 37:2
**issue** 45:11
**issued** 37:24 38:16

**J**

**J** 2:12
**Jersey** 1:24
**job** 11:4,12,15
**Jordan** 2:17
**judge** 35:8,10,23

**K**

**Kathleen** 2:17
52:19
**keep** 45:18 52:23
**keeping** 24:15
**kicked** 43:3
**kids** 24:17,20

**kind** 23:12 26:7
44:19 48:23
**kindergarten** 22:19
**knew** 19:22,22 22:6
**know** 7:5,11 9:11
9:21 12:15 13:2
13:10,23 14:22,23
17:23 19:5,16,17
19:19 21:9,16,18
22:12,16 23:16
24:21 26:6,20,23
27:2 28:2 30:3,5
30:22 31:18 33:4
33:20,25 34:14,16
36:16,20,21,22
37:13 38:13 41:19
42:6 43:5 47:9,10
47:11 49:10 50:18
51:3 52:12 53:3
54:1,5,6
**knowing** 22:1
**known** 22:18
**Koob** 2:12 5:10,10
54:22

**L**

**lawsuit** 12:15 21:9
21:19 47:22 48:3
**lawyer** 21:14 35:23
35:25 36:2
**leak** 28:4
**learned** 34:19
**led** 37:6,6 39:5
**left** 19:6
**legal** 12:22 48:23
**legally** 17:9 20:5,22
21:18 22:2,23
24:9,10 36:1,8
47:13
**let's** 32:12 40:22
**license** 25:7,10
37:2,10,17,21,25
37:25 38:5
**licenses** 25:8
**lieu** 4:14
**life** 16:23 24:18
25:1 46:18 47:10
**liked** 13:13 31:18
32:2
**limit** 7:19
**list** 18:23 22:14
**listing** 33:13
**little** 19:6 21:1
25:24
**live** 8:7,15,22
**lived** 8:13 9:13,15

9:23,23 47:10
**living** 24:17 34:7
**local** 13:17
**location** 11:10
**long** 7:9 8:13 11:12
11:22 25:23 27:13
27:14 28:11 29:25
42:1
**longer** 14:14 21:2
30:1
**look** 21:11 45:24
**looked** 22:14
**looking** 17:20 37:16
47:3,6,7
**loss** 19:20
**lost** 49:24
**lot** 24:21 53:22
**lunch** 7:10

**M**

**M** 1:13 56:14
**machine** 11:5,7
**making** 34:11 44:10
47:5 55:1
**manner** 4:21
**manslaughter**
39:14
**march** 32:3
**marched** 31:23
**marches** 31:14
**marked** 55:8,20
**math** 25:24
**matter** 4:16 6:2
56:4
**mean** 10:22 16:2
17:21 18:24 22:14
22:15 26:10,17
28:22 30:9 31:10
35:7 38:4 39:10
44:22 46:17 47:15
50:19 53:16 54:6
55:16
**Meaning** 21:2
**means** 56:20
**meant** 26:22
**medical** 32:18,20
**medication** 7:18
**medicine** 40:13
**Megan** 9:4,9 10:10
10:11,12
**Members** 30:15
**memory** 46:21
54:15
**mental** 40:14
**mentioned** 14:17
17:8,17 23:6

25:16 39:18
**mess** 27:20
**mess-up** 22:13
**messed** 27:18
**Michael** 2:3 5:5
**Michele** 8:18,21
**mikem1a1@aol.c...**
2:5
**military** 12:12 30:15
30:21
**mine** 10:7,7 45:3,22
**mistake** 19:21
**mix-up** 24:9
**Mobile** 3:9
**model** 14:25 15:2,4
23:12
**money** 34:5,6
**month** 33:4,5 41:23
50:9
**months'** 28:5
**morning** 6:1 28:17
28:18
**mother** 10:14 32:16
**mother's** 24:18
**moved** 9:20,20
10:22,24
**moving** 37:1
**mute** 43:7,25 45:12
45:15,19
**muted** 45:11
**muting** 42:23
**muzzleloader**
25:19 27:12,13,17
27:18,21 28:22
29:2,22

