IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN DAVID RANGE** : | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| **WILLIAM BARR, et al.** | : | |
| *Defendant* | : | NO.  20-3488 |

## NOTICE OF HEARING

An **ORAL ARGUMENT** on the **MOTIONS FOR SUMMARY JUDGMENT** (Docket Nos. #12 and #13) is scheduled to be held on **June 1, 2021**, at **10:00 a.m.** in **10B** before the Honorable Gene E.K. Pratter, at 601 Market Street, Philadelphia, PA 19106.

**Judge Pratter strongly urges Oral Argument to be presented by junior counsel on the case.**

*s/Susan Flaherty*
**SUSAN FLAHERTY**
Civil Courtroom Deputy to the
Honorable Gene E.K. Pratter
United States District Court Judge

**Date of Notice: April 6, 2021**
**Copies sent by ECF notification only.**