IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRYAN DAVID RANGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERRICK GARLAND, Attorney General ) <br> of the United States, et al., ) <br> ) <br> Defendants. ) <br> ) | Case. No. 5:20-CV-03488-GEKP |

NOTICE OF APPEAL

Notice is hereby given that Bryan David Range, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Court's Opinion and Judgment (Dkt. 22, 23) entered August 31, 2021.

Dated: September 29, 2021         Respectfully submitted,

By: /s/ Alan Gura                 By: /s/ Michael P. Gottlieb
   Alan Gura*                          Michael P. Gottlieb
   Gura PLLC                           PA Bar No. 36678
   916 Prince Street, Suite 107        319 Swede Street
   Alexandria, VA 22314                Norristown, PA 19401
   703.835.9085/Fax 703.997.7665       610.279.4200
   alan@gurapllc.com                   Mikem1a1@aol.com

   *Admitted pro hac vice              Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that on this 29th day of September, 2021, a copy of the foregoing notice of appeal was electronically served upon all parties by filing the same with the Clerk of Court using the CM/ECF system and forwarding to all counsel of record.

                                                  /s/ Alan Gura  
                                                  Alan Gura