IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYAN DAVID RANGE,** *Plaintiff* | **CIVIL ACTION** |
| v. | |
| **ATTORNEY GENERAL UNITED STATES OF AMERICA,** *et al.*, *Defendants* | No. 20-3488 |

## ORDER

AND NOW, this 7th day of August, 2023, in accordance with the Third Circuit Court of Appeals' decision in *Range v. Attorney General United States of America*, 69 F.4th 96 (3d Cir. 2023) (en banc) and the Third Circuit Court of Appeals' Mandate to this District Court (Doc. No. 29), it is hereby **ORDERED** as follows:

1. Declaratory judgment is **ENTERED** in favor of Bryan Range that 18 U.S.C. § 922(g)(1) is unconstitutional under the Second Amendment of the United States Constitution as applied to him.

2. The enforcement of 18 U.S.C. § 922(g)(1) against Mr. Range is **ENJOINED**.

3. The Clerk of Court is directed to mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE