# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

21-2835

Bryan Range v. Attorney General United States, et al

(E.D. of Pa. No. 5-20-cv-03488)

# **O R D E R**

The mandate issued on **07/31/2023** is hereby recalled in light of the U.S. Supreme Court's decision vacating the judgment of this Court and remanding the matter for further proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: 5 August 2024

cc:

William V. Bergstrom Esq.
Janet Carter Esq.
Lisa B. Freeland Esq.
Michael P. Gottlieb Esq.
Joseph G. S. Greenlee Esq.
Peter A. Patterson Esq.
Renee Pietropaolo Esq.
Kevin B. Soter Esq.
Mark B. Stern Esq.
David H. Thompson Esq.
Abby C. Wright Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk