# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN DAVID RANGE** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-3488 |
| | : | |
| **WILLIAM BARR, REGINA LOMBARDO** | : : | |

# ORDER

**AND NOW**, this 14th day of February 2025, upon considering our Court of Appeals' Mandate (ECF 34), following today's telephonic status conference with counsel (ECF 36), and for good cause, it is **ORDERED** we:

1. **Enter** Declaratory Judgment in favor of Bryan David Range consistent with our Court of Appeals' holding Congress' prohibition in 18 U.S.C. § 922(g)(1) is unconstitutional under the Second Amendment of the United States Constitution as applied to Bryan David Range;

2. **Enjoin** enforcement of 18 U.S.C. § 922(g)(1) against Mr. Range only; and,

3. **Direct** the Clerk of Court shall **close** this case.

**KEARNEY, J.**