**N**

**N** 3:1
**name** 5:3 6:1 8:17
8:19 11:7,18 12:8
33:12 47:3
**names** 9:3
**near** 40:20
**need** 7:10 55:15
**never** 19:19 22:15
**New** 1:24 11:11
55:4
**Nice** 53:3
**Nicole** 9:4,10 10:11
10:12
**nod** 6:12
**Nolt** 10:15,16
**normal** 6:18
**Norristown** 2:4
**Notary** 1:14 56:14
**notes** 56:6

**number** 33:1

**O**

**oath** 4:14
**object** 48:5
**objection** 22:4
48:18
**objections** 4:3,20
**obtain** 14:1 16:10
**obviously** 50:23
**occasion** 19:15
**offense** 33:19
**offenses** 37:7
**offhand** 30:6
**OFFICE** 2:11
**official** 4:24
**oh** 9:6 11:23 22:11
25:24 29:14 30:2
41:23 44:6,7
**okay** 5:20 6:6,14,18
7:4,6,7,12,18,22
8:1,5,11,15,25 9:3
9:15,19 10:1,4,4,9
10:13,16,24 11:2
11:9,14,22,24
12:2,4,12,12,22
13:1,4,7,18,21,23
14:7,17,25 15:3,7
15:12,15,20,22
16:14,17,22 17:4
17:8 18:8,12,18
19:7,10,22 20:14
20:20 22:22,22
23:5,17,20 24:4,7
24:23 25:3,10,13
25:15,21 26:1,8
27:6,10,12,18,20
28:11,14,20 29:1
29:7,9,12 30:3,14
30:20,25 32:14
33:3,7,13 34:10
34:16,21 35:5,10
35:19,20 36:3,7
36:18 37:1 38:4,8
39:4,13,21,24
40:13,16,18,21
41:10,16,25 42:2
43:4,21 44:7,9,15
45:23 46:2,7,20
47:12,17,17 50:12
50:12 51:4,9,21
52:9,13,15 53:13
53:13,16 54:1,9
54:11,14,18
**old** 8:10 9:13 15:5
37:15 47:10

**BRYAN DAVID RANGE**

once 22:23 40:1
ones 9:15 10:1
open 35:6,9
operator 11:6
opposed 24:15
oral 6:12
outside 42:5
owned 14:18 16:22
  21:22 24:25
owning 53:11

**P**

P 2:3
P.J 54:20
P.L.L.C 2:6
PA 21:13
page 3:2,8 46:11
  52:21
painting 11:16,19
paper 33:2
participating 4:8
particular 30:13
particularly 7:8
parties 2:1 4:18
pass 24:5
passed 41:8
pattern 44:18 46:12
Paul 2:12 5:10
paul.koob@usdo...
  2:15
PDF 52:17
penalized 38:18
penalty 4:17 38:1
pending 7:14
Pennsylvania 1:1
  1:23 2:4,13 8:8
  11:11 31:19
people 19:3 26:6,24
period 15:13 23:7
  36:23 55:2
perjury 4:17
Permit 25:4
person 4:15 31:11
  35:17
Philadelphia 1:23
  2:13
phone 42:24 43:1,8
  43:9,10,18 45:1
  45:12,15,21 49:15
  51:25
Photos 3:9
physical 39:22,25
physically 4:10
picking 42:21
PICS 17:22 18:2,4
  19:23 21:24 51:10

51:19 52:4,11
pictured 53:7
Pike 1:24
pistol 23:7,24 24:14
  24:20,23 29:22
  41:11,15,17,21
Plaintiff 1:4 2:10
plead 35:17
please 5:2 6:22
pled 35:6
point 9:18 14:24
  29:18 34:4
police 37:8,9 38:10
  38:24,25 40:7
popped 30:22
position 22:22
possess 13:4,7
  16:6 21:18 22:24
  24:9 36:8
possessed 15:13
  21:22 23:7 24:24
  24:25
possessing 20:22
possession 51:13
post 13:12 31:19
  53:2
posts 13:11
practice 44:18
  46:13
present 2:1,16 4:10
  14:3 15:12 16:14
  50:25
presents 17:6,6
pretty 27:5 51:20
prevented 20:22
preventing 24:10
Prince 2:7
privilege 48:6
probably 14:22
  21:4 30:5,21,24
  46:19 53:11
probation 34:23,24
  35:18
proceeding 4:9,11
proceedings 56:4
produced 13:11
prompted 48:22
Property 11:21
prosecutor 35:16
protest 32:3
protested 31:25
psychiatric 40:11
  40:14
public 1:14 36:22
  36:24 44:20 46:14
  56:14

pull 52:18
pulled 55:7
punishment 34:25
purchase 18:16
  19:23 20:5 47:13
purchased 13:18
  13:20,21 50:14
purchasing 54:16
purposes 54:16
pursue 12:4
put 23:19,19 28:3

**Q**

qualifies 34:21
question 4:4 6:21
  6:23 7:4,14,14
  26:18 41:6 44:21
  46:10 48:19 49:2
  49:3,23 55:6
question-and-an...
  6:10
questions 6:11
  7:19,23 8:2,6 41:5
  54:19,20
quite 53:19

**R**

racked 54:12
ran 38:23
range 1:3,12 3:3
  5:13 6:1 8:21
  11:21 29:13,16,20
  29:21,21 41:5
  42:9,9,12,22
  45:14 46:2 48:22
  49:8,17,20 54:21
  54:23 55:4
ranges 29:17
read 18:23,25 19:18
reading 4:2
real 47:16
realization 20:23
realize 16:5
really 13:16 28:6
  29:4 33:12 36:15
  37:23 48:5 49:15
reason 7:22 17:19
  20:5,9 24:13
recall 13:22 25:2
  29:4 33:10,12
  40:9 54:17
RECCHUITI 2:3
received 32:24
  36:21,22,24 48:24
recess 41:2
reciprocate 40:3

record 5:4
REFERENCED 3:8
regular 26:5
regularly 27:8
relates 20:15
relating 13:11
remember 10:24
  12:8,11 13:14
  14:7 15:1,2,3,6,20
  16:25 18:6,12
  21:12 23:12,25
  29:9 33:2,13,15
  35:17,22 36:7
  37:3,23 41:11,20
  42:2 44:11,13,14
  44:15 46:16,24
  47:2 50:8,20 51:6
  51:8,17 53:9,10
  53:17,21 54:10,13
remotely 4:12
repeat 42:13,14
  46:10
rephrase 7:5
reported 34:20
reporter 1:14 4:7
  5:1,16 42:8,12,17
  43:19 44:23 48:15
  49:7 52:16 55:11
  56:14,22
Reporters 1:22
reporting 1:22 4:11
  4:21
represent 6:2
reproduction 56:19
request 7:13
research 17:13
  18:15
reserved 4:4
respective 9:5
response 6:12
responses 25:15
restate 52:1
restitution 35:2
result 41:10
review 44:19 46:13
  46:19
reviewed 46:23
  47:2
reviewing 44:15
  46:16 47:3
revolver 23:7 24:14
  41:11
rid 15:24 16:1
rifle 12:18,25 13:24
  14:1,2,25 15:7,16
  15:23 16:11,15

23:3 25:6 27:6
  28:15,16 29:23
  49:25 50:14,25
  51:6,14,18 52:4,9
  53:7,8,11,14,17
  54:4,15
rifles 16:22 17:5
  22:1 24:25
right 10:23 13:10
  17:25 18:19 19:14
  21:17 23:2 26:22
  32:7,25 34:7
  35:10 38:20 41:4
  43:11,22 44:2,7
  45:16 48:1 49:23
  50:8 51:13,17
  52:11 53:23
rights 30:11 35:14
rise 39:13
River 39:2
Road 8:10 9:13
roughly 9:7
RPS 11:19,19,20
rule 17:15
run 11:22
rusted 28:6

**S**

S 3:7
sat 35:15
Saturdays 28:19
saying 35:17 37:25
says 33:1 53:3
schedule 28:18
school 11:25 12:1,5
  12:7,9
schooling 12:4
scroll 52:20
sealing 4:2
search 21:16
season 28:8,12,16
  28:19 31:9
second 16:9 18:6
  30:4,11 51:10
  52:9
see 43:5,8,22 44:1
  44:6 52:22,24,25
  53:2,6
sell 16:4
selling 23:22,25
semester 12:6,7
Senate 31:20
sentence 20:11
separated 34:2,4
September 31:20
served 34:23

**BRYAN DAVID RANGE**

**service** 12:13 30:15
**Services** 11:21
**session** 6:10
**seven-millimeter** 15:17,18
**shatters** 24:19
**shocked** 17:15
**shooting** 29:13,16 29:20 54:4
**shop** 11:5,7 13:13 16:3
**short** 23:7
**shortly** 50:2
**shot** 28:20,22 29:10 53:22
**shotgun** 13:3,24 14:17,20,21 15:3 15:8 24:24 49:24
**shove** 40:1
**show** 37:13
**shrug** 6:12
**sign** 44:19 46:14 47:10
**signed** 32:21 33:11 47:3
**signing** 4:2 44:11 44:13,14
**single-shot** 15:5
**Sir** 11:24
**situation** 50:23
**six** 28:13 45:7
**sold** 16:3 22:25
**solely** 4:24
**solo** 26:7 27:10
**somebody** 23:23 24:1,14,15 53:12 53:20 54:4
**son** 26:12,13,14,25
**sorry** 5:8 16:9,9 17:4 18:20,22 26:12 28:24 36:2 37:19 42:8,17 44:23 49:7 52:17
**sort** 20:24 33:22 47:21
**sound** 32:7
**speak** 6:19,20 33:21
**speaking** 42:23
**specific** 30:7
**speculation** 22:5
**split** 27:1
**Sportsman's** 25:3
**spread** 26:23
**stamp** 32:18,22
**stamps** 20:16,17

32:19
**stand** 11:20
**start** 6:23 32:12,12 36:15
**started** 37:15
**state** 20:16 21:13 25:9 35:16 38:10 38:23,25
**statement** 34:11,17 38:6,6,11,18 44:11 47:5
**States** 1:1,7
**stating** 5:3 49:17
**stay** 52:24
**stenographic** 56:6
**stepfather** 43:14
**steps** 21:8,17
**stipulations** 5:17
**store** 13:15,17 18:23
**Street** 1:23 2:4,7,12
**stuff** 18:23,25,25 19:18,19 30:9,12
**subsequent** 50:13
**successful** 31:7
**Suite** 1:23 2:8,13
**Summit** 1:22 52:17
**summons** 38:16
**Sunday** 31:1,4,8
**supervision** 56:21
**support** 30:21
**supported** 31:11
**sure** 6:7 12:25 14:4 14:15,16 15:25 20:18 22:13 23:24 24:1 25:5 26:17 32:19 33:10,16 34:3 35:4 41:24 42:4 45:6 47:16 50:18 51:20 52:12 52:14 54:7
**Susquehanna** 39:2
**swearing** 4:21
**Swede** 2:4
**sworn** 5:14
**system** 22:14

**T**

**T** 3:7
**tackle** 37:15
**take** 7:10,11,15 21:8,17 40:13,19 40:22
**taken** 1:12 56:6
**talk** 32:4 43:12
**talking** 21:5 29:20

29:21
**Technician** 2:17 42:22 43:6 45:10 45:18,23 46:3,7 49:14 55:6
**teen** 14:23
**teenager** 14:23
**tell** 12:16 27:14 29:24 30:23 32:9
**ten** 9:12,14,18,24 10:3 14:12 27:15 54:2
**ten-minute** 40:19 40:23
**tend** 30:8
**Teri** 10:15,16
**terms** 21:21
**terrible** 50:23
**testified** 5:14
**testimony** 4:16 6:4 56:3
**Thank** 54:24,25 55:3
**Thanks** 54:23
**thing** 26:7 27:10 28:3 42:7 48:21
**things** 22:15,17
**think** 7:8 10:3,20 11:1 12:21 13:3 18:19 20:25 22:19 23:25 24:7 29:14 32:18 33:4,5,20 40:19 42:21,24 43:24 44:4 45:10 45:12 46:17 47:4 48:5,17 50:19 51:20 53:14 54:3 55:14
**thinks** 52:3
**thought** 19:21 22:12 34:14 37:11 42:16 43:13 52:2
**three** 10:7,7,9 26:21 27:24 34:22
**ticket** 37:12
**tickets** 39:4
**time** 4:5,20 9:16 18:5,6,15,18,22 19:24 20:1,24,25 21:3,7 23:8 24:2,3 24:7,16 26:20 28:5,20 29:10,25 32:17 33:14 34:8 35:5 39:24 46:18 47:14 50:2,4,21 51:10,11,14 54:5

54:14 55:4
**times** 54:3,17
**timing** 41:6 49:24
**told** 6:7 38:15
**trade** 12:7,9
**traffic** 39:4
**trafficking** 19:18
**transcribed** 4:25
**transcript** 4:24 55:13 56:7
**treat** 11:5
**treated** 40:10
**trial** 4:5
**tried** 19:11
**triggering** 47:21 48:2 49:18
**Trop** 13:13 16:3
**true** 56:7
**try** 6:19,20,23,25 19:4,7 42:23
**trying** 11:16 18:9 18:12 31:3 45:21 46:17 50:23
**turn** 44:3
**turned** 17:22 18:1,4 18:5,8 19:3,16 22:25 51:9
**turning** 9:8,9,10
**Twenty** 8:14 25:25
**twice** 18:5 51:10
**twins** 9:9
**two** 10:7 16:22 21:2 21:6 24:24 27:22 27:23 28:5,19 37:24 50:5,10,10 50:15 51:1 55:15
**two-week** 28:19
**type** 23:15

**U**

**U.S** 2:11
**U.S.A** 55:9
**uh-huh** 6:13 30:16 31:5
**unaware** 19:24
**understand** 6:16 7:2,5,16 8:1 44:21 48:17,19 49:21 50:24
**understanding** 20:8,10 38:4,17 49:1
**understood** 9:22,22 30:7 47:19 50:22 50:22
**United** 1:1,6 31:1

**unload** 28:2,3
**USA-1** 3:9 55:20
**use** 29:22 41:1
**Usual** 5:16
**usually** 28:18

**V**

**VANGROSSI** 2:3
**verbally** 4:15
**Video** 1:11 2:1,17 42:22 43:6 45:10 45:18,23 46:3,7 49:14 55:6
**Videographers** 1:22
**Virginia** 2:8
**vote** 36:14
**voting** 36:15
**vs** 1:5

**W**

**wait** 6:22,25 19:4 21:22
**waited** 47:19,20
**waive** 4:19
**waived** 4:3
**walking** 35:17
**Walnut** 1:23
**want** 12:16,16 17:24 24:19 33:21 43:22 47:23 48:11 51:2 55:7,12
**warden** 37:22 39:1
**wasn't** 10:23 38:25 50:18
**way** 33:5 41:5
**we'll** 35:19 43:8
**we're** 27:22 46:11
**we've** 26:19 39:17 39:18
**weapon-specific** 25:9
**Wednesday** 1:12
**weeks** 9:11 28:13 50:5,10,10,15
**welfare** 20:10,18,21 22:24 32:4 33:22 34:8,15,18 44:10 44:12 46:15
**went** 37:15,19
**weren't** 17:9 47:13
**wife** 8:16,25 14:3,5 14:5,6 16:12 17:2 17:4,5 21:23,24 22:6,12 24:17,18 33:16,18 37:16

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com

**BRYAN DAVID RANGE**

40:6,6 50:14 51:6
51:17 52:3
**wife's** 10:8
**WILLIAM** 1:6
**withdrawn** 16:9
21:22
**witness** 3:2 4:10,15
4:22 5:21 22:11
42:10,15 43:4,13
45:2,8,20 46:5
49:4,9 51:22
52:22,25 54:24
**wondered** 17:21
**woods** 26:20 27:1
**wooohooo** 53:3
**words** 38:13
**work** 11:5,9 28:17
45:25
**worked** 24:21 33:6
**working** 32:17
**works** 43:25 45:22
**worry** 24:22
**wouldn't** 33:2
**wrote** 37:12
**www.summitrep...**
1:25

---
**X**

**X** 3:1,7

---
**Y**

**yards** 26:21
**yeah** 5:20 9:8 15:17
17:2,21 25:17
26:4,10,10 27:11
28:24 30:2,2,11
31:3 32:8 35:7
43:2 45:2,5 46:8
52:24 54:1
**year** 9:24 10:2 12:2
14:8 21:2,4,6 24:4
37:17 50:4,9,17
50:18,20 51:1,7,8
55:5
**years** 8:14 9:12,14
9:18,24 10:3
11:13,23 14:10,12
14:14 25:25 26:15
27:15,22,23 29:6
29:7 30:1 34:22
36:16 39:11,21
40:10 47:9,18
54:2
**York** 39:3,3
**young** 14:23 24:20

---
**Z**

**Zachary** 9:4,10
**zip** 8:11

---
**0**

**06** 15:9 50:6
**08** 50:6
**08037** 1:24

---
**1**

**1** 55:10
**10** 53:5
**10:01** 1:13
**107** 2:8
**11** 18:7
**11:05** 40:24
**11:29** 55:18
**12** 27:15
**12/10/11** 3:9 52:18
**1250** 2:13
**13** 11:13 27:15
**15** 39:21
**1500** 1:23
**1610** 1:23
**17022** 8:12
**18th** 31:20
**19102** 1:23
**19106** 2:13
**19401** 2:4
**1995** 32:6 44:9,20
**1998** 18:8 51:10

---
**2**

**2,458** 32:25
**20** 14:14 40:10
**20-cv-03488** 1:8
**20-some-year-old**
46:18
**200** 38:2
**2006** 15:12 41:8
49:24 52:10,10
**2008** 24:6 41:8,9
**2010** 18:7 19:11,25
20:24 51:11,15
52:11
**2011** 19:12 20:1,24
37:1 47:14 51:11
52:11 53:5
**2012** 47:14
**2013** 15:24,25
47:16
**2019** 31:20
**2020** 1:12 27:22
47:20 48:3
**215** 1:24 2:14
**22** 8:14 23:16

---
**22314** 2:8
**25** 9:8
**279-4200** 2:5
**28** 9:9
**29** 9:10

---
**3**

**30** 1:12 9:10
**319** 2:4

---
**4**

**424** 1:24
**459** 8:10 9:13
**477-8648** 1:24

---
**5**

**5** 3:5
**50** 25:25 47:9
**500** 26:21
**52** 3:9
**567-3315** 1:24

---
**6**

**609** 1:24
**610** 2:5
**615** 2:12

---
**7**

**703** 2:9
**7mm-08** 15:18

---
**8**

**800** 1:24
**835-9085** 2:9
**861-8200** 2:14
**89** 12:3

---
**9**

**916** 2:7
**93** 10:20 11:1,1
**94** 10:20
**95** 10:20 36:22
**98** 18:6 51:15,18
52:4
**985-2400** 1:24

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com